Civil Action Cover Sheet - Case Initiation  (05/27/16) CCL 0520

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 5/11/2020 10:29 PM    2020L005182

Vanesa Honorato, et al.

v.

Mt. Olympus Enterprises, Inc., et al.

FILED
5/11/2020 10:29 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L005182

9234035

No. _____

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ■ Yes ☐ No

**(FILE STAMP)**

#### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ■ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

#### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Terrence F. Durkin
     (Attorney)                    (Pro Se)

#### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

#### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____
_____

Primary Email: tfdurkin@comcast.net

Secondary Email: pcdurkin@comcast.net

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

EXHIBIT A

FILED DATE: 5/11/2020 10:29 PM 2020L005182

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FILED
5/11/2020 10:29 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L005182

9234035

Vanessa Honorato, et al.
_____
                            Plaintiff

v.

Mt. Olympus Enterprises, Inc., et al.
_____
                            Defendant

No. _____

Calendar: _____

# APPEARANCE

☐ GENERAL APPEARANCE          0900 - APPEARANCE - FEE PAID;  0909 - APPEARANCE - NO FEE;
                              0904 - APPEARANCE FILED - FEE WAIVED

☑ JURY DEMAND                 1900 - APPEARANCE & JURY DEMAND - FEE PAID
                              1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of:     ☑ Plaintiff     ☐ Defendant

Vanessa Honorato, Individually and Vanessa Honorato,  Independent Administrator of the Estate of Maryana
_____

Joanna Munoz, Deceased
_____
                        (Insert litigant's name.)

                                        _____
                                                    Signature

☑ INITIAL COUNSEL OF RECORD          ☐ PRO SE
☐ ADDITIONAL APPEARANCE              ☐ SUBSTITUTE APPEARANCE

    A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑ Atty. No.:  64051          ☐ Pro Se  99500

(Please complete the following contact information.)

Name: Law Offices of Terrence F. Durkin

Atty. for: PLAINTIFFS

Address: 738 East Dundee Road, #328

City/State/Zip: Palatine, Illinois  60074

Telephone: (312) 813-7366

Primary Email: tfdurkin@comcast.net

Secondary Email: pcdurkin@comcast.net

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of
the Clerk's Office Electronic Notice Policy and choose
to opt in to electronic notice from the Clerk's office for
this case at this email address:

_____

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

12-Person Jury

FILED DATE: 5/11/2020 10:29 PM   2020L005182

FILED
5/11/2020 10:29 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L005182

9234035

Atty ID #64051

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| VANESSA HONORATO, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARYANA JOANNA MUNOZ, DECEASED, AND VANESSA HONORATO, Individually, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. _____ ) |
| vs. | ) **Plaintiffs' Demand** ) **Trial by Jury** ) |
| MT. OLYMPUS ENTERPRISES, INC., MOUNT OLYMPUS RESORTS, LLC., MT. OLYMPUS WATER & THEME PARK RESORT, and WISCONSIN DELLS VISITOR AND CONVENTION BUREAU, INC. | ) ) ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT AT LAW

## COUNT I

**PREMISES LIABILITY - WRONGFUL DEATH – MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS RESORTS, LLC AND WISCONSIN DELLS VISITOR AND CONVENTION BUREAU**

NOW COMES, VANESSA HONORATO, (hereafter "HONORATO") as the Independent Administrator of the Estate of MARYANA JOANNA MUNOZ, (hereafter "MUNOZ") deceased, by and through her attorneys, LAW OFFICES OF TERRENCE F. DURKIN and complaining of the Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS RESORTS, LLC. and

1

FILED DATE: 5/11/2020 10:29 PM   2020L005182

WISCONSIN DELLS VISITOR AND CONVENTION BUREAU (hereafter "WDVCB") and each them states as follows:

1.      On or about August 7, 2018, Plaintiff, VANESSA HONORATO, was and is a resident of Bensenville, Illinois and is the mother of Maryana Joanna Munoz, a deceased minor child.

2.      On or about August 7, 2018, MUNOZ, was a three-year old female minor child when the alleged incident occurred and the daughter of Plaintiff, HONORATO who resided with HONORATO in Bensenville, Illinois.

3.      Defendant, MT. OLYMPUS WATER & THEME PARK, is a Wisconsin Corporation located in County of Sauk,  Wisconsin Dells, Wisconsin.

4.      Defendant, MT. OLYMPUS WATER & THEME PARK is in the business of operating indoor and outdoor recreational water parks and theme parks in the Wisconsin Dells area that are open to the general public.

5.      Defendant, MT. OLYMPUS WATER & THEME PARK is located in the County of Sauk, Wisconsin Dells, Wisconsin on property owned by Defendants, MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS RESORTS, LLC. one of or each of them.

6.      Defendant MT. OLYMPUS ENTERPRISES, INC. is a Wisconsin corporation located in the County of Sauk, Wisconsin Dells, Wisconsin that owns, controls, maintains and/or operates various water & theme parks' grounds and attractions including but not limited to Defendant, MT. OLYMPUS WATER & THEME PARK.

7.      Defendant, MT. OLYMPUS RESORTS, LLC. is a Wisconsin corporation located in Sauk County, Wisconsin Dells, Wisconsin that owns, controls, maintains and/or operates various hotel and motel properties in the Wisconsin Dells and throughout the State of Wisconsin.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

8.      Defendant, MT. OLYMPUS RESORTS, LLC, owns, controls, maintains and/or operates the Hotel Rome that is located 655 North Frontage Road, Wisconsin Dells, Wisconsin 53965.

9.      Hotel Rome is part of the Defendant, MT. OLYMPUS WATER & THEME PARK RESORT that is owned by Defendants, MT. OLYMPUS RESORTS, LLC. and MT. OLYMPUS ENTERPRISES, INC., one of or each of them.

10.      Defendant, WISCONSIN DELLS VISITOR AND CONVENTION BUREAU, INC., (hereafter "WDVCB") is a Wisconsin Corporation that is the marketing and public relations co-operative operating on behalf as the members, as its agent and in the interests of its members, including but not limited to, Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC.

11.      Defendant, WDVCB, is the official destination marketing organization for the Wisconsin Dells area whose mission is to grow the economic impact of tourism through marketing, public relations and development efforts that benefit its members which includes as members, Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES. INC.   (See p.2 WDVCB's Official Website "About Us" Menu hereto attached as Exhibit A)

12.      Defendant, WDVCB, is a private, non-profit corporation formed in 1949 and is funded through a combination of room tax, membership dues from Wisconsin Dells hotels, motels and attractions by   its members, including but not limited to, Defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC.;  the WDVCB is also funded through advertising co-ops with the same hotels, motels and/or attractions in the Wisconsin Dells area, including but not limited

FILED DATE: 5/11/2020 10:29 PM   2020L005182

to, Defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC. (See Exhibit A)

13.     Defendant, WDVCB, operates under the control and direction of its members including but not limited to defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC. Thus, the WDVCB is an agent of the WDVCB members (See "Article V Board of Directors" of the WDVCB Bylaws hereto attached as Exhibit B at p. 5)

14.     Defendant, WDVCB has five (5) committees for which members of the bureau serve including but not limited to a Marketing Committee.   The WDVCB Marketing Committee members develop, direct and oversee the WDVCB's marketing plans and the markets in which said plans will be implemented, including but not limited, in Northern Illinois and the Chicagoland area.  (See "Article VII – Committees of the WDVCB Bylaws hereto attached as Exhibit B at p. 9)

15.     In 2018, over 80% of WDVCB's annual budget was spent on marketing specifically, $10.6 million dollars with advertising channels in radio, TV, digital/interactive, print, outdoor and social that is directed to market segments in a variety of cities including but not limited to the cities of Rockford and Chicago. (See pp. 7-18 of WDVCB's PowerPoint presentation entitled "WDVCB 101" and dated January 22, 2019 hereto attached as Exhibit C)

16.     In 2018, WDVCB had seasonal marketing campaign breakouts for the Chicago market in each season of 2018 – winter, summer, fall and holiday.  (See p. 10 of WDVCB's PowerPoint presentation entitled "WDVCB 101" and dated January 22, 2019 hereto attached as Exhibit C)

17.     Members of WDVCB write by-laws, set policy and give direction to the Bureau's

4

FILED DATE: 5/11/2020 10:29 PM    2020L005182

staff. (See p. 2 of the WDVCB webpage About-the-WDVCB Board-of-Directors hereto attached as Exhibit D)

18.     As members of the WDVCB, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC. and MT. OLYMPUS RESORTS, LLC.,  one of, some of or each of them are afforded rights and privileges, including but not limited to the following:

    a. Appropriate use of the Bureau's "member logo";
    b. Use, subject to appropriate restrictions, of the Bureau's registered "Wisconsin Dells" trademark, as well as the use of other trademarks and names which the Bureau owns or has the right to use such as "Festivals, Inc.";
    c. Use, subject to appropriate restriction, of logos relating to festivals and special events operated by the Bureau;
    d. Participation in joint venture programs operated by the Bureau;
    e. Access to membership lists;
    f. Access to inquire lists;
    g. Advertising in any Bureau-sponsored publication, subject to specific qualifications set forth in any contract with the applicable publisher;
    h. Placement of brochures in literature racks reserved exclusively for Bureau members;
    i. Visitor Information Center and Tele-Center referrals;
    j. Website listings. (See p. 2 of WDVCB's Bylaws hereto attached as Exhibit B)

19.     The owner of MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC. and MT. OLYMPUS RESORTS, LLC, Nick Laskaris serves as a Director on the WDVCB Board of Directors and is a member of the WDVCB's Marketing Committee along with Craig Krieski, the General Manager of MT. OLYMPUS WATER & THEME PARK. (See p. 5 of WDVCB's webpage About-the-WDVCB Board-of-Directors hereto attached as Exhibit D; See pp. 14-15 of WDVCB's 2018 Annual Report hereto attached as Exhibit E; and p. 2 of WDVCB's website under "About the WDVCB Committees" hereto attached as Exhibit F)

20.     As a members, Nick Laskaris and Craig Krieski of the WDVCB Marketing Committee, they participate in:

    a.     determining the advertising channels that will be used to affectively

FILED DATE: 5/11/2020 10:29 PM    2020L005182

promote WDVCB on behalf of its member;

        b.      determining the various market segments that will be target with marketing campaigns including market segments outside the State of Wisconsin;

        c.      assessing and evaluating the effectiveness of the Bureau's marketing channel and campaigns;

        d.      the adoption of policies for the marketing committee; and

        e.      providing direction on marketing decision to the Bureau's staff.

21.    As marketing committee members, Nick Laskaris and Craig Krieski have direct knowledge that WDVCB engages in marketing and sales solicitation activities in the Chicagoland area for the sole purposes of promoting and soliciting the members' businesses including but not limited to MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES and MT. OLYMPUS RESORTS. (See p. 15 of Exhibit E)

22.    Defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC., one of, some of or each of them, like other members of the WDVCB, are the direct and main beneficiaries of the WDVCB marketing and sales solicitation efforts.

23.    On and before August 7, 2018, Defendants, Mt. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK, by and through its agent, WDVCB, advertised, promoted and solicited sales for their hotels/motels, amusements and attractions to markets in various states including but not limited to the State of Illinois wherein they directly targeted Illinoisans to visit their establishments. (See Various WDVCB Newsletters at pp. 4, 6, 7, 9, 13-14, 21, 24-25, 29, 34, 39, 43 and 44 hereto attached as Exhibit G)

24.    On and before August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS WATER & THEME PARK and WDVCB, one of, some of and/or each of them, deemed the Chicago as a key and growth plus

FILED DATE: 5/11/2020 10:29 PM    2020L005182

market.  (See pp. 6-7 of  Exhibit G and Exhibit C at pp. 9-10)

     25.     The WDVCB employs a sales team that  (on behalf of all of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK) consistently conducts in-person sales calls in the Chicago Markets to secure business for its members as well as many other markets outside of Wisconsin.  (See pp. 4, 6, 7, 9, 13-14, 21, 24-25, 29, 34, 39, 43 and 44 of Exhibit G)

     26.     Annually, the WDVCB (on behalf of all of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK) distributes over 250,000 of the Official Wisconsin Dells Vacation Guide throughout the Chicagoland area in an effort to solicit business. (See pp. 6-7 of Exhibit G)

     27.     In 2018, the WDVCB (on behalf of all of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK) spent $10,211,963 dollars in marketing.  (See p. 7 of Exhibit E)

     28.     In 2018, for every $1 spent on WDVCB's advertising campaigns (promoted on behalf of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC. and MT. OLYMPUS WATER & THEME PARK), there was a return on investment of $81. (See WDVCB's Webpage – www.wisdells.com/media/facts/economic-impact.htm hereto attached as Exhibit H)

     29.     In 2018, the Chicago-area visitors to the Wisconsin Dells accounted for the majority of revenues received by WDVCB members including but not limited to MT.

FILED DATE: 5/11/2020 10:29 PM   2020L005182

OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK.

30.     On and before August 7, 2018, the Hotel Rome and Defendant, MT. OLYMPUS WATER & THEME PARK premises both had common areas, public walkways and parking lots designed and intended for use by general public and patrons of the Hotel Rome and MT. OLYMPUS WATER & THEME PARK.

31.     On or about August 7, 2018, Defendants,  MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS WATER & THEME PARK, one of or each of them, had a duty to operate, manage, maintain and control the aforesaid premises, including but not limited to, the common areas, walkways and parking lots, in a manner so as not to cause injury to persons lawfully on the aforesaid premises.

32.     On or about August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS WATER & THEME PARK, one of or each of them, had a duty to operate, manage, maintain and control the aforesaid premises in a manner so as to provide a reasonably safe means of ingress and egress from the places of business located within the Mt. Olympus Water & Theme Park Resort that is in excess of 150 acres.

33.     On or about August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS WATER & THEME PARK, one of or each of them, knew or should have known that many of its patrons would be families with young children.

34.     On and before August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS WATER & THEME PARK and WISCONSIN DELLS VISITOR & CONVENTION BUREAU had a duty to warn its guest

8

FILED DATE: 5/11/2020 10:29 PM    2020L005182

invitees of dangerous conditions that existed at the Water Park Capital of the World namely lack of pedestrian walkways and/or speed bumps in the hotel/parks' parking lots or warnings signs.

35.     On or about August 7, 2018, Plaintiff, HONORATO, along with three-year old her daughter, MUNOZ and many other family members were day-pass patrons of the MT. OLYMPUS WATER & THEME PARK.

36.     On or about August 7, 2018, Defendant, KASZA; along with her two daughters were also patrons of the MT. OLYMPUS WATER & THEME PARK.

37.     On or about August 7, 2018, Defendant, KASZA, parked her Town & Country minivan in the Hotel Rome parking lot which is part of the Mt. Olympus Resort while they attended the MT. OLYMPUS WATER & THEME PARK also a part of the Mt. Olympus Resort.

38.     At or about 4:30 p.m. (CST) on August 7, 2018, Plaintiff, HONORATO along with her daughter, MUNOZ and other family members were in the process of departing the MT. OLYMPUS WATER & THEME PARK.  Specifically, they were walking to Plaintiff's car that was parked in the Hotel Rome parking lot.

39.     At aforesaid time and place, Defendant, KASZA along with her daughters were also departing the MT. OLYMPUS WATER & THEME PARK.

40.     At or about 4:30 p.m. (CST) on August 7, 2018, Defendant, KASZA, was operating her 2011 gold Town & Country minivan in the Hotel Rome parking lot with her two daughters as passengers -- navigating her minivan towards the exit of the Hotel Rome parking lot.

41.     At the aforesaid time and place, Defendant, KASZA, while operating and controlling her minivan became distracted because she was talking on mobile cell phone and also talking to her daughter.

FILED DATE: 5/11/2020 10:29 PM   2020L005182

42. At or about 4:30 p.m. on August 7, 2018, a distracted KASZA struck MUNOZ and ran over MUNOZ with the front driver's side tire of her minivan.

43. At said time and place, Plaintiff, HONORATO, along with other family members screamed for Defendant, KASZA, to stop her vehicle.

44. At said time and place, Defendant, KASZA, continued to be distracted on her mobile cell phone, did not stop her vehicle but rather, proceeded to run over MUNOZ a second time with the rear driver's side tire of her minivan.

45. Plaintiff's family members were then able to capture the attention of Defendant, KASZA to stop her minivan.

46. Plaintiff, HONORATO and other family members immediately attended to the severely injured MUNOZ until emergency medical personnel arrived.

47. On or around August 7, 2018, Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and WISCONSIN DELLS VISITOR & CONVENTION BUREAU, and each of them, were negligent in one or more of the following respects:

    a. failed to provide a reasonably safe means of egress and ingress for patrons from its theme parks and hotels;

    b. failed to take action to assure safe and adequate means of egress and ingress;

    c. failed to construct pedestrian sidewalks/walkways and/or crosswalks that would allow its patrons to safely travel through the common areas and parking lots of the resort and parks when Defendant(s) knew or should have known of the danger to lawful business invitees such as Plaintiff, HONORATO and her child, MUNOZ when it is reasonable to expect that drivers within its parking lots may be distracted;

    d. failed to place speed bumps within the hotel/park resort parking lots that would reduce the speed of patrons operating motor vehicles on the premises and thus, would require patrons to exercise due care by preventing patrons from speeding when Defendant(s) knew or should have known of the danger to lawful business

FILED DATE: 5/11/2020 10:29 PM    2020L005182

invitees such as Plaintiff, HONORATO and her child, MUNOZ;

e.  failed to erect signage that would warn pedestrian patrons of the dangers of walking within the common areas and parking lots of the resorts premises specifically that the premises had no designated pedestrian sidewalks/walkways, crosswalks and/or speedbumps;

f.  failed to warn of a dangerous condition located on the premises, namely the lack of pedestrian sidewalks/walkways and/or crosswalks in the common areas of the premises used to enter or exit the premises when Defendant(s) knew or should have known of the danger to lawful business invitees such as Plaintiff, HONORATO and her child, MUNOZ;

g.  failed to take adequate preventative measures such employing safety patrol personnel in the parking lots to ensure that patrons/guests could safely reach their motor vehicles legally parked within the resort's parking lots when Defendant(s) knew or should have known that certain conditions would create the unsafe conditions for its patrons/guests especially those with young children; and

h.  failed to provide a reasonably safe premises for patrons/guests especially those patrons/guests with young children.

44.  As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and WISCONSIN DELLS VISITOR & CONVENTION BUREAU, and each of them, Plaintiff, HONORATO's daughter, MUNOZ, sustained severe injuries of a personal and pecuniary nature that resulted in her death on August 7, 2018.

45.  The surviving family members and next of kin are: VANESSA HONORATO, decedent's mother, and MATTHEW HONORATO, decedent's half-brother,  have been damaged as a result of the wrongful death of decedent, in that they have been deprived of the reasonable value of her services, companionship, comfort, instruction, guidance, counsel, training, love, affection and support of their daughter and sister due to the incident.

46.  That Plaintiff, HONORATO, as the duly appointed representative of the Estate of

11

FILED DATE: 5/11/2020 10:29 PM   2020L005182

MARYANA JOANNA MUNOZ, deceased, brings this action as the Independent Administrator of the Estate pursuant to, and authorized by 740 ILCS 180/1 and pursuant to 740 ILCS 180/1 et seq. (Wrongful Death Act).

WHEREFORE, the Plaintiff, VANESSA HONORATO, as the Independent Administrator of the Estate of MARYANA JOANNA MUNOZ, deceased prays judgment against the Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS RESORTS, LLC, and WISCONSIN DELLS VISITOR & CONVENTION BUREAU, and each of them, in a sum of money in excess of the jurisdictional amount required by Law Division of the Circuit Court of Cook County of FIFTY THOUSAND DOLLARS AND 00/100 ($50,000.00).

## COUNT II

**PREMISES LIABILITY – SURVIVAL – MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS RESORTS, LLC. AND WISCONSIN DELLS VISITOR AND CONVENTION BUREAU**

NOW COMES, VANESSA HONORATO, (hereafter "HONORATO") as the Independent Administrator of the Estate of MARYANA JOANNA MUNOZ, (hereafter "MUNOZ") deceased, by and through her attorneys, LAW OFFICES OF TERRENCE F. DURKIN and complaining of the Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS RESORTS, LLC. and WISCONSIN DELLS VISITOR & CONVENTION BUREAU (hereafter "WDVCB") one of, some or each of them states as follows:

1.      On or about August 7, 2018, Plaintiff, VANESSA HONORATO, was and is a resident of Bensenville, Illinois and is the mother of Maryana Joanna Munoz, a deceased minor

child.

2.      On or about August 7, 2018, MUNOZ, was a three-year old female minor child when the alleged incident occurred and the daughter of Plaintiff, HONORATO who resided with HONORATO in Bensenville, Illinois.

3.      Defendant, MT. OLYMPUS WATER & THEME PARK, is a Wisconsin Corporation located in County of Sauk, Wisconsin Dells, Wisconsin.

4.      Defendant, MT. OLYMPUS WATER & THEME PARK is in the business of operating indoor and outdoor recreational water parks and theme parks in the Wisconsin Dells area that are open to the general public.

5.      Defendant, MT. OLYMPUS WATER & THEME PARK is located in the County of Sauk, Wisconsin Dells, Wisconsin on property owned by Defendants, MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS RESORTS, LLC. one of or each of them.

6.      Defendant MT. OLYMPUS ENTERPRISES, INC. is a Wisconsin corporation located in the County of Sauk, Wisconsin Dells, Wisconsin that owns, controls, maintains and/or operates various water & theme parks' grounds and attractions including but not limited to Defendant, MT. OLYMPUS WATER & THEME PARK.

7.      Defendant, MT. OLYMPUS RESORTS, LLC. is a Wisconsin corporation located in Sauk County, Wisconsin Dells, Wisconsin that owns, controls, maintains and/or operates various hotel and motel properties in the Wisconsin Dells and throughout the State of Wisconsin.

8.      Defendant, MT. OLYMPUS RESORTS, LLC, owns, controls, maintains and/or operates the Hotel Rome that is located 655 North Frontage Road, Wisconsin Dells, Wisconsin 53965.

9.      Hotel Rome is part of the Defendant, MT. OLYMPUS WATER & THEME

FILED DATE: 5/11/2020 10:29 PM    2020L005182

FILED DATE: 5/1/2020 10:29 PM 2020L005182

PARK RESORT that is owned by Defendants, MT. OLYMPUS RESORTS, LLC. and MT. OLYMPUS ENTERPRISES, INC., one of or each of them.

10.     Defendant, WISCONSIN DELLS VISITOR AND CONVENTION BUREAU, INC., (hereafter "WDVCB") is a Wisconsin Corporation that is the marketing and public relations co-operative operating on behalf as the members, as its agent and in the interests of its members, including but not limited to, Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC.

11.     Defendant, WDVCB, is the official destination marketing organization for the Wisconsin Dells area whose mission is to grow the economic impact of tourism through marketing, public relations and development efforts that benefit its members which includes as members, Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES. INC.   (See p.2 WDVCB's Official Website "About Us" Menu hereto attached as Exhibit A)

12.     Defendant, WDVCB, is a private, non-profit corporation formed in 1949 and is funded through a combination of room tax, membership dues from Wisconsin Dells hotels, motels and attractions by   its members, including but not limited to, Defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC.;  the WDVCB is also funded through advertising co-ops with the same hotels, motels and/or attractions in the Wisconsin Dells area, including but not limited to, Defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC. (See Exhibit A)

13.     Defendant, WDVCB, operates under the control and direction of its members including but not limited to defendants, MT. OLYMPUS WATER & THEME PARK RESORT,

14

FILED DATE: 5/11/2020 10:29 PM   2020L005182

MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC. Thus, the WDVCB is an agent of the WDVCB members (See "Article V Board of Directors" of the WDVCB Bylaws hereto attached as Exhibit B at p. 5)

14.     Defendant, WDVCB has five (5) committees for which members of the bureau serve including but not limited to a Marketing Committee.   The WDVCB Marketing Committee members develop, direct and oversee the WDVCB's marketing plans and the markets in which said plans will be implemented, including but not limited, in Northern Illinois and the Chicagoland area.  (See "Article VII – Committees of the WDVCB Bylaws hereto attached as Exhibit B at p. 9)

15.     In 2018, over 80% of WDVCB's annual budget was spent on marketing specifically, $10.6 million dollars with advertising channels in radio, TV, digital/interactive, print, outdoor and social that is directed to market segments in a variety of cities including but not limited to the cities of Rockford and Chicago. (See pp. 7-18 of WDVCB's PowerPoint presentation entitled "WDVCB 101" and dated January 22, 2019 hereto attached as Exhibit C)

16.     In 2018, WDVCB had seasonal marketing campaign breakouts for the Chicago market in each season of 2018 – winter, summer, fall and holiday.  (See p. 10 of WDVCB's PowerPoint presentation entitled "WDVCB 101" and dated January 22, 2019 hereto attached as Exhibit C)

17.     Members of WDVCB write by-laws, set policy and give direction to the Bureau's staff. (See p. 2 of the WDVCB webpage About-the-WDVCB Board-of-Directors hereto attached as Exhibit D)

18.     As members of the WDVCB, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC. and MT. OLYMPUS RESORTS, LLC.,  one of, some of or

15

FILED DATE: 5/11/2020 10:29 PM    2020L005182

each of them are afforded rights and privileges, including but not limited to the following:

    a.  Appropriate use of the Bureau's "member logo";
    b.  Use, subject to appropriate restrictions, of the Bureau's registered "Wisconsin Dells" trademark, as well as the use of other trademarks and names which the Bureau owns or has the right to use such as "Festivals, Inc.";
    c.  Use, subject to appropriate restriction, of logos relating to festivals and special events operated by the Bureau;
    d.  Participation in joint venture programs operated by the Bureau;
    e.  Access to membership lists;
    f.  Access to inquire lists;
    g.  Advertising in any Bureau-sponsored publication, subject to specific qualifications set forth in any contract with the applicable publisher;
    h.  Placement of brochures in literature racks reserved exclusively for Bureau members;
    i.  Visitor Information Center and Tele-Center referrals;
    j.  Website listings. (See p. 2 of WDVCB's Bylaws hereto attached as Exhibit B)

19.    The owner of MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC. and MT. OLYMPUS RESORTS, LLC, Nick Laskaris serves as a Director on the WDVCB Board of Directors and is a member of the WDVCB's Marketing Committee along with Craig Krieski, the General Manager of MT. OLYMPUS WATER & THEME PARK. (See p. 5 of WDVCB's webpage About-the-WDVCB Board-of-Directors hereto attached as Exhibit D; See pp. 14-15 of WDVCB's 2018 Annual Report hereto attached as Exhibit E; and p. 2 of WDVCB's website under "About the WDVCB Committees" hereto attached as Exhibit F)

20.    As a members, Nick Laskaris and Craig Krieski of the WDVCB Marketing Committee, they participate in:

    a.  determining the advertising channels that will be used to affectively promote WDVCB on behalf of its member;
    b.  determining the various market segments that will be target with marketing campaigns including market segments outside the State of Wisconsin;
    c.  assessing and evaluating the effectiveness of the Bureau's marketing channel and campaigns;
    d.  the adoption of policies for the marketing committee; and
    e.  providing direction on marketing decision to the Bureau's staff.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

21.     As marketing committee members, Nick Laskaris and Craig Krieski have direct knowledge that WDVCB engages in marketing and sales solicitation activities in the Chicagoland area for the sole purposes of promoting and soliciting the members' businesses including but not limited to MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES and MT. OLYMPUS RESORTS. (See p. 15 of Exhibit E)

22.     Defendants, MT. OLYMPUS WATER & THEME PARK RESORT, MT. OLYMPUS RESORTS, LLC and MT. OLYMPUS ENTERPRISES, INC., one of, some of or each of them, like other members of the WDVCB, are the direct and main beneficiaries of the WDVCB marketing and sales solicitation efforts.

23.     On and before August 7, 2018, Defendants, Mt. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK, by and through its agent, WDVCB, advertised, promoted and solicited sales for their hotels/motels, amusements and attractions to markets in various states including but not limited to the State of Illinois wherein they directly targeted Illinoisans to visit their establishments. (See Various WDVCB Newsletters at  pp. 4, 6, 7, 9, 13-14, 21, 24-25, 29, 34, 39, 43 and 44 hereto attached as Exhibit G)

24.     On and before August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS WATER & THEME PARK and WDVCB, one of, some of and/or each of them, deemed the Chicago as a key and growth plus market.  (See pp. 6-7  of  Exhibit G and Exhibit C at pp. 9-10)

25.     The WDVCB employs a sales team that  (on behalf of all of its members, including  but  not  limited  to,  MT.  OLYMPUS  RESORTS,  LLC.,  MT.  OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK) consistently conducts

FILED DATE: 5/11/2020 10:29 PM    2020L005182

in-person sales calls in the Chicago Markets to secure business for its members as well as many other markets outside of Wisconsin  (See pp. 4, 6, 7, 9, 13-14, 21, 24-25, 29, 34, 39, 43 and 44 of Exhibit G)

26.     Annually, the WDVCB (on behalf of all of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK) distributes over 250,000 of the Official Wisconsin Dells Vacation Guide throughout the Chicagoland area in an effort to solicit business. (See pp. 6-7 of Exhibit G)

27.     In 2018, the WDVCB (on behalf of all of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK) spent $10,211,963 dollars in marketing.  (See p. 7 of Exhibit E)

28.     In 2018, for every $1 spent on WDVCB's advertising campaigns (promoted on behalf of its members, including but not limited to, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC. and MT. OLYMPUS WATER & THEME PARK), there was a return on investment of $81. (See WDVCB's Webpage – www.wisdells.com/media/facts/economic-impact.htm hereto attached as Exhibit H)

29.     In 2018, the Chicago-area visitors to the Wisconsin Dells accounted for the majority of revenues received by WDVCB members including but not limited to MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC., and MT. OLYMPUS WATER & THEME PARK.

30.     On and before August 7, 2018, the Hotel Rome and Defendant, MT. OLYMPUS WATER & THEME PARK premises both had common areas, public walkways and parking lots

18

FILED DATE: 5/11/2020 10:29 PM    2020L005182

designed and intended for use by general public and patrons of the Hotel Rome and MT. OLYMPUS WATER & THEME PARK.

31.    On or about August 7, 2018, Defendants,  MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS WATER & THEME PARK, one of or each of them, had a duty to operate, manage, maintain and control the aforesaid premises, including but not limited to, the common areas, walkways and parking lots, in a manner so as not to cause injury to persons lawfully on the aforesaid premises.

32.    On or about August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS WATER & THEME PARK, one of or each of them, had a duty to operate, manage, maintain and control the aforesaid premises in a manner so as to provide a reasonably safe means of ingress and egress from the places of business located within the Mt. Olympus Water & Theme Park Resort that is in excess of 150 acres.

33.    On or about August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC., MT. OLYMPUS ENTERPRISES, INC. and/or MT. OLYMPUS WATER & THEME PARK, one of or each of them, knew or should have known that many of its patrons would be families with young children.

34.    On and before August 7, 2018, Defendants, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS WATER & THEME PARK and WISCONSIN DELLS VISITOR & CONVENTION BUREAU had a duty to warn its guest invitees of dangerous conditions that existed at the Water Park Capital of the World namely lack of pedestrian walkways and/or speed bumps in the hotel/parks' parking lots or warnings signs.

35.    On or about August 7, 2018, Plaintiff, HONORATO, along with three-year old her daughter, MUNOZ and many other family members were day-pass patrons of the MT.

OLYMPUS WATER & THEME PARK.

36.     On or about August 7, 2018, Defendant, KASZA; along with her two daughters were also patrons of the MT. OLYMPUS WATER & THEME PARK.

37.     On or about August 7, 2018, Defendant, KASZA, parked her Town & Country minivan in the Hotel Rome parking lot which is part of the Mt. Olympus Resort while they attended the MT. OLYMPUS WATER & THEME PARK also a part of the Mt. Olympus Resort.

38.     At or about 4:30 p.m. (CST) on August 7, 2018, Plaintiff, HONORATO along with her daughter, MUNOZ and other family members were in the process of departing the MT. OLYMPUS WATER & THEME PARK.  Specifically, they were walking to Plaintiff's car that was parked in the Hotel Rome parking lot.

39.     At aforesaid time and place, Defendant, KASZA along with her daughters were also departing the MT. OLYMPUS WATER & THEME PARK.

40.     At or about 4:30 p.m. (CST) on August 7, 2018, Defendant, KASZA, was operating her 2011 gold Town & Country minivan in the Hotel Rome parking lot with her two daughters as passengers -- navigating her minivan towards the exit of the Hotel Rome parking lot.

41.     At the aforesaid time and place, Defendant, KASZA, while operating and controlling her minivan became distracted because she was talking on mobile cell phone and also talking to her daughter.

42.     At or about 4:30 p.m. on August 7, 2018, a distracted KASZA struck MUNOZ and ran over MUNOZ with the front driver's side tire of her minivan.

43.     At said time and place, Plaintiff, HONORATO, along with other family members screamed for Defendant, KASZA, to stop her vehicle.

20

FILED DATE: 5/11/2020 10:29 PM   2020L005182

FILED DATE: 5/11/2020 10:29 PM   2020L005182

44.     At said time and place, Defendant, KASZA, continued to be distracted on her mobile cell phone, did not stop her vehicle but rather, proceeded to run over MUNOZ a second time with the rear driver's side tire of her minivan.

45.     Plaintiff's family members were then able to capture the attention of Defendant, KASZA to stop her minivan.

46.     Plaintiff, HONORATO and other family members immediately attended to the severely injured MUNOZ until emergency medical personnel arrived.

47.     On or around August 7, 2018, Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and WISCONSIN DELLS VISITOR & CONVENTION BUREAU, and each of them, were negligent in one or more of the following respects:

a.  failed to provide a reasonably safe means of egress and ingress for patrons from its theme parks and hotels;

b.  failed to take action to assure safe and adequate means of egress and ingress;

c.  failed to construct pedestrian sidewalks/walkways and/or crosswalks that would allow its patrons to safely travel through the common areas and parking lots of the resort and parks when Defendant(s) knew or should have known of the danger to lawful business invitees such as Plaintiff, HONORATO and her child, MUNOZ when it is reasonable to expect that drivers within its parking lots may be distracted;

d.  failed to place speed bumps within the hotel/park resort parking lots that would reduce the speed of patrons operating motor vehicles on the premises and thus, would require patrons to exercise due care by preventing patrons from speeding when Defendant(s) knew or should have known of the danger to lawful business invitees such as Plaintiff, HONORATO and her child, MUNOZ;

e.  failed to erect signage that would warn pedestrian patrons of the dangers of walking within the common areas and parking lots of the resorts premises specifically that the premises had no designated pedestrian sidewalks/walkways, crosswalks and/or speedbumps;

f.  failed to warn of a dangerous condition located on the premises, namely the lack of

FILED DATE: 5/11/2020 10:29 PM   2020L005182

pedestrian sidewalks/walkways and/or crosswalks in the common areas of the premises used to enter or exit the premises when Defendant(s) knew or should have known of the danger to lawful business invitees such as Plaintiff, HONORATO and her child, MUNOZ;

g.   failed to take adequate preventative measures such employing safety patrol personnel in the parking lots to ensure that patrons/guests could safely reach their motor vehicles legally parked within the resort's parking lots when Defendant(s) knew or should have known that certain conditions would create the unsafe conditions for its patrons/guests especially those with young children; and

h.   failed to provide a reasonably safe premises for patrons/guests especially those patrons/guests with young children.

48. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS RESORTS, LLC, MT. OLYMPUS ENTERPRISES, INC. and WISCONSIN DELLS VISITOR & CONVENTION BUREAU, and each of them, Plaintiff, HONORATO's decedent daughter, MUNOZ, sustained severe injuries of a personal and pecuniary nature including conscious pain and suffering, emotional distress, disability, medical expenses and had she lived she would have been able to bring this action and this action has survived her death.

49. That Plaintiff, HONORATO, the duly appointed representative of the Estate of MARYANA JOANNA MUNOZ, deceased, brings this survival action as the Independent Administrator of the Estate pursuant to, and as authorized by 735 ILCS 5/27-6. (the Survival Act).

WHEREFORE, the Plaintiff, VANESSA HONORATO, as the Independent Administrator of the Estate of MARYANA JOANNA MUNOZ, deceased prays judgment against the Defendants, MT. OLYMPUS WATER & THEME PARK, MT. OLYMPUS ENTERPRISES, INC., MT. OLYMPUS RESORTS, LLC, and WISCONSIN DELLS VISITOR & CONVENTION BUREAU, and each of them, in a sum of money in excess of the jurisdictional amount required by Law Division of the Circuit Court of Cook County of FIFTY

THOUSAND DOLLARS AND 00/100 ($50,000.00).

Respectfully submitted,

By: _____

TERRENCE F. DURKIN
Attorney for Plaintiff(s)

Terrence F. Durkin
LAW OFFICES OF TERRENCE F. DURKIN
738 East Dundee Road, # 328
Palatine, Illinois  60074
312/813-7366
Atty. I.D. 6237004
Cook County Attorney Code:  64051
tfdurkin@comcast.net

FILED DATE: 5/11/2020 10:29 PM  2020L005182

About Us



FILED
5/11/2020 10:29 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L005182

9234035

FILED DATE: 5/11/2020 10:29 PM   2020L005182

Menu

## WISCONSIN DELLS VISITOR & CONVENTION BUREAU

The Wisconsin Dells Visitor & Convention Bureau (WDVCB) is the official tourism destination marketing organization for the Wisconsin Dells/Lake Delton area. A private, non-profit corporation formed in 1949, the WDVCB is funded through a combination of room tax (5.5% of which the WDVCB receives 90%), membership dues, and advertising co-ops.

| Area Info |
| --- |
| Contact Us |
| Request Information |
| E-Newsletter Sign-up |
| Employment |
| FAQs |
| Privacy Policy |
| Site Map |
| Terms Of Use |
| Tourism & Partnership Links |

## 2019 STATISTICS
Board of Directors Count: 25
Budget: $14.7 million

**EXHIBIT A**

Page 1

# of employees: 27 full-time, 8-10 seasonal/part-time
Approximate # of members/partners: over 500 businesses

## VISION STATEMENT

Our vision is to secure the Wisconsin Dells area as a national year-round tourism destination by providing visitors with a unique and diverse recreational experience unsurpassed in quality, which offers the WDVCB membership and staff a framework for growth and economic opportunity.

## MISSION STATEMENT

The WDVCB is the official destination marketing organization for the Wisconsin Dells area whose mission is to grow the economic impact of tourism through marketing, public relations and development efforts that benefit our visitors and members.

## HISTORY OF WDVCB

The Wisconsin Dells Chamber of Commerce was incorporated on October 17, 1949 as a not-for-profit corporation in the state of Wisconsin. In 1956, an amendment to the Articles of Incorporation changed its name to the Wisconsin Dells Regional Chamber of Commerce. In 1986, its name was officially changed to the Wisconsin Dells Visitor & Convention Bureau.

The Wisconsin Dells Visitor & Convention Bureau is a membership organization formed to pool human and capital resources and is a voluntary association of businesses. The Visitor Bureau is a professional, economic organization, rather than social, and it represents those businesses that support it.

## HISTORY OF THE WISCONSIN DELLS AREA

Mystical photos, taken by H.H. Bennett of the towering bluffs and swirling Wisconsin River, along with the famous one of his son Ashley jumping the chasm at Stand Rock, are what drew the first tourists to the area, and ultimately gave Wisconsin Dells new life as a vacation destination. Commercial development soon followed and frequently centered on the stunning river scenery. In the 1980's and 1990's it was outdoor and indoor waterpark development that shaped the next stage of tourism in the Lake Delton/Wisconsin Dells area. Known as the "Waterpark Capital of the World!®" since 2005, the community (with a year-round population just over 5,500) reported estimated visitor expenditures of $1.638 billion in 2018. The area has recently gained recognition and success in the meetings and convention market and has identified the youth sports market as growth market. Tourism is the predominant industry in the Wisconsin Dells area.

## OTHER WDVCB FACTS AND INFORMATION

- 2018 Annual Report
- Bylaws
- Policies

# WISCONSIN DELLS FESTIVALS, INC.

This branch of the Bureau, created in 1991, was formed to create, manage and promote year-round festivals and events (most in fall, winter and spring). Wisconsin Dells has certainly evolved since then, and the perception of the area as a summer-only vacation spot is long gone. The festivals and events have evolved too, check out our events page for more information on upcoming events.

- Wisconsin Dells Festivals, Inc Board of Directors
- Wisconsin Dells Festivals, Inc Bylaws

# MISSION STATEMENT

Created to provide a forum for the development, implementation, management and promotion of special events and festivals for the Wisconsin Dells area. Wisconsin Dells Festivals, Inc. markets the area as a major year-round tourism destination for the continued growth and economic benefit of the area.

# CONTACT US:

Wisconsin Dells Visitor & Convention Bureau Staff

Wisconsin Dells Visitor & Convention Bureau Administrative Office
PO Box 390
701 Superior Street
Wisconsin Dells, WI 53965
(608) 254-8088
(608) 254-4293 Fax
Monday – Friday, 9 am – 5 pm

Visitor Information
PO Box 390
701 Superior Street
Wisconsin Dells, WI 53965
(608) 254-4636
(800) 223-3557
(608) 254-4293 Fax
Call (800) 223-3557 for specific hours

Wisconsin Dells > General Information > About Us

E-NEWSLETTER

Our monthly e-newsletter gives you the scoop on things to do in Wisconsin Dells, so sign up today!

* = Required Field

FILED DATE: 5/11/2020 10:29 PM    2020L005182

FILED DATE: 5/11/2020 10:29 PM 2020L005182

Privacy Policy

Wisconsin Dells respects your privacy. Your information will not be shared, sold, or used for any other purpose.

QUICK LINKS

WATERPARKS

PLACES TO STAY

VISITOR INFORMATION

ORDER GUIDES

MAPS & DIRECTIONS

ABOUT US

MEMBERSNET

BLOG

FAQS

SITE MAP

EMPLOYMENT

PRIVACY POLICY

TERMS OF USE

TOURISM PARTNER LINKS

WISCONSIN DELLS VISITOR & CONVENTION BUREAU

701 Superior Street, PO Box 390

Wisconsin Dells, WI 53965-0390

(800) 223-3557

(608) 254-4293 (Fax)



Contact Us    Chat With Us!

AMENDED AND RESTATED BYLAWS OF
THE WISCONSIN DELLS VISITOR AND CONVENTION BUREAU, INC.

Amended – June 10, 2011
Amended – September 17, 2019

## ARTICLE I
### Name, Principal Office, Purpose and Restrictions

**1.01    Name.**  The name of the corporation is "The Wisconsin Dells Visitor and Convention Bureau, Inc." (hereinafter the "Bureau").

**1.02    Principal Office.**  The Bureau's Board of Directors (the "Board") shall determine the location of the principal office of the Bureau.

**1.03    Purpose.**  The purpose of the Bureau shall be to:

a.    Collectively and aggressively promote the Wisconsin Dells-Lake Delton area as a major recreational/tourist destination;

b.    Provide prompt and courteous service to area visitors; and

c.    Provide information to the public on all members in good standing of the Bureau.

**1.04    Restrictions.**  All policies and activities of the Bureau shall be consistent with:

a.    The provisions of The Wisconsin Non-Stock Corporation Law (Chapter 181 of the Wisconsin Statutes);

b.    Applicable federal, state and local antitrust and trade regulation laws;

c.    Applicable tax-exemption requirements including that no part of the Bureau's net earnings inure to the benefit of any private individual; and

d.    All other legal requirements to which the operations of the Bureau are subject.

## ARTICLE II
### Members

**2.01    Membership Qualifications.**  Application for membership in the Bureau is considered from businesses within a 25-mile radius of the intersection of Highways 12, 13, 16 and 23, except this limitation does not apply to the Associate Division. Exceptions to the above-stated geographical limitation may be made on a case-by-case basis with the approval of 75% of the Board Members in attendance at the regular or special meeting at which such matter is taken up.

**2.02    Divisions.**  The Bureau shall have seven (7) Divisions. Each member must become a member of the Division or Divisions which most closely describe the nature of the business or businesses in which the member is engaged as determined by the Board in its sole discretion. The activities described with regard to each Division will be considered a separate business for purposes of membership in the Bureau.  (For example, an attraction that also has food and retail revenue sources would be considered as having businesses in three separate Divisions--Attraction, Restaurant/Bar and Retail.  A hotel, which also has retail revenue, would be considered as having businesses in two separate Divisions--Accommodation and Retail).  The Board shall have the right to determine, in its sole discretion, on a case-by-case basis, which Division or Divisions each member qualifies for or does not qualify for and may require members to provide information to the Board for its use in making such determinations.  The Bureau's Divisions and a description of the types of business activities included in each Division are as follows:

a.    <u>Accommodation Division</u>.  Any business that offers overnight sleeping accommodations for visitors. This includes, for example, resorts, motels, hotels, bed & breakfasts, as well as cabins, condominiums and houses which are used for short-term rentals (such as VRBO and Airbnb);

b.    <u>Associate Division.</u>  Any business whose revenue, from businesses in the Wisconsin Dells/Lake Delton area, is dependent upon providing or offering services and/or products to businesses selling directly to tourism consumers in the Wisconsin Dells/Lake Delton area and/or any business whose revenue is not

**EXHIBIT B**

FILED DATE: 5/11/2020 10:29 PM    2020L005182

significantly dependent upon providing services and/or products directly to tourism consumers in the Wisconsin Dells/Lake Delton area and which doesn't fall within the description of any other Division. The number of Associate Division members is limited to no more than 49% of total members.

c.  <u>Attraction Division</u>. Any business that provides recreation or entertainment and charges for such services;

d.  <u>Campground Division</u>. Any business that offers overnight camping for visitors. This includes, for example, primitive, developed, seasonal, RV sites and rental units (for example, cabins and trailers);

e.  <u>Restaurant/Bar Division</u>. Any business in which 50% or more of gross revenue is in immediately consumed food, and/or alcoholic beverages, regardless of whether such items are consumed on-site or off-site. This includes, for example, restaurants, concession stands, supper clubs, fast food restaurants, ice cream shops, bars and taverns.

f.  <u>Retail Division</u>. Any business engaged in selling goods directly to the end consumer.

g.  <u>Visitor Services Division</u>. Any business whose revenue is significantly dependent (as determined by the Board) upon providing services and/or products directly to tourism consumers in the Wisconsin Dells/Lake Delton area, but which doesn't fall within the description of any other Division.

**2.03    Multiple Obligation.**

a.  Each member of the Bureau must be a member of, and pay the appropriate membership fees with regard to, all Divisions that are applicable to the member's business activities.

b.  If a person, group of persons or entity owns or holds a majority interest in a business that is a member of the Bureau, then all other businesses located within the geographic area described in Section 2.01, that fall within any of the Divisions described in Section 2.02, that are owned by or have majority ownership by the same person, group of persons or entity, must also be members of the Bureau.

c.  If a person, group of persons or entity owns or holds a majority interest in one or more businesses located within the geographic area described in Section 2.01 (which are all required to be members of the Bureau pursuant to Section 2.03b) and that same person, group of persons or entity owns or holds a minority interest in one or more businesses located within the geographic area described in Section 2.01, the businesses in which the minority interest is owned will not be required to be members of the Bureau under this Section 2.03.

**2.04    Member's Rights.** Each member in good standing of the Bureau may be entitled to the following rights and privileges, as well as other rights which the Bureau may make available from time to time, subject to specific policies;

a.  Use, subject to appropriate restrictions, of the Bureau's registered "Wisconsin Dells" trademark, as well as the use of other trademarks and names which the Bureau owns or has the right to use, such as "Festivals, Inc.";

b.  Use, subject to appropriate restrictions, of logos relating to festivals and special events operated by the Bureau;

c.  Participation in co-op marketing programs operated by the Bureau;

d.  Access to membership lists;

e.  Access to inquiry lists;

f.  Advertising in any Bureau-sponsored publication, subject to specific qualifications set forth in any contract with the applicable publisher;

g.  Placement of brochures in literature racks reserved exclusively for Bureau members;

h.  Visitor Information Center and group referrals; and

i.  Website listings.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**2.05    Member in Good Standing.**  A member shall be considered to be "in good standing" if, and only if:

a.    The member is in compliance with these Bylaws, including any amendments that may be adopted from time to time;

b.    The member is in compliance with any and all applicable rules, regulations or policies adopted by the Bureau's Board;

c.    The Bureau's Board has accepted the member's current annual Membership Agreement; the Board may reject any Membership Agreement for any reason but shall not discriminate on the basis of race, color, religion, or as otherwise prohibited by applicable law;

d.    The member is current with all membership fees and all other financial obligations to the Bureau; and

e.    The member has provided the Bureau with all required reports, certificates and statements.

Any member which fails to satisfy all of the above-stated conditions may be determined not to be in good standing by the Bureau's Board or a committee duly designated by the Board pursuant to Section 2.06 of these Bylaws.

**2.06    Effect of a Member Not Being in Good Standing.**

a.    Possible Sanctions.  A member determined not to be in good standing based upon the criteria set forth in Section 2.05, may have its membership (including all multiple obligation business memberships) in the Bureau suspended for a period of time, is not eligible to vote at Membership, Board, Division or committee meetings, may have its membership in the Bureau terminated, or may be subject to other sanctions deemed appropriate by the Board or a duly designated committee (including, without limitation, suspension or termination of one or more of the rights described in Section 2.04, monetary penalties, and/or public or private reprimands).

b.    Member Benefits Suspension.  Once the Board or a duly designated committee determines that any of the membership benefits described in Section 2.04 should be suspended, the applicable member shall be given written notice by the President/CEO. Said notice shall state the specific benefits that are to be suspended, the reason for such suspension, the date the suspension will take effect and the length of the suspension and/or other conditions that must be satisfied for the suspension to be lifted.

c.    Membership Termination and other Sanctions.  Before final action is taken by the Board or a duly designated committee with regard to the termination of any member's membership in the Bureau, or with regard to any other sanctions (not including suspension of any benefits described in Section 2.04), the applicable member shall be given not less than fifteen (15) days advance written notice.  Said notice shall state the charges against the member as well as any proposed sanctions, and the date, time and place of the meeting at which final action will be taken by the Board or a duly designated committee.  The member shall be given an opportunity to present a defense in person at the meeting or the member may submit a written statement to the Board.  The Board or duly designated committee shall consider the information (if any) presented by the member when it takes its final action.

**2.07    Reinstatement.**  Any member which has its membership in the Bureau suspended, or which has any of the rights described in Section 2.04 suspended shall, at the time of such suspension, be given by the Board or the duly designated committee or person, written notice of the time at which and the conditions under which the membership or rights of the suspended member may be reinstated.  Upon a presentation/notification to the Board or duly authorized Bureau representative (in the case of a policy violation) by the suspended member of evidence that it has satisfied the conditions for reinstatement (including the passage of the applicable amount of time), the Board or duly authorized Bureau representative (in the case of a policy violation) shall determine if said conditions have been satisfied and if reinstatement is appropriate, considering all circumstances.  The decision of the Board or duly authorized Bureau representative shall be final.  If the Board denies any request for reinstatement, the suspended member may reapply for reinstatement at a future date set by the Board, or if no date is set by the Board, at its next or any future regularly scheduled meeting.  Any member whose membership is terminated pursuant to Section 2.06 shall not be entitled to reinstatement but may apply for membership in the Bureau as a new member; however, a terminated member's previous actions may be taken into consideration when a terminated member applies for membership.

**2.08    Resignation.**  Any member may withdraw from the Bureau by giving reasonable advance written notice to the Bureau, stating the date the resignation shall become effective. A withdrawing member shall not be entitled to a refund of

any amounts previously paid to the Bureau and shall remain liable for any and all amounts owed to the Bureau at the time the withdrawal becomes effective.

**2.09    Member Obligation to Follow Bureau Rules.**  These Bylaws constitute a binding legal agreement between the Bureau and its members that may be supplemented by amendments, as well as rules, regulations and policies, adopted by the Board.  Each member of the Bureau agrees to be bound by these Bylaws and any amendments thereto, as well as any rules, regulations or policies adopted by the Board.

**2.10    Code of Conduct.**  A Bureau member shall not do anything that is detrimental to the Bureau or to any other Bureau members.  The Board of Directors, when considering acceptance of a membership application, may take into account prior actions of the business applying for membership that would be considered in violation of this policy.

<div align="center">

### ARTICLE III
### Membership Fees

</div>

**3.01    Membership Fee Amount.**  Each year the members of each Division of the Bureau shall recommend to the Bureau the level of fees, including a schedule based upon gross revenue or other relevant criteria which said members of the Division feel is appropriate for that Division for the following year.  The membership fees recommended by each Division may be subject to review and approval of the Bureau's Executive Committee and shall be subject to approval of the Board, whose decision with respect to the membership fees for each Division shall be final.

**3.02    Delinquencies.**  Any member of the Bureau who is delinquent in the payment of membership fees or any other amounts owed to the Bureau shall be assessed interest on such delinquent amounts at the rate of 1½% per month (calculated on a monthly basis) until the delinquency is fully paid.  The assessment of interest on delinquent amounts is in addition to any suspension or termination of membership or any other sanctions which the Bureau may take pursuant to Section 2.06.

**3.03    Membership Agreements.**  All memberships in the Bureau shall be on a year-to-year basis and must be renewed each calendar year as described herein.  In order for a business to initially become a member, such business must first enter into a Membership Investment Agreement (a "Membership Agreement") with the Bureau with regard to each Division applicable to the business, as described in Sections 2.02 and 2.03.  In addition, for each year thereafter, each member is required to enter into a new Membership Agreement with the Bureau with regard to each Division applicable to the member, also as described in Sections 2.02 and 2.03.  The membership fees owed to the Bureau by the member shall be set forth in the Membership Agreement.  The Bureau's decision to accept or to decline to enter into a Membership Agreement with any business applying to be a new member or with any business wishing to renew its membership, shall be within the sole and absolute discretion of the Bureau's Board of Directors, provided the Bureau shall not discriminate on the basis of race, color, religion or as otherwise prohibited by applicable law.  The Board, when considering whether to accept any Membership Agreement may take into account any matters that the Board deems to be applicable, including but not limited to, prior actions of a new applicant for membership or an existing member that would be considered in violation of the Code of Conduct set forth in Section 2.10.

**3.04    Payment Schedules.**  The schedules for the payment of membership fees for each Division of the Bureau shall be set by the Board and shall be reflected on the applicable Membership Agreement for each Division.

<div align="center">

### ARTICLE IV
### Meetings of Membership

</div>

**4.01    Annual Membership Meeting.**  There shall be an annual meeting of the members of the Bureau held during the months of March, April or May each year.  The Executive Committee shall set the place and date of the annual meeting.  At the annual meeting, the Board shall report to the members on the activities of the Bureau and the members shall transact such other business as may properly be brought before the meeting.

**4.02    Special Membership Meetings.**  Special meetings of the members of the Bureau may be called by the Board Chair, the Board Vice Chair or by any two members of the Board to consider a specific subject or issue.  No business other than that specified in the notice for a special meeting shall be transacted at any special meeting.

**4.03    Division Meetings.**  Meetings of the members of each Division may be held from time to time when called by any member of the Board from that Division.  Divisions may also choose to set regular periodic meetings.  Actions taken at any Division meeting shall be by majority vote of those members of the Division present.  The meetings and operation of each Division shall be consistent with the requirements set forth in Section 5.08 and 5.09. Recommendations/actions of any Division shall be subject to the ratification of the Board.

FILED DATE: 5/11/2020 10:29 PM                2020L005182

FILED DATE: 5/11/2020 10:29 PM     2020L005182

**4.04    Notice.**  Notice of the annual or any special meeting of the members, as well as meetings of any Division, shall be given at least seven (7) days prior to the date set for such meeting.  Such notices shall be in writing and either personally delivered, sent to each member by first class mail addressed to the member's designated address, or sent electronically.  Each such notice shall state the date, time and location of the meeting.  With regard to special meetings, the notice shall also state the specific subject or issue to be considered at the special meeting.

**4.05    Location of Membership Meetings.**  All meetings of the members of the Bureau shall be held at a location determined by the Executive Committee.  Unless determined otherwise by the Board, membership meetings will be held within a twenty-five (25) mile radius of the intersection of Highways 12, 13, 16 and 23.

**4.06    Quorum.**  At the annual or any special meeting of the Bureau's members, the presence in person of at least seventy-five (75) members shall constitute a quorum for the transaction of business.  Members shall not be permitted to participate in meetings by proxy.

<div align="center">

**ARTICLE V**
**Board of Directors**

</div>

**5.01    Authority of Board.**  The Board is the governing body of the Bureau and has authority over and shall supervise, control and direct the Bureau's property, activities and concerns.  The Board may delegate specific management functions to committees, officers or employees of the Bureau; however, the Board shall retain overall responsibility for and authority over all committees, officers and employees and shall be primarily responsible for the ultimate direction of the Bureau.  The Board is specifically authorized to adopt such rules, regulations and policies, which shall not be inconsistent with these Bylaws, and which the Board deems to be necessary and appropriate from time to time.  Such rules, regulations and policies shall be binding on all members of the Bureau.  The Board shall, from time to time, publish and circulate to all members of the Bureau all rules and regulations and policies that it has adopted, and which remain in force and effect.

**5.02    Number and Composition.**  The Board shall consist of sixteen (16) members ("Directors" or "Board Members") elected by the various Divisions as described below, a Dells River District representative, the immediate Past-Board Chair of the Bureau, plus any "Guaranteed Attraction Seats" described below.  The composition of the sixteen elected Board seats shall be as follows:  Accommodation Division – 7, Associate/Visitor Services Divisions – 1; Attraction Division – 4; Campground Division – 1; Restaurant/Bar Division – 2; Retail Division – 1.  No member who is a corporation or other entity (including all affiliated entities), with Membership Agreements in two or more Divisions, may have more than two (2) persons who are affiliated with that entity serving on the Board at any one time.  In addition, each Membership Agreement allows for a maximum of one Director in any given year.

The composition of the sixteen elected Board seats at the time these Bylaws are adopted, as well as the years (odd numbered years or even numbered years) in which each of the Board Members shall be elected, is as follows:

|  | Division | # of Board Members | Years in which such Board Members are Elected |
|---|---|---|---|
| a. | Accommodation Division | | |
|  | (1)    Members operating 70 units or less | 2 | 1 in odd years and 1 in even years |
|  | (2)    Members operating 71 – 299 units | 3 | 1 in odd years and 2 in even years |
|  | (3)    Members operating 300 or more units | 2 | 1 in odd years and 1 in even years |
| b. | Associate/Visitor Services Divisions - Directors-at-large | 1 | even years |
| c. | Attraction Division | | |
|  | (1)    Directors-at-large | 4 | 2 in odd years and 2 in even years |
| d. | Campground Division - Directors-at-large | 1 | odd years |
| e. | Restaurant/Bar Division - Directors-at-large | 2 | 1 in odd years and 1 in even years |

FILED DATE: 5/11/2020 10:29 PM          2020L005182

| f. | Retail Division - Directors-at-large | 1 | odd years |
|----|--------------------------------------|---|-----------|

A Dells River District Representative shall be recommended to the Board by the City of Wisconsin Dells for Board approval. If the City of Wisconsin Dells makes no such recommendation for any given year, the seat will remain vacant.

Each member of the Attraction Division whose Membership Agreement for a particular calendar year is: (i) accepted by the Board; and (ii) requires the member to pay membership fees equaling or exceeding the amount designated by the Board as the "minimum guaranteed seat category" for that particular calendar year, shall be entitled to appoint one director to the Bureau's Board (each such position on the Board to be known as a "Guaranteed Attraction Seat"). The term of each person filling a Guaranteed Attraction Seat shall commence at the time of the first Board meeting held after November 1 of the year prior to the calendar year for which the applicable Attraction Division member is paying at least the designated amount in membership fees described above, and shall end immediately prior to the first Board meeting after November 1 of the calendar year for which the applicable Attraction Division member has paid at least the designated amount in membership fees described above. An Attraction Division member's rights to have a Guaranteed Attraction Seat on the Board shall only be applicable if such Attraction Division member is in good standing.

There shall be no minimum or maximum number of Guaranteed Attraction Seats on the Board, and each such Board member shall only be appointed for a one-year term, as described above. The membership fee threshold for Guaranteed Attraction Seats on the Board may be changed from time to time by a vote of at least a majority of the entire then existing Board. Any Attraction Division member entitled to appoint a person to a Guaranteed Attraction Seat may designate a substitute person, who must be affiliated with that member, and such substitute shall have the authority to vote and take other actions at any Board meeting that the first person appointed to the Guaranteed Attraction Seat is unable to attend.

**5.03    Alternate Directors.**  The Board Chair of the Bureau shall annually appoint one or more "Alternate Director(s)" with respect to each Division. Each such appointment must be ratified by a vote of at least two-thirds (2/3) of the entire Board before the appointment becomes effective. Each Alternate Director may, in the absence of an elected Director from the same Division, at any Board, committee or other meeting, substitute for the absent Director at such meeting and participate and have the same rights as the absent Director. Alternate Directors shall remain familiar with the activities and actions of the Board and shall assist the Director(s) from the applicable Division in carrying out the responsibilities and functions assigned to or accepted by such Director(s). The terms of Alternate Directors shall end each year immediately prior to the first Board meeting held after November 1.

**5.04    Terms of Office for the Elected Directors.**  Each of the sixteen elected Directors shall be elected to a term of two years. Directors' terms shall be staggered as set forth in Section 5.02, so that of the sixteen (16) elected Board Members, eight (8) Directors are elected in even numbered years and eight (8) Directors are elected in odd numbered years. Each such elected Director's term shall commence at the time of the first Board meeting held after November 1 of the year in which such Director is elected and shall end immediately prior to the first Board meeting after November 1 two years thereafter. Any Director appointed because of a vacancy as described in Section 5.07 shall serve until the expiration of the term of the Director being replaced. There is no limit on the number of times any Director may be re-elected or on the number of terms any Director may serve.

**5.05    Election of Directors.**  The members of each Division shall separately (except the Associate and Visitor Services Divisions, who shall elect their director together) elect the number of Directors set forth in Section 5.02 (as such Section may be amended from time to time). The method of electing these sixteen Directors shall be as follows:

a.    A slate of nominees for the elected Directors' positions that are to be filled in any particular year shall be prepared each year by the Board Nominating Committee.

b.    Additionally, nominations for each Division's Directors may be made by the applicable Division at the Division meeting held prior to the election of Directors during each year in which such Division is to elect any Director(s) pursuant to Section 5.02.

c.    No person may be a nominee to be elected as a Director with regard to more than one Division.

d.    The Board Nominating Committee and each Division shall submit all nominations to the Bureau no later than September 30 of each year in which such Division is to elect any Director(s) pursuant to Section 5.02.

e.    The Bureau shall then prepare the ballots for each Division reflecting all applicable nominees, and the ballots shall be mailed or submitted electronically (pursuant to Wisconsin Statutes §181.0808, as such section may be amended or renumbered from time to time) to the members (in good standing for the current membership year and have submitted Membership Agreements for the upcoming year) of each

FILED DATE: 5/11/2020 10:29 PM    2020L005182

Division no later than the first Monday of October of each year in which such Division is to elect any Director(s) pursuant to Section 5.02.

f.      Each member is entitled to one vote for each Director's seat for which the member is entitled to vote (e.g. Attraction Division members shall have 2 votes each in even numbered years and 2 votes each in odd numbered years for the Attraction Division Directors and Associate/Visitor Services Divisions members shall have one vote each in the even numbered years when the Associate/Visitor Services Divisions Director is elected).  Cumulative voting shall not be permitted.

g.      Completed ballots must be received by the Bureau no later than 4:00 pm CST on the third Monday of October of each year with regard to the Directors being elected that year.  Any ballots received after that date and time will not be counted.

h.      All properly completed ballots received by the Bureau prior to the deadline described above shall be tabulated and the membership of the Bureau shall be notified of the results.  The person(s) receiving the highest number of votes for each Director's seat, or for the number of at-large seats up for election, unless disqualified for some other reason, shall be deemed elected.

i.      In the event of a tie with regard to the election for any Director's seat, the Bureau shall send new ballots to the members of the Division in which the tie occurred which were eligible to vote at the time of the original distribution of ballots.  Those members will be made aware that a tie occurred and requested to vote again. The incumbent Director shall continue to serve as acting Director until such time as the above-described process results in the election of a new Director.

**5.06    Vacancies.**  If an elected Director resigns or for any other reason is unable to complete his/her term on the Board (a "Vacancy"), an Alternate Director from the same Division shall be appointed by the Board Chair to fill the Vacancy and to serve for the remainder of the unexpired term.  In the event there is no Alternate Director available to fill a Vacancy, the Board Chair shall nominate a person to fill the Vacancy and to serve the remaining portion of the term, provided that each such nomination must be approved by at least two-thirds (2/3) of the entire Board before it becomes effective.  If a Director filling a Guaranteed Attraction Seat resigns or for any other reason is unable to complete his/her term, the member entitled to appoint the Director for that Guaranteed Attraction Seat shall appoint a replacement Director to serve the remainder of the applicable one-year term.

**5.07    Board Meetings.**

a.      Regular meetings of the Board shall be held on the third (3rd) Tuesday of every other month beginning in January; however, the Board at any regularly scheduled meeting or any special meeting may change the date of any future meeting or may cancel a regular meeting.  The Board Chair shall also have authority to change the date of any future meeting to a date more convenient for the Board.  Special meetings of the Board may be called by any officer of the Bureau or by any two (2) Directors.  The Board Chair or in his/her absence, the Board Vice Chair, shall preside at all Board meetings.  If both the Board Chair and Board Vice Chair are absent, the Board may elect a temporary Chair, whose sole authority shall be to preside at that meeting.  Unless specifically stated otherwise in these Bylaws, all actions of the Board shall be by majority vote of those Directors present at the meeting.

b.      Except when the Board meets in executive session, as provided herein, meetings of the Board shall be open to the members of the Bureau. An executive session of the Board may be called by the Board Chair, or in the absence of the Board Chair by the presiding officer, under the following circumstances: (a) on the advice of counsel, (b) to discuss pending or threatened legal matters involving the Bureau, (c) to discuss or act on personnel issues, (d) to discuss matters that the Board feels need to remain confidential, or (e) to address such other matters as the Board deems appropriate. At the option of the Board Chair or other presiding officer, or upon a majority vote of those Directors present at the meeting, an executive session of the Board may be called.

c.      While in executive session, only Board Members and individuals invited by the Board Chair or another presiding officer may be present. Board Members may discuss the business conducted in an executive session only with other Board Members, any other persons as directed by the Board Chair or other presiding officer, persons present in the executive session by invitation and others upon advice of counsel. Those present at any executive session shall be reminded that the executive session deliberations and minutes are confidential.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**5.08    Notice of Board Meetings.**  Notice of any regular meeting of the Board shall be given at least forty-eight (48) hours prior to the time set for the meeting during the months of May through October, and at least seven (7) days prior to the meeting during the months of November through April.  Notice of any special meeting of the Board shall be given at least twelve (12) hours prior to the time set for the meeting.  Notices of Board meetings may either be in writing or by telephone.  Written notices shall be personally delivered, sent by first class mail addressed to the Director's designated address or sent electronically.  Notices shall indicate the time and location of the meeting.  Notices need not indicate the purpose or the business to be transacted at the meeting.  Notwithstanding the foregoing, a meeting of the Board may be held, and action may be taken threat without such notice being given if all Directors either sign a written waiver prior to or after the meeting or are present at the meeting, which shall be deemed equivalent to signing a waiver.

**5.09    Location of Board Meetings.**  All meetings of the Board shall be at the Bureau's main office unless the person(s) calling the meeting or the Board Chair elect(s) to have a meeting at another location.

**5.10    Quorum.**  The presence in person, via telephone or by any other electronic means permitted by the Wisconsin Statutes, of a majority of the number of Directors then in office and entitled to vote shall constitute a quorum for the transaction of business.  If a quorum is not present, a lesser number may adjourn the meeting to a later date, not more than ten (10) days later.

**5.11    Removal.**  Any one or more of the Directors may be removed at any time by a vote of seventy-five percent (75%) of the full Board, at any regular or special meetings.

**5.12    Resignation.**  Any Director may resign from the Board by submitting notice of resignation to the President/CEO.  Any such resignation shall be effective upon approval by the Board.

<div align="center">

**ARTICLE VI**
**Officers**

</div>

**6.01    Number.**  The Bureau shall have three (3) officers.  The officers of the Bureau shall be the Board Chair, the Board Vice Chair and the Secretary/Treasurer.

**6.02    Qualifications.**  Officers must be members in good standing of the Bureau and must also be Directors.  No person may hold more than one office at the same time.  There shall be no limit on the number of times any officer may be re-elected, or the number of terms any officer may serve.

**6.03    Election and Term of Office.**  Officers shall be elected by a majority vote of the Board Members present and voting at the first Board meeting each November.  The election of officers shall be by written ballot, unless only one Board Member is running for a particular office, in which case the election may be by majority voice vote or show of hands.  Each officer shall hold office for a term of one year and until his/her successor has been elected.

**6.04    Duties of Officers.**  The duties and powers of the Officers shall be as follows:

a.    <u>Board Chair</u>.  The Board Chair shall preside at the meetings of the members, meetings of the Board, and meetings of the Executive Committee.  The Board Chair shall set the agenda for Board meetings and shall generally oversee the smooth and effective operation of the Board.  In addition, the Board Chair shall have such other duties and authority as is set forth in these Bylaws and as may be directed by the Board.

b.    <u>Board Vice Chair</u>.  In the absence of the Board Chair, the Board Vice Chair shall preside at all membership, Board and Executive Committee meetings.  The Board Vice Chair shall perform such other duties as may be assigned by the Board Chair or the Board.

c.    <u>Secretary/Treasurer</u>.  It shall be the duty of the Secretary/Treasurer to keep or delegate the keeping of records of all meetings of the members, the Board, all committees and all Divisions. The Secretary/Treasurer shall also be the chief financial officer of the Bureau.  The Secretary/Treasurer shall generally oversee the Bureau's financial functions, although the Bureau's day-to-day financial functions shall be delegated to the Bureau's staff and accountants.  In addition, the Secretary/Treasurer shall perform such other duties as may be directed by the Board.

**6.05    Vacancies.**  Any vacancy in any office other than the office of Board Chair shall be promptly filled by an appointment made by the Board Chair; however, all such appointments must be ratified by a majority vote of the entire Board.  Persons appointed to fill vacancies in any office shall serve the remainder of the regular term of that officer.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

Any vacancy in the office of Board Chair shall be filled by the Board Vice Chair, unless there is no Board Vice Chair, in which case the vacancy in the office of Board Chair shall be filled by a majority vote of the entire Board.

**6.06    Removal.**  Any officer may be removed from office upon a vote of at least seventy-five percent (75%) of the entire Board.

<div align="center">

**ARTICLE VII**
**Committees**

</div>

**7.01    Committee Appointments.**  Members of all committees shall be appointed annually by the Board Chair but are subject to ratification by the Board.  The terms of all committee members shall be concurrent with the terms of the officers as set forth in Section 6.03 and shall expire when new officers are elected each November.

**7.02    Executive Committee.**  Notwithstanding Section 7.01, the Executive Committee shall consist of:

a.    The three officers of the Bureau;

b.    The chairperson of the Marketing Committee; and

c.    The immediate past-Board Chair of the Bureau.

If the Marketing Committee chairperson or the immediate past-Board Chair is also an officer, the Board Chair, subject to approval of the Board, shall appoint an additional Board member to the Executive Committee.  The Executive Committee shall act in place and stead of the Board between Board meetings on all matters except those specifically reserved for the full Board by these Bylaws.  The Executive Committee shall report its actions to the Board by mail, electronically, or at the next Board meeting.  If, for any reason, the immediate past-Board Chair is unable or unwilling to serve on the Executive Committee, then the Board Chair shall appoint one other member of the Board to serve as the fifth member of the Executive Committee, with such appointment to be subject to approval of the Board.  The presence of at least three (3) members of the Executive Committee at any meeting shall constitute a quorum, and all actions shall be by majority vote of those members present at a meeting.  Unless the Board decides otherwise, Executive Committee meetings are not open to the general membership.

**7.03    Other Standing Committees.**  Each year after his/her election, the Board Chair, as described in Section 7.01, shall appoint the following committees (the "Standing Committees") to consist of as many members as the Board Chair deems advisable.

a.    Board Nominating Committee;

b.    Marketing Committee;

c.    Meeting & Convention Committee;

d.    Sports Committee; and

e.    Tourism Economic Development Committee.

The duties of each committee shall be prescribed by the Board and may be changed from time to time. The Board may create additional Standing Committees or may abolish any of the above-stated Standing Committees, as it deems advisable and prudent.

**7.04    Special Committees and Subcommittees.**  The Board Chair may, at any time, appoint other committees ("Special Committees") on any subject for which there are no Standing Committees.  Any Standing Committee or Special Committee may appoint subcommittees ("Subcommittees") if deemed necessary or appropriate.

**7.05    Authority of Committees.**  The actions/recommendations of all Standing Committees, all Special Committees and all Subcommittees shall be subject to the ratification of the Board.  Actions of the Executive Committee, with the exception of financial matters which have an aggregate impact on the Bureau's budget of less than $250,000 during any particular fiscal year, shall not be subject to ratification of the Board.

**7.06    Meetings and Operations.**  The meetings and operations of all Standing Committees, Special Committees and Subcommittees shall be consistent with the requirements set forth in Sections 5.08 through 5.10.  The time of the meetings

FILED DATE: 5/11/2020 10:29 PM    2020L005182

of each Standing Committee, Special Committee or Subcommittee shall be set by the applicable committee or its chairperson.

Except when a Standing Committee, Special Committee or Subcommittee meets in executive session, as provided herein, meetings of any such committee (except the Executive Committee as prescribed in 7.02) shall be open to the members of the Bureau. An executive session of a committee may be called by the committee's chairperson or in the absence of the chairperson by the presiding committee member, under the following circumstances: (a) on the advice of counsel, (b) to discuss matters that the committee feels need to remain confidential, or (c) to address such other matters as the committee deems appropriate. At the option of the committee chairperson or other presiding committee member, or upon a majority vote of a committee, an executive session of a committee may be called.

While in executive session, only committee members and individuals invited by the committee chairperson or other presiding committee member may be present. Committee members may discuss the business conducted in an executive session only with other committee members, any other persons as directed by the committee chairperson or other presiding committee members, persons present in the executive session by invitation and others upon advice of counsel. Those present at any executive session shall be reminded that the executive session deliberations and minutes are confidential.

**7.07    Terms of Committees.**  The members of each Standing Committee shall serve from the time they are appointed by the Board Chair until new committee appointments are made following the election of the Board Chair the following year. The term of each Special Committee and Subcommittee shall not exceed one year, unless approved by the Board.

<div align="center">

**ARTICLE VIII**
**Contracts/Leases, Loans, Payments and Deposits**

</div>

**8.01    Contracts/Leases.**  The Board may authorize any officer or officers, agent or agents to enter into any contract/lease or execute and deliver any instrument in the name of and on behalf of the Bureau and such authorization may be general or confined to specific instances.

**8.02    Loans.**  No loans shall be contracted on behalf of the Bureau and no evidences of indebtedness shall be issued in the Bureau's name unless authorized by or under the authority of a resolution of the Board.  Such authorization may be general or confined specific instances.

**8.03    Payments.**  All types of payments (checks, EFT's, ACH Transfers, drafts, transfers or other orders for payment) shall be issued in the name of the Bureau and in such manner as shall from time to time be determined by or under the authority of a resolution of the Board.

**8.04    Deposits.**  All funds of the Bureau not otherwise employed shall be deposited from time to time to the credit of the Bureau in such banks, trust companies or other depositories as may be selected by or under the authority of the Board.

**8.05    Check Signing.**  Two (2) signatures are required on all checks or electronic payment voucher approval forms of the Bureau over $1,000, and at least one of the signatures must be that of the Board Chair, Board Vice Chair, Secretary/ Treasurer or person designated by the Board Chair.  All checks or electronic payment voucher approval forms signed by such a designated person shall also require the initials of the Secretary/Treasurer.  Payroll checks and other checks in an amount of under $1,000 shall only require the signature of the President/CEO or any one of the persons listed above.

<div align="center">

**ARTICLE IX**
**Fiscal Year and Membership Year**

</div>

**9.01    Fiscal Year.**  The Bureau's fiscal year shall be the calendar year commencing on January 1 and ending on December 31.

**9.02    Membership Year.**  Each member's annual membership in the Bureau, and the Bureau's Membership Agreement, shall also run for the calendar year.

<div align="center">

**ARTICLE X**
**Administrative Organization**

</div>

**10.01 President/CEO.**  The Bureau shall employ a "President/CEO" who shall be responsible for:

a.    Overseeing the day-to-day operations of the Bureau in conformance with the policies and procedures adopted by the Board;

FILED DATE: 5/11/2020 10:29 PM    2020L005182

b.      Supervising and delegating duties to the Bureau's personnel as prescribed and directed by the Board;

c.      Carrying out the policies and procedures of the Bureau as directed by the Board and as set forth in the Bureau's policy manual;

d.      Directing and supervising the Bureau's marketing programs and activities;

e.      Reporting to the Board and the Executive Committee on the operations of the Bureau at their respective meetings; and

f.      Performing such other duties and functions as the Board may direct.

The President/CEO shall report directly to the Board Chair with regard to day-to-day matters, but shall take primary direction from the Board, except for matters that the Board delegates to the Executive Committee or the Board Chair.

The President/CEO shall not be a member of the Bureau and shall not have any direct or indirect business dealings with the Bureau unless specifically authorized or approved by the Board.

The Executive Committee shall set the terms of the President/CEO's compensation, benefits and other employment-related matters.

## ARTICLE XI
### Indemnification

**11.01   Indemnification.**  The Bureau shall indemnify each Director and officer of the Bureau as well as the President/CEO of the Bureau, against reasonable expenses and against liability incurred in any proceeding in which such Director, officer or the President/CEO was a party because he or she was a Director, officer or President/CEO of the Bureau.  The indemnification shall be in accordance with the provisions of Wisconsin Statute secs. 181.0871 through 181.0889, as such sections may be amended or renumbered from time to time.  These indemnification rights shall not be deemed to exclude any other rights to which a Director, officer or President/CEO may otherwise be entitled.  The Bureau shall indemnify any employee who is not a Director, officer or President/CEO of the Bureau to the extent the employee has been successful on the merits or otherwise in defense of a proceeding, for all expenses incurred in the proceeding if the employee was a party because he or she was an employee of the Bureau.  If the Bureau indemnifies or advances expenses to a Director, officer or President/CEO pursuant to Wisconsin Statutes secs.181.0872, 181.0874, 181.0877, 181.0879, 181.0881 or 181.0889, the Bureau shall report the indemnification or advance in writing to Board Members with or before the notice of the next Board meeting.

## ARTICLE XII
### Amendment of Bylaws

**12.01   Amendment.**  Except for the specific provisions of these Bylaws which may be amended by the Board or otherwise, as provided in other sections of these Bylaws, these Bylaws may be altered, amended or repealed and new Bylaws may be adopted only by the members of the Bureau.  All proposed amendments must be submitted in writing to the Board. If the proposed amendment(s) are signed by ten percent (10%) or more of all members of the Bureau, the proposed amendment(s) shall be submitted to members for a vote.  The Board may, if it so chooses, recommend to the members that the proposed amendments are adopted or rejected.  If the proposed amendment(s) are signed by fewer than ten percent (10%) of all of the members of the Bureau, the amendments shall be submitted to the members for vote only if the Board chooses to recommend approval.  Amendments to those Bylaws that are submitted to the members for a vote may, in the discretion of the Board, either:

a.      Be submitted at any annual or special meeting of the Bureau's members, and for the amendment to be adopted, it must be approved by at least a majority, aggregate vote of the Accommodation, Attraction, Campground, Restaurant/Bar, Retail and Visitor Services Division members present; or

b.      Be mailed or electronically provided to the Accommodation, Attraction, Campground, Restaurant/Bar, Retail and Visitor Services Division members in good standing with a ballot for such members to mark and return, indicating if they accept or reject the proposed amendment. For the amendment to be adopted, it must be approved by at least a majority vote of the ballots returned to the Bureau.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

If a vote regarding alteration, amendment or repeal of the Bylaws is to be taken at a meeting of the members, the proposed change shall be mailed or electronically provided to each member at least seven (7) days prior to the date of the meeting at which the change is to be considered.  If the proposed change is submitted to the members by written ballot, the ballot shall plainly state the date and time by which the ballot must be returned to the Bureau for votes to count, which date must not be less than ten (10) days after the date the ballot is mailed or electronically provided.

**ARTICLE XIII**
**Parliamentary Authority and Interpretation**

**13.01    Parliamentary Authority.**  The parliamentary authority for all meetings of the Bureau's members, Board, committees and Divisions shall be Robert's Rules of Order.

**13.02    Interpretation.**  These Bylaws shall be interpreted pursuant to the Wisconsin Non-Stock Corporation Law, Chapter 181 of the Wisconsin Statutes, as said Chapter 181 may be amended from time to time.

EXHIBIT C

Page 1

# Wisconsin Dells

# Visitor & Convention Bureau



## WDVCB 101

### January 22, 2019

# Today's Discussion

*Presented by Romy Snyder*

- WDVCB Overview

- Marketing Programs
- Membership Benefits
- Group Sales Overview
- Visitor Services Overview

- Questions



# About the WDVCB

*Presented by Romy Snyder*

## Mission

*The WDVCB is the official destination marketing organization for the Wisconsin Dells area whose mission is to grow the economic impact of tourism through marketing, public relations and development efforts that benefit our visitors and members.*

## Vision

*Secure the area as a national year-round tourism destination by providing visitors with a unique and diverse recreational experience unsurpassed in quality, which offers the WDVCB membership and staff a framework for growth and economic opportunity.*



# FAQS

*Presented by Romy Snyder*

## How is the Bureau legally organized?

*We are a private, non-profit 501©6 membership organization governed by a board of directors and organizational bylaws.*

## What is the Bureau's annual budget?

*For 2019 our budget is projected at $13 million.*
*Revenue sources:  room tax $10.9m, membership dues $1.2m*
*Expenses:  marketing $10.6m, admin $2.5m*

## How many staff does the bureau employ?

*26 full-time, year round staff and 6-8 part-time, seasonal.*
*Exec: 2, Membership: 2, Marketing & Sales: 9, Accounting: 4,*
*Operations: 2, Mailroom: 2, IT: 2, Visitor Services: 2, Events: 1*



# 2017 Economic Impact of Tourism in the Wisconsin Dells Area *Presented by Romy Snyder*

## 2017 Direct Visitor Spending - $1.16 billion



- Food
- Lodging
- Transportation
- Recreation
- Shopping

*The Wisconsin Dells Area accounts for nearly 10% of all tourism spending in the entire state.*

# WDVCB Membership

*Presented by Romy Snyder*

## Membership Businesses Divisions

- Accommodations: 86 (over 8000 units)
- Associate Businesses: 92 (B2B)
- Attractions: 85
- Campgrounds: 18 (just under 3000 campsites)
- Restaurants: 101
- Shopping: 69
- Visitor Services: 34



# Marketing Overview

*Presented by Katelyn Czuprynko*

- Marketing
- Communications
- Research



# Marketing Efforts

*Presented by Katelyn Czuprynko*

80% of annual budget is spent on Marketing ($10.6M)

What are our Advertising Channels?

- Radio
- TV
- Digital/Interactive
- Print
- Outdoor
- Social



# Marketing Efforts – Market Segments
*Presented by Katelyn Czuprynko*

## Emerging
- New markets
- Longer planning cycle
- Lower ROI
- Average spend higher
- Ad Effectiveness research indicates potential

## Growth +
- High growth potential
- New audiences to reach

## Growth
- Average Awareness
- Low to Average Growth

## Mature
- High awareness
- High familiarity
- Respond to advertising
- High ROI (market spending/ room nights)
- Shorter planning cycle

## Emerging
- St. Louis
- Canada

## Growth +
- Chicago

## Growth
- Cedar Rapids
- Des Moines
- Peoria
- Quad Cities
- Rochester
- Champaign-Springfield

## Mature
- Duluth-Superior
- Green Bay/Appleton
- La Crosse/Eau Claire
- Madison
- Milwaukee
- Minneapolis/St. Paul
- Rockford
- Wausau



# Marketing Efforts – Always On

*Presented by Katelyn Czuprynko*

## 2018 Seasonal Campaign Breakout

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Winter/Spring Break | | | | Summer | | | | Fall | | Holiday | |
| | Chicago<br>Minneapolis<br>Milwaukee<br>Green Bay/Appleton | | | | All markets | | | | Chicago<br>Wisconsin<br>Minneapolis/<br>St. Paul | | Chicago<br>Milwaukee<br>Madison<br>Green Bay/<br>Appleton | |

# Marketing Programs –
# Vacation Guide *Presented by Katelyn Czuprynko*

## The Official Vacation Guide of the Wisconsin Dells Visitor & Convention Bureau

- 200,000 Distributed Annually
  - In-area, direct mail requests, Chicago-area
- FREE Vacation Guide Racks
- Great Planning Tool
- FREE Grid Listing
- Affordable Advertising Opportunities
- Year-round Shelf Life
- Digital Version on wisdells.com



# Marketing Programs – WISDELLS.COM

*Presented by Katelyn Czuprynko*



**DISCOVER FUN THIS WINTER IN WISCONSIN DELLS**

- 3 Million Visitors

- FREE Web Listing

- Direct Booking Portal (Accommodations & Camping)

- Calendar of Events

- Packages & Deals (one of the most visited parts of the website!)

# Marketing Programs – Summer

## Season Opener *Presented by Katelyn Czuprynko*



**This marketing program drives awareness and visitation to the Wisconsin Dells area during the promotional period.**

- 2019 Valid Dates: May 24 – Tue, July 2

- Promotional value over $1 million

- 220,000 cards distributed
(High level markets – Northern Illinois, Wisconsin, Minnesota – Twin Cities area)

- Cost – No charge to participate in SSO Card.





# Marketing Program – Co-op

## Photography *Presented by Katelyn Czuprynko*

**Professional photography sessions that are cost-shared by the Visitor Bureau**

- Photography session is 3 hours, with a maximum of 4 sessions (or 12 total hours)

- Approximately 4-15 total finished/processed images per session



# Marketing Program – Ticket Tradeouts

*Presented by Katelyn Czuprynko*

**The Ticket Tradeouts program is designed for various Bureau contests and tradeouts with the media to provide additional promotional value (Attractions Only)**

- Tickets must be valid for the 2019 operating season.

- Minimum participation is 1,500 tickets.



# Marketing Program – D.A.R.E.

*Presented by Katelyn Czuprynko*



**This program is designed to honor Wisconsin students who graduated from the Drug Abuse Resistance Education Program (DARE). (Attractions Only)**

- 20% discount

- Only distributed in Wisconsin

- 4,000 cards are printed.

- DARE cards are valid for the 2019 business operating season.





# Marketing Program – FOX Sports

*Presented by Katelyn Czuprynko*



**Fox Sports Weekend began in 2008 to help promote the Wisconsin Dells area after Lake Delton drained.**

- Partnership with FOX Sports Wisconsin

- June 14th – 16th 2019

- Live Pre and Post Broadcasts during Brewer games

- Wisconsin Dells segments aired throughout the game





# Marketing Program – Dells

## Brewer Day
*Presented by Katelyn Czuprynko*



**Dells Day at Miller Park will take place during the Milwaukee Brewers vs. Chicago Cubs game at Miller Park.**

- Saturday, April 6, 2019

- 50 Tubie wearing brand ambassadors engage with fans

- Vacation Guides and premium giveaway items

- In stadium advertising

# Marketing Program –

## Marketing Cube *Presented by Katelyn Czuprynko*

**This program is a great way to display your merchandise and/or services to visitors in our Downtown Visitor Information Center.**

- 8 marketing cube spaces available

- Cubes are displayed for a 2 week period

- Program is on a first come, first served basis.

# Marketing Program –
## Packages & Deals
*Presented by Katelyn Czuprynko*

- Listing a package or deal on wisdells.com is FREE

- Deals page is one of the most visited pages on wisdells.com

- Ongoing program

- Interactive Media Campaigns throughout the year will link to this page
  - Black Friday/Cyber Monday
  - Holiday Deals
  - Festivals

# Communication Efforts

*Presented by Rhonda Parchem*

Organic Social
- Facebook (341,000+ followers)
- Instagram (18,700 followers)
- Twitter (10,800 followers)

Media Relations
- Deskside Visits
- Interviews
- Media Passes
- Influencer Outreach

Crisis Communication
- Available to assist members when/if needed



# Waterslide-athon

*Presented by Rhonda Parchem*



- Benefits the Ronald McDonald House Charities of Madison – our charity of choice

- Over 13 years we have donated $262,822

- June 22nd – 23rd 2019

- Allows our members to come together for a great cause



# Marketing Research

*Presented by Rhonda Parchem*

- Economic Impact

- Conversion Study

- Ad Awareness/Effectiveness

- Lead Generation Program



# Membership Program – Gift Card

*Presented by Alexandra Harjung*



Wisconsin Dells Gift Card Program

- ⌵ Over 200+ area business
- ⌵ 2017 - $186,675 in gift card sales
- ⌵ https://www.wisdells.com/wisconsin-dells-family-vacation/gift-cards.htm
- ⌵ Pre-paid Visa Credit Card
- ⌵ Visitors purchase gift cards at desired amount at WDVCB(walk in, phone or online) and redeem only at participating member businesses!



# Membership Program – EEC

*Presented by Alexandra Harjung*

EEC (Employment Entertainment Card) & Vouchers

- ✓ Objective is to give "first-hand" experiences to employees through FREE admission to over 30 attractions and special discounts at area restaurants, shops and services

- ✓ Available to employees of member businesses in ATTR, REST, ACCO, CAMP, SHOP & VS Divisions

- ✓ Available to employees of member businesses in ASSO Division(Wis Dells/Lake Delton ONLY)

# Membership Program – EEC

*Presented by Alexandra Harjung*

EEC Program details:
https://www.wisdells.com/wisconsin-dells/EEC.htm

✓ Two ways to purchase cards

- $15 if purchased by an employee of a member business

- $10 if a member business purchases a vouchers to give to their employees

- Photo ID and Payroll Stub (last 30 days)

✓ EEC's are valid from January 1 -December 31

Page 26



# Membership Program – Job Board

*Presented by Alexandra Harjung*

Electronic Job Board – new as of Jan 2019!

https://jobs.wisdells.com/

✓ Exclusively for member businesses

✓ Post job openings

✓ Search resumes

✓ Create & edit resume alerts



# Membership Tool – Membersnet

*Presented by Alexandra Harjung*

MembersNet

https://www.wisdells.com/MembersNet.htm

✓ Meetings & Events Calendar

✓ List of ongoing marketing programs

✓ Member Resources:

Crisis Communication Tips, Sports Events Calendar, etc.

Access to latest economic impact reports

✓ **Associate Member Directory**



# Other Membership Services

*Presented by Alexandra Harjung*

- **Monthly Member E-newsletter** – to get latest updates from the Bureau

- **Member Facebook Page** – stay connected and informed thru our closed group – "WDVCB Members"

- **Annual Printed Membership Directory**

- **Electronic Member Mailing list** ($ for Out-area Associate)

- **Monthly Member Events**
  - ✓ Education-based programs – educate your employees to get the most out of your membership
  - ✓ Member Mixers – networking with industry colleagues
  - ✓ Certification programs at discounted prices (CPO)
  - ✓ Annual Dinner

# Group Sales

*Presented by Kyra Popp*

The Sales Department promotes Wisconsin Dells as a destination for Meetings Conventions, Sporting Events and Motorcoach Groups.





# Group Sales

*Presented by Kyra Popp*

## Tradeshow & Association Representation




















# Group Sales
*Presented by Kyra Popp*

## Site Tours & Familiarization Trips









# Convention Services

*Presented by Kyra Popp*

- Name Badges
- Welcome Bags
- Registration Assistance
- Information Booths
- Pre-mailing
- Referrals





# Visitor Information Center

*Presented by Penny Turner*

- Referrals through WDVCB Visitor information Center

- Brochure Display

- Marketing Cube Display

- Access to State and Regional School Calendars

- Obtain Work Permits at the WDVCB Visitor information Center



# Visitor Information Center

*Presented by Penny Turner*

- Downtown Wisconsin Dells Visitor Information Center

701 Superior Street, Wisconsin Dells, WI 53965
(Across the street from the Bank of Wisconsin Dells)

Open Daily: 9:00 am – 5:00pm

June – August: 9:00am – 8:00pm

FILED DATE: 5/11/2020 10:29 PM   2020L005182

# Associate Division Benefits

*Presented by Penny Turner*

## Associate Division – B2B Services

- Associate Member Directory on wisdells.com/Membersnet
- Referrals
- EEC eligibility – WD/Lake Delton area businesses <u>only</u>
- Monthly Member E-newsletter
- Wisconsin Dells Job Board
- Access to all Resources on Membersnet (School Calendars, Market Research, etc.)
- Member Facebook Page
- Annual Printed Membership Directory
- Electronic Member Mailing list ($ for Out-area Associate)
- Monthly Member Events(Networking, education-based)
- Waterslide-athon Sponsorship Opportunities

# Upcoming Member Events

✔ February 7 – Member Mixer, Vennebu Hill Wedding Venue

✔ March 6-7 – CPO Certification Class

✔ April 23 – 2019 WDVCB Annual Dinner, Kalahari

✔ May 2 – Member Mixer, Alliant Energy

**Thank you for your Partnership!**

# WDVCB Membership Contacts

## Alexandra Harjung, CMP
Membership Sales & Engagement Manager
d 608-844-8096/c 608-393-2113
alexandra@wisdells.com

## Penny Turner
Membership Services Coordinator
P 608-254-8088, ext. 325
penny@wisdells.com



FILED DATE: 5/11/2020 10:29 PM    2020L005182



Menu

# BOARD OF DIRECTORS

Home

About the WDVCB

Faces of the Bureau

Advertising and PR Agencies

Board of Directors

Committees

Wisconsin Dells Visitor & Convention Bureau Staff

Meetings & Events Calendar

Solicitations

Research & Economic Development

Member Resources

Governance

Wisconsin Dells Festivals, Inc

Interested in Becoming a Member?

Associate Member Directory

## EXHIBIT D

Page 1

WDVCB members understand the commitment and dedication it takes to build a successful destination. In Wisconsin Dells, membership means more than signing a contract and paying membership dues. WDVCB members write bylaws, set policy and give direction to the Bureau staff. More importantly, they volunteer their time, talent and resources to contribute to the success of Bureau events and programs. As leaders in the tourism industry, they are also active in statewide tourism issues and policies.

FILED DATE: 5/11/2020 10:29 PM  2020L005182

### Accommodation Division



John Chastan
*(Term Expires 2020)*
Kalahari Resorts & Conventions
300+ units



Joe Eck
*(Term Expires 2021)*
Wilderness Hotel & Golf Resort
300+ units



John Koscielniak
*(Term Expires 2020)*
Grand Marquis Waterpark Hotel & Suites
71-299 units



Dana Krueger
*(Term Expires 2020)*
Sand County Service Company

70 units or less



Brad Preissel
*(Term Expires 2021)*
Black Hawk Motel & Suites
71-299 units



Krissy Sigmund
*(Term Expires 2020)*
AmericInn by Wyndham
71-299 units



Bernadette Starzyk
*(Term Expires 2021)*
Shamrock Motel
70 units or less

---

## Associate/Visitor Services Division



Jon Bernander - Secretary/Treasurer
*(Term Expires 2020)*
Bank of Wisconsin Dells

---

## Attraction Division

FILED DATE: 5/11/2020 10:29 PM    2020L005182

FILED DATE: 5/11/2020 10:29 PM    2020L005182



Beth Anacker
*(Term Expires 2020)*
Ho-Chunk Gaming, Wisconsin Dells
Guaranteed Seat



Jill Diehl - Board Chair
*(Term Expires 2021)*
Tommy Bartlett Exploratory - Interactive Science Center
Director-at-Large



Tom Diehl
*(Term Expires 2020)*
Tommy Bartlett Show
Director-at-Large



Dan Gavinski - Board Vice Chair
*(Term Expires 2020)*
Dells Boat Tours®
Guaranteed Seat



JJ Gissal
*(Term Expires 2020)*
Original Wisconsin Ducks®

Board of Directors

Guaranteed Seat



<mark>Nick Laskaris</mark>
<mark>*(Term Expires 2020)*</mark>
<mark>Mt. Olympus Water & Theme Parks</mark>
<mark>Guaranteed Seat</mark>



Travis Nelson
*(Term Expires 2020)*
Tom Foolerys Adventure Park
Guaranteed Seat



Amy Palmer
*(Term Expires 2020)*
Knuckleheads Trampoline Park • Rides • Bowling
Guaranteed Seat



Kevin Ricks
*(Term Expires 2021)*
Ripley's Believe It or Not! Museum
Director-at-Large



Pete Tollaksen

FILED DATE: 5/11/2020 10:29 PM 2020L005182

*(Term Expires 2020)*
Wisconsin Deer Park
Director-at-Large

FILED DATE: 5/11/2020 10:29 PM    2020L005182



Mark Whitfield
*(Term Expires 2020)*
Noah's Ark Waterpark
Guaranteed Seat

## Campground Division



Becky Gussel
*(Term Expires 2021)*
Sherwood Forest Camping & RV Park

## Dells River District



Mayor Ed Wojnicz
*(Term Expires 2020)*
City of Wisconsin Dells

## Restaurant/Bar Division



Adam Makowski
*(Term Expires 2021)*
Hot Rocks – Sear. Sizzle. Savor.

https://www.wisdells.com/MembersNet/About-the-WDVCB/Board-of-Directors.htm[2/2/2020 12:58:02 PM]

2020L005182    FILED DATE: 5/11/2020 10:29 PM



Mark Schmitz
*(Term Expires 2020)*
Moosejaw Pizza & Dells Brewing Co.

## Retail



Brian Holzem
*(Term Expires 2021)*
Original Wisconsin Dells Fudge

## Past Board Chair



Mike Kaminski
Chula Vista Resort

## Alternate Directors

### Accommodation



Matt Hehl
Dells Flamingo Resort



Scott Kalcik
Meadowbrook Resort

FILED DATE: 5/11/2020 10:29 PM    2020L005182



Mary Macina
SpringHill Suites by Marriott

Associate/Visitor Services



Kyler Royston
Sports Impressions

Attraction



Tracy Fuller
Wild Rock Golf Club at the Wilderness



Amanda McGowan
Dells Boat Tours®

Campground



Brent Gasser
Yogi Bear™ Camp-Resort & Water Playground

Restaurant/Bar

FILED DATE: 5/11/2020 10:29 PM   2020L005182



Merije Ajvazi
B-LUX Grill & Bar

Retail



Tara Anchor
Winnebago Gift Shop



Chris Fearing
St. Vincent de Paul Society Thrift Store

Wisconsin Dells > MembersNet > Board of Directors

E-NEWSLETTER

Our monthly e-newsletter gives you the scoop on things to do in Wisconsin Dells, so sign up today!

* = Required Field

Privacy Policy

Wisconsin Dells respects your privacy. Your information will not be shared, sold, or used for any other purpose.

QUICK LINKS

Page 8



WISCONSIN DELLS VISITOR & CONVENTION BUREAU

# 2018 ANNUAL REPORT

**EXHIBIT E**

FILED DATE: 5/11/2020 10:29 PM    2020L005182

June 2019

## HELLO BUREAU PARTNERS:

Some things never get old.

A stunning orangey-pink sunset over the Wisconsin River framed by the sandstone bluffs. A scream-inducing ride down a waterslide. A dinner out with friends at a supper club. The spectacle of a pyramid of skiers. A new pair of comfy moccasins. A generous piece of homemade fudge made with real Wisconsin butter.

While we have the advantage of being able to experience all those things on a regular basis, there's a real joy in seeing visitors experience those things for the first time too. We're lucky in that regard.

Something else that never gets old and that we never take for granted is the continued growth of the tourism economy in Wisconsin Dells. In 2018, the total economic impact on the Wisconsin Dells area was $1.64 billion.

Your hard work and dedication have paid off again. Thank you for that. Now go treat yourself to any one of the little luxuries right in our own backyard. You've earned it!


Sincerely,



Jill C. Diehl
President



Romy A. Snyder
Executive Director

**2**

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## MISSION STATEMENT

The WDVCB is the official destination marketing organization for the Wisconsin Dells area whose mission is to grow the economic impact of tourism through marketing, public relations and development efforts that benefit our visitors and members.

## VISION STATEMENT

Our vision is to secure the Wisconsin Dells area as a national year-round tourism destination by providing visitors with a unique and diverse recreational experience unsurpassed in quality, which offers the WDVCB membership and staff a framework for growth and economic opportunity.

WDVCB members understand the commitment and dedication it takes to build a successful destination. In Wisconsin Dells, membership means more than signing a contract and paying membership dues. WDVCB members write bylaws, set policy and give direction to Bureau staff. More importantly, they volunteer their time, talent and resources to contribute to the success of Bureau events and programs. As leaders in the tourism industry, they are also active in statewide tourism issues and policies.

## CONTENTS

2    Letter from President & Executive Director

3    Vision & Mission Statements

4    Economic Impact

6    Financials

8    Performance Report

9    Marketing

11    Public Relations

12    Meetings & Conventions, Sports and Groups

13    Wisconsin Dells Festivals, Inc.

14    Board of Directors

15    Committees & Staff

## NUMBER OF WDVCB MEMBERS BY DIVISION

|                  | 2017 | 2018 |
|------------------|------|------|
| Accommodation    | 91   | 94   |
| Attraction       | 87   | 94   |
| Associate        | 106  | 100  |
| Campground       | 21   | 18   |
| Restaurant       | 104  | 100  |
| Shopping         | 67   | 71   |
| Visitor Services | 33   | 34   |
| **TOTAL**        | **509** | **511** |



3

# 2018 ECONOMIC IMPACT

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## EST. VISITOR SPENDING

|  | 2017 | 2018 | % Change |
|---|---|---|---|
| Direct Impact* | $1,164,081,413 | $1,202,674,037 | 3.3% |
| Total Impact** | $1,575,238,453 | $1,637,856,989 | 4.0% |

\* Travelers create direct economic value within a discreet group of sectors (e.g. recreation, lodging - details on page 5.) This supports a relative proportion of jobs, wages, taxes and GDP within each sector.

\*\* Each directly affected sector also purchases goods and services as inputs (e.g. food wholesalers, utilities) into production. These impacts are called indirect impacts. Lastly, the induced impact is generated when employees whose incomes are generated either directly or indirectly by tourism, spend those incomes in the state economy.

## EST. VISITOR EXPENDITURE COMPARISON BY SEASON



## TOTAL JOBS SUPPORTED (FULL-TIME JOB EQUIVALENTS)

|  | 2017 | 2018 | % Change |
|---|---|---|---|
| Direct Impact | 12,568 | 12,788 | 1.8% |
| Total Impact | 16,020 | 16,199 | 1.1% |

4

FILED DATE: 5/11/2020 10:29 PM    2020L005182

# EST. VISITOR EXPENDITURES BY CATEGORY



- **Lodging**
  $426,441,186
- **Food & Beverage**
  $315,303,705
- **Retail**
  $219,395,109
- **Recreation**
  $153,739,106
- **Transportation**
  $87,794,932

# TOTAL GOVERNMENT REVENUES GENERATED

|       | 2017 | 2018 | % Change |
|-------|------|------|----------|
| State | $44.9 million | $46.7 million | 4.0% |
| Local | $54.3 million | $56.5 million | 4.1% |

The data above is from "The Economic Impact of Tourism in Wisconsin Dells – 2018" and was prepared by Tourism Economics, an Oxford Economics company located in Philadelphia, PA, dedicated to providing high value, robust and relevant analyses of the tourism sector that reflects the dynamics of local and global economics. The research model used for this year's data is an Input-Output (IO) IMPLAN model that profiles an economy by measuring the relationships among industries and consumers. The model calculates three levels of impact – direct, indirect and induced.

**Direct Impact:** Visitor's expenditures on attractions/recreation, lodging, food & beverage, retail and transportation.

**Indirect Impact*:** The flow of visitor's expenditures as it is traced to food wholesalers and farmers, utilities, marketing, publishing and so on.

**Induced Impact*:** The benefits to the economy as tourism employees spend their wages in the local economy, generating additional output, jobs, taxes and wages.

* The combination of Indirect and Induced Impact creates the Total Impact.

5

# 2018 BUREAU FINANCIALS

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## TOTAL INCOME: $14,704,870



- Room Tax
  $12,498,290
- Membership
  $1,399,013
- Program Income
  $543,064
- Safety Patrol
  $61,005
- Other Income
  $203,498

## ROOM TAX INCOME: $12,498,290



- Nov/Dec - Prior Year
  $1,189,422
- 1st Quarter (Jan - Mar)
  $2,237,313
- 2nd Quarter (Apr - Jun)
  $2,648,019
- 3rd Quarter (Jul - Sep)
  $4,467,806
- Oct & Nov - Current Year
  $850,437
- Room Tax - Development Fund
  $1,105,293

## MEMBERSHIP INCOME: $1,399,013



- Attraction Division
  $566,300
- Accommodation Division
  $380,255
- Restaurant Division
  $306,918
- Associate Division
  $63,700
- Campground Division
  $28,100
- Shopping Division
  $38,740
- Visitor Services Division
  $15,000

6

FILED DATE: 5/11/2020 10:29 PM   2020L005182



## TOTAL EXPENSES: $12,649,762



- **Marketing**
  $10,211,963
- **Administration**
  $2,286,669
- **Membership***
  $122,405
- **Development**
  $28,716

*Annual meeting, seminars, member directory, etc.

## MARKETING EXPENSES: $10,211,963



- **Summer Leisure**
  $6,343,015
- **Convention Sales**
  $408,706
- **Public Relations**
  $93,193
- **Year-Round**
  $1,610,016
- **Winter/Spring Leisure**
  $1,009,083
- **Fall Leisure**
  $352,136
- **Sports**
  $151,907
- **Winter Holiday**
  $243,907

7

# 2018 PERFORMANCE REPORT

FILED DATE: 5/11/2020 10:29 PM    2020L005182

| wisdells.com | 2017 | 2018 |
|---|---|---|
| Total Site Visits | 3,090,606 | 3,051,901 |
| Unique Visits | 2,363,218 | 2,193,715 |

| Facebook | 2017 | 2018 |
|---|---|---|
| Users Reached | 22,450,665 | 31,123,608 |
| Engagements | 178,203 | 60,223 |
| Link Clicks | 143,302 | 134,705 |
| Current Total Fans | 335,876 | 341,420 |

| Twitter | 2017 | 2018 |
|---|---|---|
| Impressions | 356,830 | 470,968 |
| Engagements | 6,746 | 7,159 |

| Instagram | 2017 | 2018 |
|---|---|---|
| Engagements | 19,582 | 40,568 |

| Visitor Inquiries/Contacts | 2017 | 2018 |
|---|---|---|
| Calls | 9,098 | 8,630 |
| Emails (info@wisdells.com) | 1,816 | 1,362 |
| Chat Sessions | 874 | 798 |
| Walk-ins Downtown | 37,247 | 30,313 |
| Walk-ins Lake Delton | 4,932 | 2,826 |

| Vacation Guide Distribution | 2017 | 2018 |
|---|---|---|
| 1-24 Guides/order | 40,891 | 38,372 |
| 25+ Guides/order | 49,154 | 50,149 |
| Racks (In-area) | 80,350 | 87,720 |
| Racks (Out-of-area) | 37,500 | 21,660 |
| Direct Mail | 50,000 | 0 |
| Total | 257,895 | 197,901 |

# 2018 MARKETING HIGHLIGHTS

FILED DATE: 5/11/2020 10:29 PM    2020L005182

It's the research we do that leads the way for our Wisconsin Dells marketing initiatives that are as big as our waterparks, as thrilling as our live shows, as creative as our most unique attractions, and as captivating as the natural beauty that surrounds it all. Here are a few highlights from our 2018 marketing initiatives:

- Our research program is an important component of our marketing initiatives as the results shape our plans and creative. Results for the 2018 Conversion Study showed a conversion rate at 68% - steady from the previous 2016 study. The Ad Awareness/Effectiveness Study supported our mature/growth/emerging market strategy, and showed an overall advertising recall of 76%. It also showed the highest visitor spending to date with our 2018 advertising campaign generating $311 million in visitor spending, for an ROI of $81.

- In 2018, we launched a lead generation program to refresh and build our database of consumers we can tap into for research which resulted in a database of over 100,000 contacts.

- We once again took over Miller Park for the Cubs vs. Brewers game. We had our Tubie-wearing brand ambassadors engaging tailgaters throughout the parking lot distributing sunglasses and Vacation Guides as well as in-stadium creative. New in 2018 we included a coupon book for the first 25,000 fans to enter Miller Park.

- Our Summer Season Opener program reached over $1 million in promotional value in 2018!

- We took over Union Station in June of 2018 with full saturation of the station prompting riders to plan their Wisconsin Dells summer vacation. The creative execution received an OBIE Award for excellence in out-of-home creative.

- We implemented an "always on" strategy for interactive in 2018 so our display ads run all year long. Along with our general leisure messaging we tailored messaging for each season and segment with separate messages for grown-ups, multi-gen and Hispanic audiences.

- Wisdells.com continues to perform with over 3 million visitors to the site in 2018.

- Social continues to be social: Wisconsin Dells is definitely Instagram-worthy with a 29% increase in followers and over 100% increase in engagements with @waterparkcapital in 2018. Facebook video views increased dramatically with over 3 million video views.

- In 2018, we earned 40,000 media mentions totaling an earned media value of over $18 million. That is an increase of over $2 million from 2017.



Case: 1:20-cv-03385 Document #: 1-2 Filed: 06/09/20 Page 98 of 156 PageID #:103

FILED DATE: 5/11/2020 10:29 PM 2020L005182

# 2018 MARKETING CAMPAIGN COLLATERAL

Vacation Guide

Planning Guide
Meetings, Reunions & Groups

Sports Planning Guide

Dells Brewers Day

Season Opener

# 2018 STANDOUT MOMENTS IN PR

FILED DATE: 5/11/2020 10:29 PM    2020L005182

The 4 million visitors to Wisconsin Dells annually are not the only ones that #LovetheDells. Media loves the Dells too as is evident in the over 40,000 mentions across traditional and non-traditional outlets. Those mentions, combined with the efforts of the WDVCB public relations team, we surpassed $18 million in earned media coverage, up $2 million from 2017.

Our public relations efforts are just another channel in which we execute strategic, consumer-facing initiatives. The objective is to nurture relationships with those deemed "influential" in order to increase the awareness and shape potential visitors' perceptions of the Wisconsin Dells area. This strategy involves cultivating relationships with traditional media outlets as well as social influencers to share the experience and tell the story of why Wisconsin Dells is a top-rated vacation destination.

Here is a sampling of some top media mentions from 2018:

- Chicago Parent – Four Reasons You Should Visit WI Dells in the Off Season
- Family Vacation Critic - Top Family Summer Destinations 2018
- Leisure Group Travel - Music, Magic and Making Memories in Wisconsin Dells
- Midwest Living - 10 New Experiences in the Wisconsin Dells
- Milwaukee Journal Sentinel - Wisconsin Bucket List: 20 Things You Have to Do
- Milwaukee Magazine - Our Kind of Town: 40 Years of Vacationing in Wisconsin Dells
- Today Show - 40 Great Places to Take Your Kids Before They're Grown
- Travel Leisure - Every New Theme Park Attraction You'll Need to Experience in 2018
- Travel Channel - 10 Budget-Friendly Family Summer Vacation Ideas
- U.S. News + World Report - 30 Top Indoor Waterparks Around the World
- USA Today - 50 State Bucket List Destinations Top Waterpark in the Midwest
- Expedia - The Top Destinations for Creating Vacation Memories, According to Travelers
- Milwaukee Magazine - A Weekend Getaway in Wisconsin Dells: Your Cold Weather Itinerary



11

# 2018 MEETINGS & CONVENTIONS, SPORTS AND GROUPS

FILED DATE: 5/11/2020 10:29 PM    2020L005182

In addition to being a top tourism destination, Wisconsin Dells has quickly risen to become a top Midwest meeting destination, hosting more than 5,600 meetings and conventions each year. It is the mission of the WDVCB sales team to continue to promote our destination to event professionals, group tour operators and sporting event organizers to generate overnight stays and economic growth.

In 2018, the sales team represented our destination at 12 national tradeshows, 2 pre-promote events and 14 statewide/regional meetings or events. The team logged 37 flights, 30,514 miles, and an impressive 1,026 cups of coffee while making the rounds promoting Wisconsin Dells.

## MEETINGS & CONVENTIONS
- There were 73 meeting & convention leads issued in 2018.
- The WDVCB sales team hosted 28 HelmsBriscoe Associates from Minnesota, Wisconsin and Illinois in September. HelmsBriscoe is a third-party booking organization, their associates work with global corporate, association and sports clients, sourcing locations for events.  Associates experienced large meeting venues, fine dining and signature attractions in Wisconsin Dells.

## SPORTS
- There were eight leads issued in the sports segment in 2018.
- Wisconsin Dells hosted the 2018 USA Jump Rope National Jump Rope Competition at the Woodside Wisconsin Dells Center in June. This event welcomed over 600 competitors from all over the United States.

## LEISURE GROUP TRAVEL
- There were 36 leads issued in the leisure group segment in 2018.
- In August, the WDVCB sales team hosted a familiarization trip for motorcoach tour operators. This provided an opportunity for qualified tour operators to experience Wisconsin Dells, inspiring them to schedule future tours in our destination.



# 2018 WISCONSIN DELLS FESTIVALS, INC.

FILED DATE: 5/11/2020 10:29 PM   2020L005182

 

For over 30 years, we've been bringing travelers here to play in a different way - at festivals. Research showed these special events are the primary motivation for attendees to visit which, in many cases, translates to another overnight stay in Wisconsin Dells that might not otherwise have happened.

AUTOMOTION: MAY 19-20, 2018
FALL WINE WALK: OCTOBER 6, 2018
DELLS ON TAP WEEKEND: OCTOBER 12-13, 2018
KILBOURN CITY LIVE MUSIC & ARTS FESTIVAL: SEPTEMBER 28-29, 2018

## 2018 FESTIVALS BOARD OF DIRECTORS

**Jill C. Diehl, President**
Tommy Bartlett Exploratory
- Interactive Science Center

**Jesse DeFosse, Vice President**
Showboat Saloon

**Dan Gavinski, Secretary/ Treasurer**
Original Wisconsin Ducks®

**John Chastan**
Kalahari Resorts & Conventions

**Tom Diehl**
Tommy Bartlett Show

**Mark Whitfield**
Noah's Ark Waterpark

**Romy Snyder**
Wisconsin Dells Visitor & Convention Bureau

## INCOME: $639,686



- ■ **General** $458,807
- ■ **Dells On Tap Weekend** $95,889
- ■ **Automotion** $10,800
- ■ **Kilbourn City Live Music & Arts Festival** $54,150
- ■ **Fall Wine Walk** $20,040

## EXPENSES: $660,180

- ■ **General** $49,234
- ■ **Dells On Tap Weekend** $182,624
- ■ **Automotion** $157,889
- ■ **Kilbourn City Live Music & Arts Festival** $240,368
- ■ **Fall Wine Walk** $14,659
- ■ **Dells Rare Barrel Affair** $15,406

13

# 2018 BOARD OF DIRECTORS

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## 2018 BOARD OF DIRECTORS*

**Accommodation:**

John Chastan
Kalahari Resorts & Conventions
300+ units

Joe Eck
Wilderness Hotel & Golf Resort
300+ units

Patti Fichter
Chula Vista Resort
71-299 units

John Koscielniak
Grand Marquis Waterpark
Hotel & Suites
71-299 units

Dana Krueger
Sand County Service Company
70 units or less

Brad Preissel
Black Hawk Motel
71-299 units

Bernadette Starzyk
Shamrock Motel
70 units or less

**Associate/Visitor Services:**
Jon Bernander, Secretary/Treasurer
Bank of Wisconsin Dells

**Attraction:**

Beth Anacker
Ho-Chunk Gaming - Wisconsin Dells
Guaranteed Seat

Jill C. Diehl, President
Tommy Bartlett Exploratory –
Interactive Science Center
Director-at-Large

Tom Diehl
Tommy Bartlett Show
Director-at-Large

Dan Gavinski, Vice President
Dells Boat Tours®
Guaranteed Seat

JJ Gissal
Original Wisconsin Ducks®
Guaranteed Seat

Kevin Gruber
Knuckleheads Trampoline Park •
Rides • Bowling
Guaranteed Seat

Nick Laskaris
Mt. Olympus Water & Theme Park
Guaranteed Seat

Travis Nelson
Kalahari Indoor Theme Park
Guaranteed Seat

Kevin Ricks
Ripley's Believe It or Not! Museum
Director-at-Large

Pete Tollaksen
Wisconsin Deer Park
Director-at-Large

Mark Whitfield
Noah's Ark Waterpark
Guaranteed Seat

**Campground:**
Becky Gussel
Sherwood Forest Camping
& RV Park

**Dells River District:**
Brian Landers (Nov - April)
Ed Wojnicz (May-Oct)

**Restaurant:**
Jackie Morse
MACS - Macaroni and Cheese Shop

Mark Schmitz
Moosejaw Pizza & Dells Brewing Co.

**Shopping:**
Brian Holzem
Original Wisconsin Dells Fudge

**Immediate Past President:**
Mike Kaminski
Chula Vista Resort

## ALTERNATE DIRECTORS*

**Accommodation:**
Scott Kalcik
Meadowbrook Resort

Mary Macina
SpringHill Suites by Marriott
Wisconsin Dells

**Associate/Visitor Services:**
Dave Schultz
First Weber Group

**Attraction:**
Amanda McGowan
Dells Boat Tours®

**Campground:**
Brent Gasser
Yogi Bear™ Camp-Resort &
Water Playground

**Restaurant:**
Adam Makowski
Crabby's - Seafood, Steaks & Hot Rocks

**Shopping:**
Tara Anchor
Winnebago Gift Shop

Chris Fearing
St. Vincent de Paul Society
Thrift Store

**14**

* Term Served - November 2017 to October 2018

# 2018 COMMITTEES & STAFF

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## 2018 COMMITTEES*

### Board Nominating:
Dan Gavinski, Chair
Jon Bernander
Jill C. Diehl
Tom Diehl

### Downtown Tourism Development:
Tom Diehl, Chair
Dan Gavinski, Vice Chair
Jesse DeFosse
Justin Draper
Brian Holzem
Nancy Holzem
Brian Landers (Nov-Apr)
Kevin Ricks
Romy Snyder
Chris Tollaksen
Kelli Trumble
Ed Wojnicz (May-Oct)

### Executive Committee:
Jill C. Diehl, Chair
Jon Bernander
Tom Diehl
Dan Gavinski
Mike Kaminski

### Marketing Committee:
Tom Diehl, Chair
Jill C. Diehl
Joe Eck
Adam Fisk
Brent Gasser
Dan Gavinski
Kevin Gruber
Mike Kaminski
Dana Krueger
Nick Laskaris
Mary Macina
Mark Schmitz
Mark Whitfield

(The Bureau's Executive Director is a non-voting member on all committees and a voting member if specifically listed.)

### Meeting & Convention:
Kevin Shanley, Chair
Brian Decorah
Ann Kerian
Shirley Lewandowski
Renata Prellwitz
Shannon Timmerman

### Sports Committee:
Dan Gavinski, Chair
Jeff Kaminski
Adam Makowski
Lance Massey
Kyler Royston
Kevin Shanley

### Tourism Economic Development:
Jill C. Diehl, Chair
John Chastan
Tom Diehl
Joe Eck
Dan Gavinski
Brian Landers (Nov-Apr)
Adam Makowski
Romy Snyder
John Webb
Ed Wojnicz (May-Oct)

## CURRENT STAFF

### Executive Office:
Romy Snyder
Executive Director

Wendy Fischer
Executive Assistant

Alexandra Harjung, CMP
Membership Sales & Engagement Manager

Penny Turner
Membership Services Coordinator

### Finance & Operations:
Nichole Kocovsky
Director of Finance & Operations

Cindie Baken
Visitor Services Representative

Patty Bennett
Lead Visitor Services Representative

Dan Bratkowski
Facilities Coordinator

Felipe Garcia, Jr.
Mailroom Assistant / Visitor Services Representative

Tim Gilles
Network Systems Manager

Brian Metke
Accountant

Amanda Rinaldi
Mailroom Manager

Nicki Robinson
Assistant Director of Finance

Burnie Turner
Associate Director of Operations

Trent Uselmann
A/R & A/P Specialist

Bev Wolter
Office Manager

### Sales & Marketing:
Sarah Hudzinski
Director of Sales & Marketing

Katelyn Czuprynko
Marketing Manager

Natalja Deduna
Group Sales & Services Manager

Leah Hauck
Communications Manager

Kate Jordan
Web & Design Manager

Dominique Madland
Communications Coordinator

Rhonda Parchem
Assistant Director of Marketing & Communications

Kyra Popp
Assistant Director of Sales

Jessica Rieflin
Sales Manager

### Wisconsin Dells Festivals, Inc.:
Jenifer Dobbs
Managing Director of Festivals & Events

Katie Fermanich
Festivals & Events Assistant

Lucas Killick
Event Assistant

FILED DATE: 5/11/2020 10:29 PM    2020L005182







WISCONSIN DELLS VISITOR & CONVENTION BUREAU

701 Superior Street | P.O. Box 390 | Wisconsin Dells, WI 53965

(608) 254-8088 | wisdells.com



Menu



# COMMITTEES

Home

About the WDVCB

Faces of the Bureau

Advertising and PR Agencies

Board of Directors

Committees

Wisconsin Dells Visitor & Convention Bureau Staff

Meetings & Events Calendar

Solicitations

Research & Economic Development

Member Resources

Governance

Wisconsin Dells Festivals, Inc

Interested in Becoming a Member?

Associate Member Directory

Bylaws

**EXHIBIT F**

FILED DATE: 5/11/2020 10:29 PM    2020L005182

To achieve the goals of the Visitor Bureau, the Board of Directors assigns specific activities to committees. The Visitor Bureau President, with the approval of the Board of Directors, appoints these committees on an annual basis.

**Board Nominating Committee - Chair Dan Gavinski**

Dan Gavinski, Chair

Jon Bernander

Jill Diehl

Tom Diehl

**Executive Committee - Chair Jill Diehl**

Jill Diehl, Chair

Jon Bernander

Tom Diehl

Dan Gavinski

Mike Kaminski

**Marketing Committee - Chair Tom Diehl**

Tom Diehl, Chair

Merije Ajvazi

Jill Diehl

Joe Eck

Adam Fisk

Brent Gasser

Dan Gavinski

Brian Holzem

Mike Kaminski

Nick Laskaris/Craig Krieski

Mark Schmitz

Mark Whitfield

## Meeting & Convention Committee - Chair Kevin Shanley

Kevin Shanley, Chair

Brian Decorah

Ann Kerian

Shirley Lewandowski

Renata Prellwitz

Shannon Timmerman

## Sports Committee - Chair Dan Gavinski

Dan Gavinski, Chair

Jeff Kaminski

Adam Makowski

Kyler Royston

Kevin Shanley

## Tourism Economic Development Committee - Chair Jill Diehl

Jill Diehl, Chair

John Chastan

Tom Diehl

Joe Eck

Dan Gavinski

Adam Makowski

Romy Snyder

John Webb

Ed Wojnicz

2020L005182

FILED DATE: 5/11/2020 10:29 PM

Wisconsin Dells > MembersNet > Committees

E-NEWSLETTER

Our monthly e-newsletter gives you the scoop on things to do in Wisconsin Dells, so sign up today!

FILED DATE: 5/11/2020 10:29 PM    2020L005182



## JANUARY 2018

**AT A GLANCE**

[WDVCB NEWS](#)
[MEMBER NEWS](#)
[SALES NEWS](#)
[FESTIVALS & EVENTS](#)

To change or add additional email addresses, contact [alexandra@wisdells.com](mailto:alexandra@wisdells.com).

### Upcoming Meetings

January 10, 2018
Accommodation Division
9-10am

January 16, 2018
Festivals Board of Directors
2-2:45pm

January 16, 2018
Board of Directors
3-4pm

February 14, 2018
Meeting & Convention

## WDVCB NEWS

### Bureau Welcomes New Staff

The WDVCB is excited to announce two new additions to the team.

Rhonda Parchem recently joined the team as Marketing & Communications Manager. Rhonda is no stranger to the area and comes to us from Kalahari Resorts & Conventions where she brings with her years of tourism and hospitality experience. Rhonda will play an integral part in planning and implementing the Bureau's marketing and communication initiatives.





Katie Fermanich has joined the organization as Festivals & Events Assistant. Katie is a familiar face to the Bureau, as she previously held a position in our Visitor Services Department. Katie will be providing assistance and support throughout our festivals and events planning and operations.

Please join us in welcoming Rhonda and Katie to the WDVCB!

**EXHIBIT G**

Page 1

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**Committee**
**10:30-11:30**

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted. The outside door will be locked 10 minutes after the start of each meeting. If you arrive more than 10 minutes late, please pick up the phone for admittance.

## Meeting Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

## Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral is available to member businesses:

2017 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday. Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com

*Need a display rack to hold the Bureau's Vacation Guides? We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively. For more information, please contact Katelyn Czuprynko at

---

## MEMBER NEWS

### January Member Mixer

WDVCB members are exclusively invited to join us for the January Member Mixer, sponsored by Great Wolf Lodge. Stop by for food, fun and to network with other WDVCB members.

**Location:** Great Wolf Lodge, 1400 Great Wolf Dr Baraboo, WI 53913
**Date:** Wednesday, January 24, 2018
**Time:** 5-7pm

Please RSVP to Alexandra Harjung, CMP at alexandra@wisdells.com or (608) 844-8096.

Email invitations with more details will be sent to all members in early January. We look forward to seeing you there!

### 2018 Meeting Schedules

The following are the Board of Directors, committee and division meeting schedules for 2018. All directors and committee members will receive an Outlook appointment for each meeting scheduled. All other members in their respective divisions, or members interested in receiving committee agendas will receive an email with the agenda attached.

**Accommodation Division –** Second Wednesday of every other month at 9am beginning in January.

**Board of Directors –** Third Tuesday of the month at 3pm in January; Third Tuesday of the month at 4pm in March, May and July; Last Tuesday of the month at 3pm in September; First Tuesday of the month at 9am in November.

**Campground Division –** First Wednesday of the month at 10am in April and September.

**Festivals Board of Directors –** January 16 at 2pm; March 20 at 3pm; June 19 at 9am; September 25 at 2pm; and November 6 at 10:30am.

**Marketing Committee –** First Tuesday of the month at 9am April through October; First Tuesday of the month at 8am in November.

**Meeting & Convention Committee –** February 14, May 9, August 8, September 12, October 10 and November 14 at 10:30am.

**Sports Committee –** To be determined.

### Interested in Being a WDVCB Member Event Sponsor in 2018?

Please refer to the WDVCB Sponsorship Form here.

For more information about member events, please contact Alexandra Harjung, CMP at (608) 844-8096 or alexandra@wisdells.com.

FILED DATE: 5/11/2020 10:29 PM        2020L005182

(608) 254-8088, ext. 332 or
katelyn@wisdells.com.

### Events

Click here to view upcoming events.

### Mark Your Calendar

**Solicitation Deadlines**

**January 31, 2018 (Wednesday)**

~ 2018 Waterslide-athon

The following marketing opportunities and programs are ongoing and members can sign up for them at any time. Click here to view these and all solicitations/ programs.

* Calendar of Events Listing

* Classic Wisconsin Dells

* Employment Opportunity Guide

* Gift Card Program

* Leisure Inquiry Leads

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

* wisdells.com

## Employee Entertainment Card Vouchers

The 2018 EEC vouchers will be available for member businesses to purchase for their employees at $10.00 each starting in January. Orders can be placed beginning in January, Monday – Friday, from 9am – 5pm.

Do you have any unused 2017 EEC vouchers? Unused vouchers can be returned to the WDVCB for check reimbursement or an account credit.

Please contact Penny Turner at penny@wisdells.com or (608) 254-8088, ext. 325 to place 2018 voucher orders or to return unused 2017 vouchers.

## 2018 Employee Entertainment Cards

The 2018 Employee Entertainment Cards will be available for distribution in January.

**Location:**
701 Superior Street (same entrance as our Visitor Information Center – across from the Bank of Wisconsin Dells)

**Days of Week:** 7 Days a Week

**Hours:**
January-May                    9am – 4pm
June-August                    9am – 8pm
September-December        9am – 4pm

For more information, please visit www.wisdells.com/eec or call (608) 254-8088, ext. 350.

## 2018 Membership Directory

The 2018 WDVCB Membership Directory will be mailed to all current 2018 members in January, along with the 2018 Member Decal.

Please contact Alexandra Harjung, CMP at alexandra@wisdells.com with any questions regarding the Membership Directory.

## WDVCB Gift Card Program

The vendor who administers the WDVCB Gift Card Program has made a change to their issuing bank partner. Gift cards purchased starting on November 17, 2017 are now part of the Visa network. The previous program worked with the Mastercard network. If your business point of sales system requires the selection of the card type when processing a WDVCB Gift Card, you have historically selected Mastercard. Going forward, if you have any issues processing a sale with a WDVCB Gift Card, we recommend trying both Mastercard and Visa.

For more information on the WDVCB Gift Card program, please contact Rick Erickson, Guest Services Manager, at rick@wisdells.com.

## Membership Data Software Change

The WDVCB is in the process of migrating our membership data into a new software platform. In the coming months you might notice some changes in our communications. As we identify these changes, we will update you through the member newsletter as well as the private

FILED DATE: 5/11/2020 10:29 PM    2020L005182

member Facebook page.

We will audit our data diligently over the next several weeks. If you notice any errors in your contact information, please notify Penny Turner, Sales & Services Coordinator, at penny@wisdells.com.

Thank you for your patience during this conversion.

## Membership Update

Our warmest welcome goes out to our new 2018 members:

- Ashworth Condo 207 (Accommodation) - Vacation rental condo at the Delton Grand Spa & Resort
- Dells Adventure Lodging (Accommodation) - Four log cabins, located near Devil's Lake.
- Dells Digital Marketing (Associate) - Offers online marketing services/website development & design.
- Visual Media Dells (Associate) - Professional photography & video editing for hotels, resorts and other businesses.
- Dells Escape Rooms (Attraction) - Two escape rooms, located in Downtown Wisconsin Dells.
- Dells Adventure Tours - Vertical Adventure (Attraction) - Specialize in guided tours in rock climbing, kayaking and zip lining around Devil's Lake and Mirror Lake.
- BWP Liquor Expo (Shopping) - Formerly Viking Liquor-Delton, your local liquor store.
- Golden Glass Co. (Shopping) - Formerly Animaland shop, this gift shop offers a variety of glass gifts and is located in downtown Wisconsin Dells.
- Maurer's Market (Shopping) - Formerly Zinke's, a grocery store located in downtown Wisconsin Dells.
- Prairie Hawk Winery (Shopping) - A family-owned winery on County Rd P, seven miles from Downtown Wisconsin Dells.
- Vennebu Hill Wedding Barn & Event Venue (Visitor Services) - Brand new wedding and event barn for up to 350 people, located on County Rd A.  The venue is scheduled to open in June of 2018.

We welcome back the following members:

- Jeremy Allen's Grand Illusions Magic Show (Attraction)

## SALES NEWS

### December Tradeshows, Conferences, & Events Recap

The Senior Professional Industry Network held the annual SPiNCon conference December 3-5, 2017 in Grapevine, TX. The WDVCB participated in 13 one-on-one appointments with meeting professionals, as well as educational programs and networking events. Senior Professional Industry Network is for meeting industry professionals with a minimum of ten years of experience.

December 14, 2017 the Association Forum held Holiday Showcase in Chicago, IL. The WDVCB participated in this traditional trade show for the first time since 2010. Holiday Showcase is the most highly attended one-day trade show for Chicago's meetings and events market.

For more information on tradeshows and events, please contact Tifani Jones at (608) 253-5217 or tifani@wisdells.com.

## Upcoming Tradeshows & Events

- Meeting Professionals Int'l WI Chapter (Madison, WI) - January 11, 2018
- American Bus Association Marketplace (Charlotte, NC) – January 26-30, 2018
- Religious Conference Management Association Emerge Conference (Omaha, NE) - January 30-February 1, 2018
- Meeting Professionals Int'l WI Chapter (Milwaukee, WI) - February 15, 2018
- WI Society of Association Executives (Milwaukee, WI) - February 28, 2018

## FESTIVALS & EVENTS

### 2018 Holidays, Festivals and Special Events

Click here for a list of all 2018 holidays, festivals and special events.

Wisconsin Dells Visitor & Convention Bureau
701 Superior Street
Wisconsin Dells, Wisconsin 53965

**Unsubscribe**

FILED DATE: 5/11/2020 10:29 PM   2020L005182

FILED DATE: 5/11/2020 10:29 PM    2020L005182



## AUGUST 2018

### AT A GLANCE

WDVCB NEWS
MARKETING NEWS
MEMBER NEWS
SALES NEWS
FESTIVALS & EVENTS

To change or add email addresses, contact alexandra@wisdells.com.

### Upcoming Meetings

**August 7, 2018**
Marketing Committee
9-10:30am

**August 20, 2018**
Board Nominating Committee
9-9:15am

**August 20, 2018**
Attraction Division
9:15-9:45am

**September 4, 2018**
Marketing Committee
9-10:30am

## WDVCB NEWS

### WDVCB Board of Directors Elections

A number of seats on the Wisconsin Dells Visitor & Convention Bureau Board of Directors will be expiring at the end of this coming October in the Accommodation, Associate/Visitor Services, Attraction and Restaurant Divisions.

The Board Nominating Committee will be meeting in August to discuss nominees. In addition, each division with seats expiring will meet for nominations. Members interested in serving on the Board of Directors should contact Romy Snyder at romy@wisdells.com.

### Performance Report

To view the May/June WDVCB Performance Report, please click here.

## MARKETING NEWS

### 2019 Vacation Guide

*Research has shown that visitors who receive the Bureau's official Vacation Guide spend more dollars in-area and they share the guide with an average of 2.8 additional people.*

The WDVCB's Vacation Guide is one of the best ways to reach the over 4 million visitors who spend over $1 billion in our area. Here are just a few reasons why you should participate in the 2019 Vacation Guide:

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**September 5, 2018**
Associate/Visitor Services
Divisions
9-9:30am

**September 5, 2018**
Restaurant Division
9:30-10am

**September 5, 2018**
Campground Division
10-11am

**September 6, 2018**
Shopping Division
9:30-10am

**September 12, 2018**
Accommodation Division
9-10am

**September 12, 2018**
M&C Committee
10:30-11:30am

**September 25, 2018**
Festivals Board of Directors
2-2:45pm

**September 25, 2018**
Board of Directors
3-4pm

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted. The outside door will be locked 10 minutes after the start of each meeting. If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

**Meeting Update**

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

**Current Bureau Literature & Vacation Guide Racks**

At this time, the following Bureau marketing collateral is available to member businesses:

2018 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

- **FREE** Grid Listing (for 2019 members)
- Affordable Rates - up to 60% less expensive than other area comparable guides
- Quality Distribution of approx. 250,000 guides in-area, State Welcome Centers, out-of-state in the key Chicago market, and direct mail
- Online Version available to the millions of visitors to wisdells.com and our social media channels
- Year-round shelf life with advertorial covering all four seasons in Wisconsin Dells
- No payments due until February 2019

Take advantage of this great tool and promote your business to area visitors in The Official Wisconsin Dells Vacation Guide.

On Wednesday, September 5, current Bureau members will receive a link via email to complete the 2019 Vacation Guide Contract. The 2019 Vacation Guide Contract must be completed and returned by 1pm on Wednesday, October 3, 2018 to receive your FREE grid listing, and/or to be able to purchase an enhanced grid listing or display advertising. Please be aware that the Bureau enforces FIRM DEADLINES. If your information is not submitted by 1pm on Wednesday, October 3, 2018, you will, unfortunately, not be included in the 2019 Vacation Guide.

For 2019 Vacation Guide questions, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

**Fall Festivals & Events - Packages & Deals**

A special Fall Festivals Packages & Deals section will be live on the Deals page on wisdells.com soon. The Fall Festivals lineup kicks off with Kilbourn City Live on Friday, September 28th & Saturday, September 29th, followed by Dells on Tap weekend October 12th & 13th, and the first WDVCB-hosted Fall Wine Walk Saturday, October 20th. If you are interested in offering any packages or deals during the fall festivals, be sure to complete the solicitation.

The Fall Festivals Packages & Deals solicitation will be emailed to you on Wednesday, August 15th and will be due Wednesday, August 29th. Listing a package or deal on wisdells.com is FREE, and the Deals page is one of the most visited pages on wisdells.com.

For questions on the Packages & Deals page on wisdells.com, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

**MEMBER NEWS**

**2019 Membership Agreement/Contract
and Vacation Guide Solicitations Coming Soon**

On Wednesday, August 15, current Bureau members will receive a link via email to complete the 2019 Membership Agreement/Contract. The 2019 Membership Agreement/Contract must be completed by 1pm on Wednesday, October 3, 2018 for your business to be included in the 2019 Vacation Guide. Again, this year we are offering an Early Bird Special. Any 2019 (Accommodation, Attraction, Camping, Restaurant, Shopping and Visitor Services) Membership Agreement/Contract that is submitted by 1pm on Wednesday, September 19, 2018 will automatically be entered into a drawing to win a FREE HALF-PAGE AD in the 2019 Vacation Guide.*

Associate Division Membership Agreements/Contracts submitted by

FILED DATE: 5/11/2020 10:29 PM    2020L005182

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday. Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com

*Need a display rack to hold the Bureau's Vacation Guides? We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively. For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## Area Events

**Wo-Zha-Wa Days Fall Festival**
Downtown Wisconsin Dells
September 14-16, 2018
(Fri-Sun)

**Kilbourn City Live Music & Arts Festival**
Downtown Wisconsin Dells
September 28-29, 2018
(Fri-Sat)

Click here to view the Wisconsin Dells Area Calendar of Events.

Click here to view the WDVCB Festivals & Events.

Click here to view upcoming events at JustAgame Fieldhouse.

Click here to view upcoming events at Poppy Waterman Ice Arena.

Click here to view upcoming events at Woodside Sports Complex.

1pm on Wednesday, September 19, 2018 are eligible for a chance to win one set of four complimentary tickets to the 2019 WDVCB Annual Dinner.**

In order for an Associate Division business to be included in the 2019 WDVCB Membership Directory, the final deadline is Thursday, November 1, 2018 at 1pm. If your information is not submitted by 1pm on Thursday, November 1, 2018, you will, unfortunately, not be included in the 2019 Membership Directory.

*Please note that in order to qualify for the Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. If you purchase a 2/3-page or larger ad, the Bureau will deduct the price of the half-page ad from your total ad cost. If you win the half-page ad, you may not purchase additional advertising beyond the page limits specified in the 2019 Vacation Guide Primer. The Bureau will draw the Early Bird winner at 1pm on Thursday, October 4, 2018 and will notify the business by phone or email.*

**Please note that in order to qualify for the Associate Division Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. The Bureau will draw the Associate Division Early Bird winner on Friday, November 2, 2018 and will notify the business by phone or email.*

For membership questions, please contact Alexandra Harjung at (608) 844-8096 or alexandra@wisdells.com.

### Fall Member Education Day - Save the Date

Date:            Thursday, November 8, 2018
Time:            9am - 1pm
Location        Great Wolf Lodge

Don't miss the opportunity to hear the "Social Media Expert" and the winner of the InBusiness Magazine Executive Choice Award - Spencer X Smith.



Learn how to become a Social Media Rockstar and identify at least nine different ways to use video to grow your business.

Watch for more information regarding the event and online registration this fall.

### WDVCB Gift Card Program

Does your business currently accept the Wisconsin Dells Gift Card? If not, Sign Up Now! Click here to view participating businesses.

The Wisconsin Dells Gift Card Program continues to grow in both participating merchants and sales. Last year the WDVCB processed $186,675 in gift card sales.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

### Mark Your Calendar

**Solicitation Deadlines**
**August 22, 2018**
(Wednesday)
- Marketing Cube Program

**September 19, 2018**
(Wednesday)
- 2019 Membership Investment/Contract Early Bird Special

**October 3, 2018**
(Wednesday)
- 2019 Membership Investment/Contract for inclusion in 2019 Vacation Guide
- 2019 Vacation Guide Contract

The following marketing opportunities and programs are ongoing and members can sign up for them at any time. Click here to view these and all solicitations/programs.

* Calendar of Events Listing

* Employment Opportunity Guide

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

We currently have over 200 WDVCB member businesses participating in this program and counting. These gift cards can only be used at participating member businesses in the Wisconsin Dells area. Don't miss out on the opportunity for visitors to spend their money with you!

For more information on the WDVCB Gift Card program, please contact Alexandra Harjung at (608) 844-8096 or alexandra@wisdells.com.

## Membership Update

A warm welcome to our newest 2018 members:

- Muskie Mark's Guide Service & Lures (Attraction) - Muskie fishing guide services for Wisconsin Dells area.
- Pepper Palace (Shopping) - #1 Hot spice shop, located in downtown Wisconsin Dells.
- Riverfront Terrace (Restaurant) - Lounge outdoor area to gather for drinks, food and good music with riverfront view. Located above the Upper Dells Boat tours departure dock.

## SALES NEWS

### July Tradeshows, Conferences & Events Recap

In July, the sales team conducted successful in-person sales calls in the Milwaukee and Chicago Markets.

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

### Upcoming Tradeshows & Events

- ASAE (Chicago, IL) - August 19-21, 2018
- Connect Marketplace (Salt Lake City, UT) - August 23-25, 2018
- WDVCB will host a motor coach familiarization trip (Wisconsin Dells, WI) - August 27-29, 2018

## FESTIVALS & EVENTS

### Kilbourn City Live Music & Arts Festival

The third annual Kilbourn City Live Music & Arts Festival is set to take over downtown Wisconsin Dells on September 28 and 29, 2018. This outdoor "block party" styled music event will feature up-and-coming artists as well as chart toppers in an open-air setting. The event grounds are located at the corner of Broadway and La Crosse Street.

This event is brought to you in part by Wisconsin Dells Festivals, Inc., Ho-Chunk Gaming, Wisconsin Dells, and the Wisconsin Department of Tourism.

Tickets are on sale now for $30, but don't wait as ticket prices will increase to $40 after August 15, 2018. Tickets are available for purchase at wisdells.com. For more information please contact Jenifer Dobbs at (608) 254-9879 or email jenifer@wisdellsfestivals.com.

FILED DATE: 5/11/2020 10:29 PM    2020L005182



## SEPTEMBER 2018

### WDVCB NEWS

**AT A GLANCE**

WDVCB NEWS
MARKETING NEWS
MEMBER NEWS
SALES NEWS
FESTIVALS & EVENTS

To change or add email addresses, contact alexandra@wisdells.com.

**Upcoming Meetings**

September 5, 2018
Associate/Visitor Services
Divisions
9-9:15am

September 5, 2018
Restaurant Division
9:30-10am

#### Board of Directors Nominations

Divisions with seats expiring in 2018 will be meeting in September to nominate candidates for the Board of Directors.

The following seats will be expiring:

**Accommodation Division**
Dana Krueger, 70 units or less
Patti Fichter, 71-299 units
John Koscielniak, 71-299 units
John Chastan, 300+ units

**Associate/Visitor Services Divisions**
Jon Bernander

**Attraction Division**
Tom Diehl, Director-at-Large
Pete Tollaksen, Director-at-Large

**Restaurant Division**
Mark Schmitz

Election ballots will be mailed to all members in good standing (those members current in their financial obligations and have signed a 2019

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**September 6, 2018**
Shopping Division
9:30-10am

**September 6, 2018**
Campground Division
2-2:45pm

**September 12, 2018**
Accommodation Division
9-9:45am

**September 12, 2018**
M&C Committee
10:30-11:30am

**September 12, 2018**
Sports Committee
11:30am-12:15pm

**September 20, 2018**
Marketing Committee
8-10am

**September 25, 2018**
Festivals Board of Directors
2-2:45pm

**September 25, 2018**
Board of Directors
3-4pm

**October 10, 2018**
M&C Committee
10:30-11:30am

**October 23, 2018**
Marketing Committee
9-10:30am

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted. The outside door will be locked 10 minutes after the start of each meeting. If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

### Meeting Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

### Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral

membership contract) on the first Monday of October (October 1, 2018) with the deadline being the third Monday of the month (October 15, 2018).

Please direct questions to Wendy Fischer, Executive Assistant, at (608) 254-9954 or wendy@wisdells.com.

## Visitor Information Center

Beginning Tuesday, September 4th, the downtown Visitor Information Center (701 Superior Street, Wisconsin Dells) will be open seven days a week from 9am-5pm, with extended hours for the Dells Craft Beer Walk and the Fall Wine Walk.

The Lake Delton Visitor Information Center (31 Meadowview Drive, Lake Delton) will be open through September 4th from 10am-5pm and then will close permanently on September 5th.

For questions, please call (608) 254-8088, ext. 321 or info@wisdells.com.

## MARKETING NEWS

### 2019 Vacation Guide

*Research has shown that visitors who receive the Bureau's official Vacation Guide spend more dollars in-area and they share the guide with an average of 2.8 additional people.*

The WDVCB's Vacation Guide is one of the best ways to reach the over 4 million visitors who spend over $1 billion in our area. Here are just a few reasons why you should participate in the 2019 Vacation Guide:

- **FREE** Grid Listing (for 2019 members)
- Affordable Rates - up to 60% less expensive than other area comparable guides
- Quality Distribution of approx. 250,000 guides in-area, State Welcome Centers, out-of-state in the key Chicago market, and direct mail
- Online Version available to the millions of visitors to wisdells.com and our social media channels
- Year-round shelf life with advertorial covering all four seasons in Wisconsin Dells
- No payments due until February 2019

Take advantage of this great tool and promote your business to area visitors in The Official Wisconsin Dells Vacation Guide.

On Wednesday, September 5, current Bureau members will receive a link via email to complete the 2019 Vacation Guide Contract. The 2019 Vacation Guide Contract must be completed and returned by 1pm on Wednesday, October 3, 2018 to receive your FREE grid listing, and/or to be able to purchase an enhanced grid listing or display advertising. Please be aware that the Bureau enforces FIRM DEADLINES. If your information is not submitted by 1pm on Wednesday, October 3, 2018, you will, unfortunately, not be included in the 2019 Vacation Guide.

For 2019 Vacation Guide questions, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

is available to member businesses:

2018 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday.  Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com

*Need a display rack to hold the Bureau's Vacation Guides?  We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively.  For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## Area Events

**Wo-Zha-Wa Days Fall Festival**
Downtown Wisconsin Dells
September 14-16, 2018
(Fri-Sun)

**Kilbourn City Live Music & Arts Festival**
Downtown Wisconsin Dells
September 28-29, 2018
(Fri-Sat)

**Dells On Tap Weekend**
Downtown Wisconsin Dells
October 12-13, 2018 (Fri-Sat)

*Dells Craft Beer Walk
October 12 (Friday)
5-9pm

*Dells On Tap 5K-Race to the Taps
October 13 (Saturday)
9am

## MEMBER NEWS

### 2019 Membership Agreement Reminder

In mid-August, current Bureau members received a link via email to complete the 2019 Membership Agreement/Contract. The 2019 Membership Agreement/Contract must be completed by 1pm on Wednesday, October 3, 2018 for your business to be included in the 2019 Vacation Guide.

Again, this year we are offering an Early Bird Special. Any 2019 (Accommodation, Attraction, Camping, Restaurant, Shopping and Visitor Services) Membership Agreement/Contract that is submitted by 1pm on Wednesday, September 19, 2018 will automatically be entered into a drawing to win a FREE HALF-PAGE AD in the 2019 Vacation Guide.*  Associate Division Membership Agreements/Contracts submitted by 1pm on Wednesday, September 19, 2018 are eligible for a chance to win one set of four complimentary tickets to the 2019 WDVCB Annual Dinner.**

In order for an Associate Division business to be included in the 2019 WDVCB Membership Directory, the final deadline is Thursday, November 1, 2018 at 1pm. If your information is not submitted by 1pm on Thursday, November 1, 2018, you will, unfortunately, not be included in the 2019 Membership Directory.

*Please note that in order to qualify for the Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. If you purchase a 2/3-page or larger ad, the Bureau will deduct the price of the half-page ad from your total ad cost. If you win the half-page ad, you may not purchase additional advertising beyond the page limits specified in the 2019 Vacation Guide Primer. The Bureau will draw the Early Bird winner at 1pm on Thursday, October 4, 2018 and will notify the business by phone or email.

**Please note that in order to qualify for the Associate Division Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. The Bureau will draw the Associate Division Early Bird winner on Friday, November 2, 2018 and will notify the business by phone or email.

For membership questions, please contact Alexandra Harjung at (608) 844-8096 or alexandra@wisdells.com.

### October Member Mixer

Mark your calendar for our next Member Mixer.

Date:        Wednesday, October 3, 2018
Location:    JustAgame Fieldhouse
Time:        5-7pm

Email invitations with more details will be sent to all members in a few weeks.  We look forward to seeing you there.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

\*Dells On Tap
October 13 (Saturday)
Noon-5pm (VIP)
1-5pm (Gen. Admission)

**Fall Wine Walk**
Downtown Wisconsin Dells
October 20, 2018 (Saturday)

[Click here](#) to view the Wisconsin Dells Area Calendar of Events.

[Click here](#) to view the WDVCB Festivals & Events.

[Click here](#) to view upcoming events at JustAgame Fieldhouse.

[Click here](#) to view upcoming events at Poppy Waterman Ice Arena.

[Click here](#) to view upcoming events at Woodside Sports Complex.

### Mark Your Calendar

### Solicitation Deadlines

**September 19, 2018 @ 1pm** (Wednesday)
- 2019 Membership Investment/Contract Early Bird Special
- 2019 Associate Division Membership Agreement/ Contract Early Bird Special

**October 3, 2018 @ 1pm** (Wednesday)
- 2019 Membership Investment/Contract for inclusion in 2019 Vacation Guide
- 2019 Vacation Guide Contract

**October 31, 2018** (Wednesday)
- 2019 Employee Entertainment Card

**November 1, 2018 @ 1pm** (Thursday)
- 2019 Associate Division Membership Agreement/ Contract for inclusion in 2019 Membership Directory

The following marketing

## Fall Member Education Day - Save the Date!

Date:         Thursday, November 8, 2018
Time:         9am – 1pm
Location      Great Wolf Lodge

Don't miss the opportunity to hear the "Social Media Expert" and the winner of the InBusiness Magazine Executive Choice Award - Spencer X Smith.



Learn how to become a Social Media Rockstar and identify at least nine different ways to use video to grow your business.

Watch for more information regarding the event and online registration in October.

## Members in the News

### Rick Wilcox Named Best Wisconsin Magic Show

The Rick Wilcox Magic Theater was recently named the best magic show in Wisconsin by Carnival of Illusion.

Please join us in congratulating Rick and Suzan Wilcox.

## Membership Update

A warm welcome to our newest 2018 member:

- [Booby Trap Escape Rooms](#) (Attraction) - Four escape rooms with more to come. Located next to Knuckleheads. Booby Trap Escape Rooms offers a fun, interactive and critical thinking adventure for you. your friends and the whole family.

## SALES NEWS

### August Tradeshows, Conferences & Events Recap

American Society of Association Executives (ASAE) held their annual meeting and Expo in Chicago, IL August 19-20, 2018. The WDVCB coordinated a booth with the Wisconsin Department of Tourism, offering a "Wisconsin Experience" – an opportunity to try out the sport of curling and meet US Gold Medal Olympian, Matt Hamilton. Over 350 association executives participated in our interactive booth. Attendees left with a Meet In Wisconsin branded and signed curling stone, a photo of them with Matt Hamilton and motivated to bring their next event to Wisconsin!

Connect Marketplace was held August 23-25, 2018 in Salt Lake City, UT. The WDVCB held 31 one-on-one appointments in the association market and 30 one-on-one appointments in the specialty market. In addition to the appointments, the WDVCB participated in education and networking events. The Wisconsin Department of Tourism served

FILED DATE: 5/11/2020 10:29 PM    2020L005182

opportunities and programs are ongoing and members can sign up for them at any time.  Click here to view these and all solicitations/ programs.

* Calendar of Events Listing

* Employment Opportunity Guide

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

as a Title Level sponsor of Connect Marketplace, sponsoring a general session.  The WDVCB staff joined representatives from across the state to welcome attendees to the session, this was followed by a presentation on behalf of the state promoting Wisconsin and introducing keynote speaker, Robin Roberts.

Wisconsin Dells hosted a familiarization trip for motorcoach tour operators August 27-29, 2018.  This provided an opportunity for qualified tour operators to experience Wisconsin Dells, inspiring them to schedule future tours in Wisconsin Dells.

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

## Upcoming Tradeshows & Events

- HelmsBriscoe North Central Team Associate – Familiarization - September 12-14, 2018
- Meeting Professionals Int'l - WI Chapter Awards Gala (Milwaukee, WI) - September 20, 2018
- Small Market Meetings Conference (Ontario, CA) - September 23-25, 2018
- IMEX America (Las Vegas, NV) - October 16-18, 2018
- Meetings Professionals Int'l - WI Chapter (Lake Geneva, WI) - October 25, 2018
- WI Society of Association Executives Annual Summit (Madison, WI) - October 29-30, 2018

## FESTIVALS & EVENTS

### Kilbourn City Live Music & Arts Festival
### September 28 & 29, 2018

The third annual Kilbourn City Live Music & Arts Festival is set to take over downtown Wisconsin Dells on September 28 and 29, 2018. This outdoor "block party" styled music event will feature up-and-coming artists as well as chart toppers in an open-air setting. The event grounds are located at the corner of Broadway and La Crosse Street.

This event is brought to you in part by Wisconsin Dells Festivals, Inc., Ho-Chunk Gaming, Wisconsin Dells, and the Wisconsin Department of Tourism.

Tickets are on sale now for $40 and will increase to $50 at 12am on September 28, 2018. Tickets are available for purchase at wisdells.com. For more information please contact Jenifer Dobbs at (608) 254-9879 or email jenifer@wisdellsfestivals.com.

### Dells On Tap Weekend
### October 12 & 13, 2018

**Friday, October 12, 2018 - Dells Craft Beer Walk**
Event participants will get a taste of what craft brewing is all about with a vast selection of artisan brews at participating bars from 5-9pm throughout downtown Wisconsin Dells. Glass pick-up at WDVCB Information Center, 701 Superior Street, from 9am-7pm.

**Saturday, October 13, 2018 - Dells On Tap 5K Run/Walk**
Race to the taps! Beer themed 5k event starting at 9am, located downtown Wisconsin Dells on La Crosse Street.

**Saturday, October 13, 2018 - 20th Annual Dells On Tap**

Dells On Tap, also located on La Crosse Street downtown Wisconsin Dells, features a variety of craft brewers and over 180 unique beers to sample. Five hundred VIP admissions will receive exclusive access to the Dells On Tap brewers and tastings from noon until 1 pm. General admission hours are 1-5pm.

For more information on Dells On Tap weekend please click here or contact Jenifer Dobbs at (608) 254-9879 or jenifer@wisdellsfestivals.com.

## First Annual Festivals, Inc. Fall Wine Walk
### October 20, 2018

Wisconsin Dells Festivals, Inc. will be hosting their very first Fall Wine Walk in downtown Wisconsin Dells.

The event features nearly twenty (20) participating locations which will feature both a red and a white wine, alongside delicious food samplings. Each attendee will receive a commemorative wine glass at check-in. A limited number of tickets go on sale September 1st on wisdells.com.

For more information on the Fall Wine Walk please click here or contact Jenifer Dobbs at (608) 254-9879 or jenifer@wisdellsfestivals.com.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

FILED DATE: 5/11/2020 10:29 PM   2020L005182



## OCTOBER 2018

### WDVCB NEWS

**AT A GLANCE**

WDVCB NEWS
MARKETING NEWS
MEMBER NEWS
SALES NEWS
FESTIVALS & EVENTS

To change or add email addresses, contact alexandra@wisdells.com.

**Upcoming Meetings**

**October 10, 2018**
M&C Committee
10:30-11:30am

**October 23, 2018**
Marketing Committee
8-10am

**November 6, 2018**
Marketing Committee
8-8:45am

### 2018 Board of Directors Elections

The following Visitor Bureau members have been nominated to represent their division on the Wisconsin Dells Visitor & Convention Bureau Board of Directors:

**Accommodation Division**



Dana Krueger
Sand County Service Co.
70 units or less



John Koscielniak
Grand Marquis Waterpark Hotel
71-299 units



Krissy Sigmund
AmericInn by Wyndham



John Chastan
Kalahari Resorts & Conventions

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**November 6, 2018**
Board of Directors
9-10:30am

**November 6, 2018**
Festivals Board of Directors
10:30-11:30am

**November 14, 2018**
Accommodation Division
9-10am

**November 14, 2018**
Meeting & Convention
10:30-11:30am

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted. The outside door will be locked 10 minutes after the start of each meeting. If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

**Meeting Update**

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

**Current Bureau Literature & Vacation Guide Racks**

At this time, the following Bureau marketing collateral is available to member businesses:

2018 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday. Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or

AmeriInn by Wyndham
71-299 units

Kalahari Resorts & Conventions
300+ units

**Associate/Visitor Services Divisions**



Jon Bernander
Bank of Wisconsin Dells

**Attraction Division**



Tom Diehl
Tommy Bartlett Show
Director-at-Large



Pete Tollaksen
Wisconsin Deer Park
Director-at-Large

**Restaurant Division**



Mark Schmitz
Moosejaw Pizza & Dells Brewing Co.

Election ballots will be mailed to all members in good standing on the first Monday of October (October 1, 2018) with the deadline being the third Monday of the month (October 15, 2018). Remember that to be eligible to vote, you must sign and return your 2019 Membership Investment Agreement(s) and pay all outstanding balances prior to October 15, 2018.

Questions regarding elections should be directed to Wendy Fischer, Executive Assistant, at (608) 254-9954 or wendy@wisdells.com. Questions regarding membership should be directed to Alexandra Harjung CMP, Membership Manager, at (608) 844-8096 or alexandra@wisdells.com.

### Visitor Information Center News

- As a reminder, the Lake Delton Visitor Information Center is permanently closed. The hours for the downtown Visitor Information Center (701 Superior Street, Wisconsin Dells) will be 9am to 5pm daily. We will have extended hours on October 12th from 9am to 7pm for our Craft Beer Walk and on October 20th from 9am to 7pm for our Fall Wine Walk.

- Work permits are available daily from 9am to 5pm. Employees that are 16 & 17 years of age are NO LONGER required to obtain a work permit. Please remind your new minor employees that they must get their work permit in person because they need to sign it (as per State of Wisconsin law,

FILED DATE: 5/11/2020 10:29 PM    2020L005182

amanda@wisdells.com

*Need a display rack to hold the Bureau's Vacation Guides? We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively. For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

### Area Events

**Dells On Tap Weekend**
Downtown Wisconsin Dells
October 12-13, 2018 (Fri-Sat)

*Dells Craft Beer Walk
October 12 (Friday)
5-9pm

*Dells On Tap 5K-Race to the Taps
October 13 (Saturday)
9am

*Dells On Tap
October 13 (Saturday)
Noon-5pm (VIP)
1-5pm (Gen. Admission)

**Fall Wine Walk**
Downtown Wisconsin Dells
October 20, 2018 (Saturday)

Click here to view the Wisconsin Dells Area Calendar of Events.

Click here to view the WDVCB Festivals & Events.

Click here to view upcoming events at JustAgame Fieldhouse.

Click here to view upcoming events at Poppy Waterman Ice Arena.

Click here to view upcoming events at Woodside Sports Complex.

### Mark Your Calendar

**Solicitation Deadlines**

---

their parent is not allowed to sign for them). Also, remind the new employee they need a letter from their parent that they give permission to work there and a signed letter of intent to hire from the employer on regular letterhead or other business paper stating the intention to hire, duties, hours and time of day for work of minor.

- The new marketing cube schedule went out on September 16th for a two-week display starting on September 30th. This schedule runs through December 22nd. Per the request of many members, the next group of schedules will run Monday through Sunday instead of Sunday through Saturday, which hopefully will make it easier for the manager to set it up.

## MARKETING NEWS

### 2019 Vacation Guide - Deadline Coming Soon!

If you haven't submitted your 2019 Vacation Guide Agreement, we would appreciate your quick response as soon as possible. The 2019 Vacation Guide Agreement must be submitted by 1pm on Wednesday, October 3, 2018 in order to qualify for your free Vacation Guide grid listing, and to be able to purchase an enhanced grid listing or display advertising.

Since January of this year, the Bureau has enforced FIRM DEADLINES. If your information is not submitted by 1pm on Wednesday, October 3, 2018, you will, unfortunately, not be included in the 2019 Vacation Guide.

For 2019 Vacation Guide questions or to receive another link to your Vacation Guide Agreement for completion, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

### Tell Us What's New for 2019

It's that time of the year again – we're starting to collect information for 2019! The Wisconsin Dells Visitor & Convention Bureau staff is in need of newsworthy changes, additions, etc. for 2019 Vacation Guide materials, media collateral and wisdells.com. We encourage you to take advantage of these opportunities by sharing any "new news" you may have slated for the upcoming year like new slides or rides, room or building additions, milestone anniversaries, or new business ventures. We would also be interested in hearing if you have any new additions in your meeting and convention, groups or sports areas. Other interesting and always welcome news items would include your business being recognized with a top national or regional award, being named to a national "top 10" list or items that may have earned your business significant media coverage over the past few months.

Members are encouraged to contact Sarah Hudzinski with all the details at (608) 254-9876 or sarah@wisdells.com. If you choose to email, please include: Business Name, Anticipated Opening Date(s), Specific Details (sq. footage, activity name, detailed description, etc.).

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**October 3, 2018 @ 1pm**
(Wednesday)
- 2019 Membership Investment/Contract for inclusion in 2019 Vacation Guide
- 2019 Vacation Guide Contract

**October 31, 2018**
(Wednesday)
- 2019 Employee Entertainment Card

**November 1, 2018 @ 1pm**
(Thursday)
- 2019 Associate Division Membership Agreement/Contract for inclusion in 2019 Membership Directory

The following marketing opportunities and programs are ongoing and members can sign up for them at any time. Click here to view these and all solicitations/programs.

* Calendar of Events Listing

* Employment Opportunity Guide

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

## Sign Up for 2018 Black Friday & Holiday Deals

The Bureau will once again be advertising Black Friday & Holiday Deals online through an interactive media campaign that will link customers directly to wisdells.com and a specific Holiday Deals page. This campaign has been very successful the past two years and we encourage members to take advantage of this free program. The Deals section of wisdells.com is one of the most highly viewed sections on the Bureau's website.

The Bureau will be emailing the solicitation form to members mid-October. Both online and in-store offers are acceptable.

If you have questions, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## MEMBER NEWS

### 2019 Membership Agreement/Contract

Thank you to all WDVCB members who submitted their 2019 Membership Renewal agreements to us before the Early Bird deadline. Please note that the Bureau will draw the winner of a FREE HALF-PAGE AD at 1pm on Thursday, October 4, 2018 and will notify the business by phone or email.

WDVCB members who do not submit their 2019 Membership Renewal agreements to us before 1pm on Wednesday, October 3, 2018, will, unfortunately, not be included in the 2019 WDVCB Vacation Guide.

Associate Division businesses:  In order for your business to be included in the 2019 WDVCB Membership Directory, the firm deadline is Thursday, November 1, 2018 at 1pm. If your information is not submitted by 1pm on Thursday, November 1, 2018, you will, unfortunately, not be included in the 2019 Membership Directory.

For membership questions and your business renewal link, please contact Alexandra Harjung at (608) 844-8096 or alexandra@wisdells.com.

### WDVCB Member October Mixer

Wisconsin Dells Visitor & Convention Bureau (WDVCB) Members are exclusively invited to join us for the October Member Mixer event, sponsored by Justagame Fieldhouse.

Complimentary hors d'oeuvres and drinks by local breweries & wineries will be provided for all the guests. Please make sure to bring your business card for a chance to win a raffle prize.

Date:        Wednesday, October 3, 2018
Location:    JustAgame Fieldhouse
Time:        5-7pm

Please RSVP to Penny Turner at penny@wisdells.com or 608-254-9878.

We look forward to seeing you there!

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## Fall Member Education Day

Take advantage of the opportunity to hear the "Social Media Expert" and the winner of the InBusiness Magazine Executive Choice Award – Spencer X Smith.



Prepare to learn how to become a Social Media Rockstar and identify at least nine different ways to use Video to grow your business.

Click here for a sneak peek from Spencer X Smith.

Date:        Thursday, November 8, 2018
Time:        9am - 1pm
Location:   Great Wolf Lodge

Early-Bird Registration:  $25 per person (member rate) if registered by October 31, 2018 at 1pm.

Late Registration:  $35 per person (member rate) and $50 per person (non-member rate) when registering after 1pm on October 31, 2018.

For more information and to register, please click here.

## Wisconsin Dells Job Board Coming Soon

We are very excited to announce that WDVCB Employment Opportunity Guide will be replaced with an electronic Wisconsin Dells Job Board.

As no cost to our members, we are planning to launch the electronic Wisconsin Dells Job Board in early November.

Watch for an email with the instructions on how to set up your account to post job openings through our brand-new Wisconsin Dells Job Board.

## Employee Entertainment Card Solicitation

The 2019 Employee Entertainment Card (EEC) solicitation will be emailed to you in early October. Please watch for the solicitation if you plan to participate in this program.

2019 EEC Program details:
The Wisconsin Dells Visitor & Convention Bureau offers only member employees an exclusive offer to receive "first-hand" experiences and FREE admission to over 30 attractions and special discounts at area restaurants, shops and services with the purchase of an EEC. The purpose of the program is to enrich the employee's knowledge of area businesses and allow them to provide visitors with recommendations that they may have gained personally by using the EEC.

For more information on the EEC program, please contact Penny Turner at penny@wisdells.com or 608-254-9878.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

## WDVCB Gift Card Solicitation

The WDVCB Gift Card solicitation will be emailed to all businesses currently not in the program in the middle of October. Please watch for the solicitation if you'd like to participate in this program.

WDVCB Gift Card Program details:
The Wisconsin Dells Gift Card Program continues to grow in both participating merchants and sales. Last year the WDVCB processed $186,675 in gift card sales.

We currently have over 200 WDVCB member businesses participating in this program and counting. These gift cards can only be used at participating member businesses in the Wisconsin Dells area. Don't miss out on the opportunity for visitors to spend their money with you!

For more information on the EEC program, please contact Penny Turner at penny@wisdells.com or 608-254-9878.

## SALES NEWS

### September Tradeshows, Conferences & Events Recap

Wisconsin Dells attended the PCMA - Greater Midwest Chapter education event held in Milwaukee, Wisconsin on September 5th. Wisconsin Dells participated in the education and networking events.

Wisconsin Dells hosted 28 HelmsBriscoe Associates from Minnesota, Wisconsin and Illinois. HelmsBriscoe is a third-party booking organization, their associates work with global corporate, association and sports clients, sourcing locations for events. Associates experienced large meeting venues, fine dining, and signature attractions in Wisconsin Dells.

The Small Market Meetings Conference was held September 23-25, 2018 in Ontario, CA. The WDVCB participated in 32 one-on-one meetings as well as educational seminars and networking events.

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

### Upcoming Tradeshows & Events

- IMEX America (Las Vegas, NV) - October 16-18, 2018
- Meetings Professionals Int'l - WI Chapter (Lake Geneva, WI) - October 25, 2018
- WI Society of Association Executives Annual Summit (Madison, WI) - October 29-30, 2018

## FESTIVALS & EVENTS

### Dells On Tap Weekend
### October 12 & 13, 2018

**Friday, October 12, 2018 - Dells Craft Beer Walk**
Event participants will get a taste of what craft brewing is all about with a vast selection of artisan brews at participating bars from 5-9pm throughout downtown Wisconsin Dells. Glass pick-up at WDVCB Information Center, 701 Superior Street, from 9am-7pm.

**Saturday, October 13, 2018 - Dells On Tap 5K Run/Walk**
Race to the taps! Beer themed 5k event starting at 9am, located

FILED DATE: 5/11/2020 10:29 PM   2020L005182

downtown Wisconsin Dells on La Crosse Street.

**Saturday, October 13, 2018 - 20th Annual Dells On Tap**
Dells On Tap, also located on La Crosse Street downtown Wisconsin Dells, features a variety of craft brewers and over 180 unique beers to sample. Five hundred VIP admissions will receive exclusive access to the Dells On Tap brewers and tastings from noon until 1 pm. General admission hours are 1-5pm.

For more information on Dells On Tap weekend please click here or contact Jenifer Dobbs at (608) 254-9879 or jenifer@wisdellsfestivals.com.

First Annual Festivals, Inc. Fall Wine Walk
October 20, 2018

Wisconsin Dells Festivals, Inc. will be hosting their very first Fall Wine Walk in downtown Wisconsin Dells.

The event includes nearly 20 participating locations serving both a red and a white wine, alongside delicious food samplings. Each attendee will receive a commemorative wine glass at check-in. Click here to purchase tickets now.

For more information on the Fall Wine Walk please click here or contact Jenifer Dobbs at (608) 254-9879 or jenifer@wisdellsfestivals.com.

Friday, November 30, 2018 at 1:05:22 PM Central Standard Time

FILED DATE: 5/11/2020 10:29 PM    2020L005182



## DECEMBER 2018

### AT A GLANCE

WDVCB NEWS
MARKETING NEWS
MEMBER NEWS
SALES NEWS
FESTIVALS & EVENTS

To change or add email addresses, contact alexandra@wisdells.com.

### Electronic Job Board

Click here to access the Electronic Job Board.

### Upcoming Meetings

**January 15, 2019**
Festivals Board of Directors
1:30-2:15pm

**January 15, 2019**
Board of Directors
2:30-3:30pm

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted. The outside door will be locked 10 minutes after the start of each meeting. If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

### Meeting Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

### Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral is available to member businesses:

2018 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with

---

## WDVCB NEWS

### Festivals and Bureau Officers Elected

At the November 5, 2018 Festivals, Inc. Board of Directors meeting, the Festivals Board unanimously elected the following officers:

President: Jill C. Diehl
Vice President: Jesse De Fosse
Secretary/Treasurer: Dan Gavinski

In addition, at the November 6, 2018 Board of Directors meeting, the Board of Directors unanimously elected the following Visitor Bureau officers:

President: Jill C. Diehl
Vice President: Dan Gavinski
Secretary/Treasurer: Jon Bernander

Please join us in congratulating our officers and thanking them for the time and effort they devote to the Visitor Bureau and Festivals, Inc.

### Performance Report

To view the September/October 2018 WDVCB Performance Report, please click here.

### Visitor Information Center News

Please remember to let the WDVCB Visitor Information Center know if you have any unusual change in hours or days open for the upcoming holidays and the winter season. We want to be sure that we are giving our customers the most accurate information about your business.

Also please remember to sign up to showcase your business in our cubes located in the Visitor Information Center. The solicitation letter will go out January 2, 2019 with the deadline being January 16, 2019. You would be surprised at how many visitors check out those cubes!

## MARKETING NEWS

### Tell Us What's New for 2019
### so we can Spread the Word!

It's that time of the year again – we're starting to collect information for 2019! The Wisconsin Dells Visitor & Convention Bureau staff is in need of newsworthy changes, additions, etc. for 2019 Vacation Guide materials, media collateral and wisdells.com. We encourage you to take advantage of these opportunities by sharing any "new news" you may have slated for the upcoming year like new slides or rides, room or building additions, milestone anniversaries, or new business ventures. We would also be interested in hearing if you have any new additions in your meeting and convention, groups or sports areas. Other interesting and always welcome news items would include your business being recognized with a top national or regional award, being named to a national "top 10" list or items that may have earned your business significant media coverage over the past few months.

Members are encouraged to contact Rhonda Parchem with all the details at (608) 254-8088, ext. 347 or rhonda@wisdells.com. If you choose to email, please include: Business Name, Anticipated Opening Date(s) and Specific Details (sq. footage, activity name, detailed description, etc.).

FILED DATE: 5/11/2020 10:29 PM    2020L005182

and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday. Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com

*Need a display rack to hold the Bureau's Vacation Guides? We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively. For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

### Area Events

Click here to view the Wisconsin Dells Area Calendar of Events.

Click here to view the WDVCB Festivals & Events.

Click here to view upcoming events at JustAgame Fieldhouse.

Click here to view upcoming events at Poppy Waterman Ice Arena.

Click here to view upcoming events at Woodside Sports Complex.

### Mark Your Calendar

Solicitation Deadlines

December 19, 2018 (Wednesday)
-2019 Wisconsin Safety Patrol Congress

The following marketing opportunities and programs are ongoing and members can sign up for them at any time. Click here to view these and all solicitations/ programs.

* Calendar of Events Listing

* Classic Wisconsin Dells

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

## MEMBER NEWS

### Fall Education Day Thank You

Thank you to everyone who attended our 2018 Fall Education Day on November 8, 2018. We sincerely appreciate the support and generous contributions from our host property - Great Wolf Lodge. We had over 70 in attendance for this successful event.

Lastly, we'd like to thank the WDVCB members who filled out the post-event survey. Feedback on our education events will assist us in improving future events.

### January Mixer Host Needed

If you are interested in hosting a WDVCB Mixer - consider the month of January! Please contact Alexandra Harjung, CMP at alexandra@wisdells.com with a potential date.

### 2019 Employee Entertainment Cards

The 2019 Employee Entertainment Cards will be available for distribution in January.

Location:
701 Superior Street (same entrance as our Visitor Information Center - across from the Bank of Wisconsin Dells)

Days of Week: 7 Days a Week

Hours:
January-May            9am - 4pm
June-August            9am - 7pm
September-December   9am - 4pm

For more information, please visit wisdells.com/eec or call (608) 254-8088, ext. 350.

### 2019 Employee Entertainment Card (EEC) Vouchers

The 2019 EEC vouchers will be available for member businesses to purchase for their employees at $10 each in January. Orders can be placed beginning in January, Monday - Friday, from 9am - 5pm.

Do you have any unused 2018 EEC vouchers? Unused EEC vouchers can be returned to the WDVCB for check reimbursement or account credit.

Please contact Penny Turner at penny@wisdells.com or call (608) 254-9878 to place the voucher order or to return unused 2018 vouchers.

### Bureau Launched Electronic Recruitment Site

On November 1st, the WDVCB launched a new electronic Job Board for Bureau members to post job vacancies. This exclusive member benefit will replace the WDVCB Employment Opportunity Guide (static PDF) at the end of 2018.

At this time, both the Employment Opportunity Guide and the electronic Job Board will be available for members to use and candidates to access.

The site is live and can be accessed via this link.

*If you haven't yet, please forward this link to your HR/Employment Department so they can set up your member account to post job openings and search resumes through this recruitment site.*

We are still in transition and the Job Board content might change slightly during the next few months. In the interim, we appreciate your patience and welcome any feedback you have. Please contact Alexandra Harjung, CMP at alexandra@wisdells.com or (608) 844-8096 or Penny Turner at penny@wisdells.com or (608) 254-9878 with comments or suggestions.

## SALES NEWS

### November Tradeshows, Conferences & Events Recap

National Tour Association hosted their Annual Travel Exchange (TREX 18) in Milwaukee, WI November 4-7, 2018. 130 tour operators were in attendance. Wisconsin Dells conducted 18 individual appointments, participated in education, networking and volunteered in the Circle Wisconsin booth.

The Meeting Professionals Int'l Great Lakes Education Summit was held November 4-6, 2018 in Madison, WI. This annual conference brings together event professionals from Michigan, Indiana and Wisconsin. The WDVCB was in attendance for educational and networking events and served as a sponsor of the event.

The Senior Professional Industry Network held the annual SPINCon conference November 11-13, 2018 in St. Petersburg, FL. The WDVCB participated in networking events with meeting professionals, educational programs and was a sponsor of the conference. Senior Professional Industry Network is for meeting industry professionals with a minimum of ten years of experience.

FILED DATE: 5/11/2020 10:29 PM    2020L005162

## Upcoming Tradeshows & Events

- Professional Convention Management Association (PCMA) Convening Leaders (Pittsburg, PA) – January 6-9, 2019
- American Bus Association Marketplace (Louisville, KY) – January 25-29, 2019
- Religious Conference Management Association Emerge Conference (Omaha, NE) – January 29-31, 2019

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

### FESTIVALS & EVENTS

#### Deck the Halls…
##### *Decorating for the Holiday Season*

Kick off the festive season by decorating your business for the holidays.  Lights, garland, ornaments, trees, bows and more combine to leave a lasting positive impression on both visitors and residents.  Pinterest is a great resource for holiday decorating ideas.  Try searching "holiday decorating retail" - the ideas are fairly universal to all businesses.  All businesses - especially those on the main streets and Wisconsin Dells Parkway - are asked to light and decorate the exteriors of their properties.  We request lights be up and lit early December through early January.  We hope to see this town glitter over the ho-ho-holidays!

Unsubscribe

**Sarah Hudzinski**

FILED DATE: 5/11/2020 10:29 PM   2020L005182

**From:** Sarah Hudzinski <sarah@wisdells.com>
**Sent:** Monday, April 1, 2019 9:18 AM
**To:** Wendy Fischer <Wendy@wisdells.com>
**Subject:** Wisconsin Dells April Newsletter



APRIL 2019

## WDVCB NEWS

**AT A GLANCE**

WDVCB NEWS
MEMBER NEWS
SALES NEWS
FESTIVALS & EVENTS
OTHER NEWS

To change or add email
addresses, contact
alexandra@wisdells.com.

Electronic Job Board

### 2019 WDVCB Annual Meeting

The 2019 Wisconsin Dells Visitor & Convention Bureau Annual Meeting will be held on **Tuesday, April 23rd** at Kalahari Resorts & Conventions.  A cocktail reception will begin at 5pm, dinner at 6pm, followed by the WDVCB presentation, which highlights 2018 efforts and results as well as offers a snapshot of what's to come in 2019.

The price per person for dinner will be just $17.50 and the dress is business casual.  Once again, the Bureau is sharing the cost of the dinner ($35 total) as a Bureau membership benefit.

Invitations were sent Monday, April 1, 2019.  The deadline to register is Tuesday, April 16th.

If you have questions regarding the upcoming Annual Meeting, please contact Wendy Fischer at (608) 254-9954 or wendy@wisdells.com.

FILED DATE: 5/11/2020 10:29 PM    2020L005182



## Visitor Information Center

Please remember to update the WDVCB on your Spring opening dates and any changes in your hours that may not be listed on your website.

Changes should be sent to Patty Bennett at patty@wisdells.com.

## Performance Report

To view the January/February 2019 WDVCB Performance Report, please click here.

## MEMBER NEWS

### March Monthly Education

Thank you to everyone who was able to join us for the member education presentation on March 13th.

You can review "A Digital Review and Strategy for 2019" by Hagadone Media HERE.

### May Member Mixer

Mark your calendar for our next Member Mixer to be held on Thursday, May 2, 2019 at the Kilbourn Dam hosted by Alliant Energy.

Email invitations with more event details will be sent to all members in a few weeks. We look forward to seeing you there.

### May Monthly Education Save The Date

Please mark your calendar for the May education presentation "Developing a Culture of Hospitality! It starts Within!" by Andrew Nussbaum.

Andrew joined the Department of Tourism in 2012, after having spent his entire professional career in hospitality, marketing, and tourism.  His focus with companies and organizations has always been to grow their customer service effectiveness, a passion that began with his first restaurant job in 1984. Having worked with various regional and statewide collaboration efforts, Andrew enjoys bringing organizations together to share ideas and resources.

Tourism is a large part of economic development in Wisconsin, and the visitor's experience here is paramount. Great customer service leads to many benefits.

Location:        Wisconsin Dells Visitor & Convention Bureau,
                 115 La Crosse Street, Meeting entrance
Date:            Thursday, May 9, 2019
Time:            2:30 – 4pm

A separate email with the registration link will be emailed to members in a few weeks.

---

Click here to access the Electronic Job Board.

### Upcoming Meetings

**April 2, 2019**
Marketing Committee
9-10am

**April 4, 2019**
Campground Division
2-3pm

**May 7, 2019**
Marketing Committee
9-10:30am

**May 8, 2019**
Accommodation Division
9-10am

**May 21, 2019**
Board of Directors
4-5pm

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted.  The outside door will be locked 10 minutes after the start of each meeting.  If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

### Meeting Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

### Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral is available to member businesses:

2019 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

FILED DATE: 5/11/2020 10:29 PM    2020L005182

### 2019 Employee Entertainment Cards & Vouchers

The 2019 Employee Entertainment Cards (EEC) and Vouchers are available for purchase. Click HERE to view program details.

EEC Posters are available for the members at no charge. Please contact Penny Turner at penny@wisdells.com or (608) 254-9878 to place your order.

### Bureau Electronic Recruitment Site Live

On November 1st, the WDVCB launched a new electronic Job Board for Bureau members to post job vacancies.

The new electronic Job Board is **live** and can be accessed via this link.

*The WDVCB Job Board is currently being promoted on the following:*

- *WisconsinJobNetwork.com*
- *Ads on Facebook and Instagram*
- *Google Display Network*

*We encourage you to set up your member account and start posting job openings through this site.*

Please contact Alexandra Harjung, CMP at alexandra@wisdells.com or (608) 844-8096 or Penny Turner at penny@wisdells.com or (608) 254-9878 with questions, comments or suggestions.

### Membership Update

A warm welcome to our new 2019 WDVCB members:

- Americon Construction (Associate) – a construction and development firm that builds relationships from instilling confidence. Over the past 36 years, Americon has constructed almost every type of building imaginable while retaining and developing the finest craftsman possible.
- Dells Catering (Restaurant) – a local exquisite catering company.
- Edward Jones – Avi Bjelich (Associate) – a financial advisor from Reedsburg.
- Grateful Shed Truck Yard (Restaurant) – a brand new venue, that will offer a variety of food truck options, music and entertainment for families. Scheduled to open this spring.
- Hal Edwards Orchestra (Visitor Services) – a 13-member band, who has been playing music at the Devil's Lake State Park for over 30 years. The band is available for hire at other events.
- Made With Love (Shopping) – a boutique type of retail store with high quality handmade products. Located in Downtown Wisconsin Dells.

## SALES NEWS

### March Tradeshows, Conferences & Events Recap

Wisconsin Dells participated in the Wisconsin Society of Association Executives Membership Roadshow held at the Ingleside Hotel, Pewaukee, WI on March 6, 2019. The WDVCB participated in

---

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday. Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com.

*Need a display rack to hold the Bureau's Vacation Guides? We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively. For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

### Area Events

Click here to view the Wisconsin Dells Area Calendar of Events.

Click here to view the WDVCB Festivals & Events.

Click here to view upcoming events at JustAgame Fieldhouse.

Click here to view upcoming events at Poppy Waterman Ice Arena.

Click here to view upcoming events at Woodside Sports Complex.

### Mark Your Calendar

Solicitation Deadlines

**April 24, 2019**
(Wednesday)
-Employment Opportunity Guide
-Co-op Photography

FILED DATE: 5/11/2020 10:29 PM    2020L005182

education and networking events with association executives from across the state.

Wisconsin Dells collaborated with over 300 meeting industry professionals from the Chicagoland area at Meeting Professionals Int'l - Chicago Area Chapter NEXT'19, an annual one-day education and technology conference also held on March 6, 2019.

Hospitality Sales Marketing & Association Int'l - WI Chapter held their quarterly education programming on March 7, 2019 in Madison. This association is designed specifically for sales marketing and revenue managers in the hospitality industry and their events are open to all hospitality professionals. The next event will be held May 9th in Stevens Point and will be geared specifically to revenue managers - check their Facebook page for more details on upcoming events.

### Upcoming Tradeshows & Events

- Global Meetings Industry Day - April 4, 2019 - follow #GMID19 to see the impact the meetings industry has around the world, and right here in Wisconsin Dells!
- Circle Wisconsin Marketplace (Galena, IL) - April 7-9, 2019
- American Society of Association Executives Xperience Design Project (Washington, DC) - April 11, 2019

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

### FESTIVALS & EVENTS

### Dells Rare Barrel Affair – Saturday, May 4, 2019

For the fifth year, Wisconsin Dells Festivals, Inc. and the Wisconsin Brewers Guild have teamed up to bring this event to Wisconsin Dells. The Dells Rare Barrel Affair will be held on Saturday, May 4, 2019 from 1-5pm at The Swan Barn Door. The event features rare and barrel aged beers alongside classic Wisconsin beers.

Click here for more information, or contact Jenifer Dobbs, Managing Director of Festivals & Events, at jenifer@wisdellsfestivals.com or (608) 254-9879.

### OTHER NEWS

### WRA Offers ServSafe Manager Renewal

The WRA Education Foundation is offering a ServSafe Manager renewal with certification exam at Chula Vista Resort on Monday, May 6, 2019.

The fee is $125 for WRA members and $160 for non-members. Please click here for more information and to register.

#### Sidebar

–Automotion Packages & Deals

The following marketing opportunities and programs are ongoing and members can sign up for them at any time. Click here to view these and all solicitations/ programs.

* Calendar of Events Listing

* Classic Wisconsin Dells

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

---

**Unsubscribe**

This message was sent to wendy@wisdells.com from sarah@wisdells.com

Sarah Hudzinski
Wisconsin Dells Visitor & Convention Bureau
701 Superior Street
Wisconsin Dells, Wisconsin 53965

**Wendy Fischer**

| | |
|---|---|
| **From:** | Sarah Hudzinski <sarah@wisdells.com> |
| **Sent:** | Tuesday, February 25, 2020 10:04 AM |
| **To:** | Wendy Fischer |
| **Subject:** | Test Message – Wisconsin Dells May Newsletter |

FILED DATE: 5/11/2020 10:29 PM    2020L005182



### MAY 2019

#### WDVCB NEWS

AT A GLANCE

**WDVCB NEWS**
**MARKETING NEWS**
**MEMBER NEWS**
**SALES NEWS**
**FESTIVALS & EVENTS**

To change or add email addresses, contact alexandra@wisdells.com.

**Electronic Job Board**

Click here to access the Electronic Job Board.

**Upcoming Meetings**

**May 8, 2019**
Accommodation Division
9-10am

**May 21, 2019**
Board of Directors
4-5pm

**Wisconsin Dells Visitor & Convention Bureau
Annual Meeting Appreciation**

Kalahari Resorts & Conventions was the site of the 2019 Visitor Bureau Annual Meeting. We would like to thank the Kalahari staff for their hospitality and providing an outstanding meal.

In addition, we would like to thank the following businesses whose contributions made the evening possible:

Boelter + Lincoln
Fawn Creek Winery
Holiday Wholesale
Kalahari Resorts & Conventions
Maurer's Market IGA
Moosejaw Pizza & Dells Brewing Co.
Pepsi-Cola
Sysco Baraboo
Thompson's Full Bloom
Wisconsin Distributors
Wollersheim Winery & Distillery

The Visitor Bureau held a raffle for a $500 Door County Getaway during the reception and dinner. A HUGE thank you to the WDVCB members who so generously purchased raffle tickets. We are happy to announce that we raised $5,047 to purchase bike/pedestrian safety products for our International students. The winner of the Door County Getaway was Brandon Lukasavage, Tommy Bartlett, Inc. The bike/pedestrian safety products will be distributed to J1 students who attend the scheduled orientations beginning in May.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**June 4, 2019**
Marketing Committee
9-10:30am

**June 18, 2019**
Festivals Board of Directors
9-10am

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted.  The outside door will be locked 10 minutes after the start of each meeting.  If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

### Meetings Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

### Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral is available to member businesses:

2019 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday.  Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com.

A number of attendees requested a copy of the 2018 Review/2019 Marketing Campaign presentation.  A link to it can be found here:  2019 Annual Meeting Video.

Thank you to all attending members and their guests.  It was a fantastic turnout, with a record registration of 700 and actual attendance of over 650!

### Visitor Information Center

Please pardon our dust during the Superior Street construction.  You will not be able to park on Superior Street, however, parking lot #5 (also known as Fisher's Lot) next to our building and lot #8 at the north end of JustAgame Fieldhouse are both open for parking.  We have installed a new door at the Northeast corner of our building which will become our permanent entrance as the construction progresses and we lose our front sidewalk.

Thank you for your patience and understanding.

## MARKETING NEWS

### Coming Soon -
### Wisdells.com and Packages & Deals Solicitations

The wisdells.com and Packages & Deals solicitations will be emailed to you in early May.  Please keep an eye out for the solicitation communications if you plan to participate in these programs.  Please note that these programs are on-going, which means you can update your website information or submit a deal at any point during the year.

The forms can be accessed year-round on MembersNet by clicking here, or by contacting Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## MEMBER NEWS



### May Member Mixer

Wisconsin Dells Visitor & Convention Bureau (WDVCB) members are exclusively invited to join us for the May Member Mixer, sponsored by Alliant Energy.

Stop by for food, drinks, fun and the opportunity to network with other WDVCB Members.  The member mixer is a great opportunity to exchange business cards, make new contacts, socialize and put a face to someone you haven't had the opportunity to meet in person.  If networking isn't enough motivation, then just come by to take a private tour of the Powerhouse and Spillway Plant.

**Date:** Tuesday, May 2, 2019
**Time:** 5 - 7pm
**Member Mixer Host:** Alliant Energy
**Location:** Kilbourn Dam, 1 Finnegan Ave, Wisconsin Dells

Please RSVP to Penny Turner at penny@wisdells.com or (608) 254-9878.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

We look forward to seeing you there!

*Need a display rack to hold the Bureau's Vacation Guides?  We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively.  For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## Area Events

**Dells Rare Barrel Affair**
The Swan Barn Door
May 4, 2019 (Sat)

**Safety Patrol Congress**
Wisconsin Dells area
May 16-17, 2019 (Thurs-Fri)

**Automotion**
Noah's Ark Waterpark and downtown Wisconsin Dells
May 18-19, 2019 (Sat-Sun)

**Wisconsin Dells Waterslide-athon**
Wisconsin Dells area
June 22-23, 2019 (Sat-Sun)

Click here to view the Wisconsin Dells Area Calendar of Events.

Click here to view the WDVCB Festivals & Events.

Click here to view upcoming events at JustAgame Fieldhouse.

Click here to view upcoming events at Poppy Waterman Ice Arena.

Click here to view upcoming events at Woodside Sports Complex.

## Mark Your Calendar

The following marketing opportunities and programs are ongoing and members can sign up for them at any time.  Click here to view these and all solicitations/ programs.

* Calendar of Events Listing

## May Member Education

Wisconsin Dells Visitor & Convention Bureau (WDVCB) members are exclusively invited to join us for the May education presentation "Developing a Culture of Hospitality! It Starts Within!" by Andrew Nussbaum, Regional Tourism Consultant for the Wisconsin Department of Tourism.

Sixty-eight percent of customers do not return to a business, and a community, because they experience an attitude of indifference or rudeness by business owners, managers, or employees.

Great customer service leads to many benefits. Not only will you gain trust with your current customers, they'll also become a wonderful marketing tool as they spread the word about your business to other potential visitors. Whether in person, or on social media, the word travels fast. And, whether it's positive or negative feedback about a product or service, people are freely sharing their experiences. In the long run, treating people fairly and with respect will bring business to your company, and your community, today and in the future.

This is a FREE education program for Bureau members.

**Date:**        Thursday, May 9, 2019
**Time:**        2:30 – 4:00pm
**Location:**    Wisconsin Dells Visitor & Convention Bureau
                 Board Room
                 115 La Crosse Street (Meeting entrance)

Click HERE to register online.

## Wisconsin Dells Gift Card Redemption Guide

All Wisconsin Dells Gift Card participants should watch their mail for an updated gift card redemption guide, which will serve as a handy reference for your cashiers when presented with a Wisconsin Dells Gift Card.  Two guides will be mailed to each participating business.  Additional copies will be available upon request.

For questions, please contact Penny Turner at (608) 254-9878 or penny@wisdells.com.

## Member Facebook Group

WDVCB created a closed Facebook group exclusively for the Bureau members.  By joining, you'll connect with over 150 members to keep track of the Bureau events, updates and reminders, and members' events and celebrations as well.

To join, follow these steps:
#1 - Click on this link
#2 - Log in to Facebook
#3 - Click on the join button

## 2019 Employee Entertainment Cards

The 2019 Employee Entertainment Cards (EEC) and Vouchers are available for purchase.  Click HERE to view program details.

EEC Posters are available for the members at no charge.  Please contact Penny Turner at penny@wisdells.com or (608) 254-9878 to place your order.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

### Bureau Electronic Recruitment Site

* Classic Wisconsin Dells

* Member Co-op
  Photography Program

* Packages & Deals

* wisdells.com

On November 1, 2018, the WDVCB launched a new electronic Job Board for Bureau members to post job vacancies.

The new electronic Job Board is **live** and can be accessed via this link.

*The WDVCB Job Board is currently being promoted via the following:*

- *WisconsinJobNetwork.com*
- *Ads on Facebook and Instagram*
- *Google Display Network*

*We encourage you to set up your member account and start posting job openings through this site.*

Please contact Alexandra Harjung, CMP at alexandra@wisdells.com or (608) 844-8096 or Penny Turner at penny@wisdells.com or (608) 254-9878 with questions, comments or suggestions.

### Members in the News

### Summer House Grill & Bar
### Wins Commercial Design Award

The Summer House Grill & Bar was awarded "Best New Restaurant Development" from Madison's "In Business" magazine.  The renovation was designed by Architectural Design Consultants Inc. and was recognized at the breakfast awards program on Thursday, April 4th during which the Project of the Year was named.

Congratulations to both Summer House Grill & Bar and Architectural Design Consultants Inc. on the award!

### Membership Update

A warm welcome to our new 2019 WDVCB members:

- Bear Acres Cabin (Accommodation) – Log cabin vacation home rental, located in the peaceful wooded acreage near the Witches Gulch.
- Shangri-La Campground (Campground) – Newer campground built in 2016. The campground has overnight, seasonal campsites and cabins. Located next to Dells Timberland Campground.

We welcome back the following members:

- Crystal Grand Music Theatre (Attraction)
- Howie's Restaurant (Restaurant)
- J Stevens Productions (Associate)
- Tents & Events, A Division of J Stevens Productions (Visitor Services)

Under new ownership:

- Al's Fox Hill RV Park & Campground, Aaron Eickhorst
- Sun Mountain Spa, Heather Becker

### SALES NEWS

FILED DATE: 5/11/2020 10:29 PM    2020L005182

### April Tradeshows, Conferences & Events Recap

On April 4th, Wisconsin Dells VCB teamed up with local convention sales staff to meet with meeting planners that host meetings in Wisconsin Dells and thank them for the business they bring to our community in honor of Global Meetings Industry Day (GMID).  Sales teams visited 19 clients in Madison, Milwaukee, and La Crosse.

Circle Wisconsin Marketplace was held April 7-9, 2019 in Galena, IL.  The WDVCB participated in 33 one-on-one appointments as well as networking events.  The WDVCB served as the registration bags sponsor of the event.  There were 40 tour operators in attendance.

Wisconsin Dells collaborated with association professionals at Xperience Design Project (XDP) in Washington, DC – April 11-12, 2019.  In addition to exhibiting, Wisconsin Dells secured seven individual appointments with association planners.  Our creative destination in Wisconsin Dells pairs seamlessly with the concepts encouraged at this event.

For more information on tradeshows and events, please contact Kyra Popp at (608) 254-8088, ext. 342 or kyra@wisdells.com.

### Upcoming Tradeshows & Events

- National Association of Sports Commissions (NASC) (Knoxville, TN) - May 6-9, 2019
- Ft. McCoy Wellness Fair – May 15, 2019
- Meeting Planners Int'l – Wisconsin Chapter (Milwaukee, WI) - May 16, 2019
- Associations North Solutions Conference (Minneapolis, MN) - May 21, 2019
- WSAE Executive Exchange (Stevens Point, WI) - June 3-4, 2019
- Travel Alliance Partners (TAP) TAP Dance (Cheyenne, WY) - June 9-13, 2019
- Meeting Planners Int'l – World Education Council (Toronto, Canada) - June 15-18, 2019
- Professional Conference Management Assn. (Los Angeles, CA) - June 25-29, 2019

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

## FESTIVALS & EVENTS

### Dells Rare Barrel Affair – Saturday, May 4, 2019

For the fifth year, Wisconsin Dells Festivals, Inc. and the Wisconsin Brewers Guild have teamed up to bring this event to Wisconsin Dells. The Dells Rare Barrel Affair will be held on Saturday, May 4, 2019 at The Swan Barn Door. The event features rare and barrel aged beers alongside classic Wisconsin beers.

For more information or to purchase tickets, click here.

### Automotion 2019 (May 18 & 19, 2019)

The 33rd annual Automotion Classic Car Show takes place May 18 & 19, 2019.  Located in the parking lot of Noah's Ark Waterpark, the event features over 1,200 classic cars on display, music by Captain Bob and Arlo of Wisconsin Hot Rod Radio, great food (by Lake Delton Lions, G & G Concessions, Caracas Empanadas and Pizza Pub), children's activities and family entertainment by TJ Howell and The Nerveless Nocks. "Hollywood on Broadway" will be returning on Saturday, May 18, 2019 from 2 – 9 pm. Star cars such as the A Team Van, Smokey & The Bandit's Trans Am, and the Jurassic Park Jeeps will be on display in downtown Wisconsin Dells.

Watch our Facebook page for more details. Ordinance posters have been mailed to member accommodations and restaurants. Included in that mailing is a form to be completed granting the police departments permission to access private property to enforce state and municipal law during the event.

For more information on Automotion, go to wisdells.com/automotion or contact Jenifer Dobbs, Festivals & Events Manager, at jenifer@wisdellsfestivals.com or (608) 254-9879.

**Unsubscribe**

This message was sent to **wendy@wisdells.com** from **sarah@wisdells.com**

Sarah Hudzinski
Wisconsin Dells Visitor & Convention Bureau
701 Superior Street
Wisconsin Dells, Wisconsin 53965

FILED DATE: 5/11/2020 10:29 PM   2020L005182

FILED DATE: 5/11/2020 10:29 PM   2020L005182



## AUGUST 2019

**AT A GLANCE**

**WDVCB NEWS**
**MARKETING NEWS**
**MEMBER NEWS**
**SALES NEWS**
**FESTIVALS & EVENTS**

To change or add email
addresses, contact
alexandra@wisdells.com.

Electronic Job Board

### WDVCB NEWS

#### WDVCB Board of Directors Elections

A number of seats on the Wisconsin Dells Visitor & Convention Bureau Board of Directors will be expiring at the end of this coming October in the Accommodation, Attraction, Campground, Restaurant and Shopping Divisions.

The Board Nominating Committee will be meeting in August to discuss nominees.  In addition, each division with seats expiring will meet for nominations.  Members interested in serving on the Board of Directors should contact Romy Snyder at romy@wisdells.com.

#### WDVCB Welcomes Vicky Galitz Back

FILED DATE: 5/11/2020 10:29 PM    2020L005182



The WDVCB is pleased to announce that Vicky Galitz has been selected for the position of Director of Member and External Relations.  Long-time Bureau members may recall that Vicky was the Bureau's Membership Manager in the early 2000's.  That experience combined with her extensive customer service and hospitality background makes her a natural and excellent choice for this newly created position.

Vicky's areas of responsibility will include overseeing membership sales and relations, the visitor/guest experience and community relations.

Please join us in congratulating Vicky and welcoming her back!

## Performance Report

To view the May/June 2019 WDVCB Performance Report, please click here.

## MARKETING NEWS

### American Pickers are Coming to Wisconsin

American Pickers on the History Channel is excited to be coming back to Wisconsin this coming October and are looking for leads throughout the state, specifically interesting characters with interesting items and lots of them. If you have asked us to spread the word in our area. If you have any items that may be of interest to Mike and Frank and the American Pickers crew, please reach out to them directly at 1-855-OLD-RUST (653-7878), or their email, which is AmericanPickers@cineflix.com. Please note that Mike and Frank only pick private collections so NO stores, malls, flea markets, museums, auctions, businesses or anything open to the public.

## MEMBER NEWS

**Wisconsin Dells**
Visitor & Convention Bureau
Members Connect

### 2020 Membership Agreement/Contract and Vacation Guide Solicitations Coming Soon

*2020 Membership Agreement/Contract Details*
On Wednesday, August 14, current Bureau members will receive a link via email to complete the 2020 Membership Agreement/Contract. The 2020 Membership Agreement/Contract must be completed by 1pm on Wednesday, October 2, 2019 for your business to be included in the 2020 Vacation Guide. This year we are again offering an Early Bird Special. Any 2020 (Accommodation, Attraction, Campground, Restaurant, Shopping and Visitor Services) Membership Agreement/Contract that is submitted by 1pm on Wednesday, September 18, 2019 will automatically be entered into a drawing to win a FREE HALF-PAGE AD in the 2020 Vacation Guide.*

Associate Division Membership Agreements/Contracts submitted by 1pm on Wednesday, September 18, 2019 are eligible for a chance to win one set of four complimentary tickets to the 2020 WDVCB Annual Meeting.**

---

Click here to access the Electronic Job Board.

### Upcoming Meetings

**August 6, 2019**
Marketing Committee
8:30-9:15am

**August 6, 2019**
Festivals Board of Directors
9:15-10am

**August 20, 2019**
Board Nominating
8:45-9am

**August 20, 2019**
Attraction Division
9-9:30am

**September 3, 2019**
Marketing Committee
9-10:30am

**September 4, 2019**
Meeting & Convention Committee
10:30-11:30am

**September 5, 2019**
Campground Division
2-3pm

**September 11, 2019**
Accommodation Division
9-10am

**September 11, 2019**
Restaurant Division
10-10:30am

**September 12, 2019**
Shopping Division
9:30-10am

**September 24, 2019**
Board of Directors
2-3pm

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted.  The outside door will be locked 10 minutes after the start of each meeting.  If you arrive more than 10 minutes after the

FILED DATE: 5/11/2020 10:29 PM    2020L005182

meeting start time, please press buzzer for admittance.

## Meetings Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

## Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral is available to member businesses:

2019 Wisconsin Dells Vacation Guide®*

Splash on Safety Card (with and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance daily, from 9am-7pm. Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com.

*Need a display rack to hold the Bureau's Vacation Guides? We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively. For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## Area Events

**Wo-Zha-Wa Days Fall Festival**

In order for an Associate Division business to be included in the 2020 WDVCB Membership Directory, the firm deadline is Thursday, October 31, 2019 at 1pm. If your information is not submitted by 1pm on Thursday, October 31, 2019, you will, unfortunately, not be included in the 2020 Membership Directory.

*Please note that in order to qualify for the Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. If you purchase a 2/3-page or larger ad, the Bureau will deduct the price of the half-page ad from your total ad cost. If you win the half-page ad, you may not purchase additional advertising beyond the page limits specified in the 2020 Vacation Guide Primer. The Bureau will draw the Early Bird winner at 1pm on Thursday, October 3, 2019 and will notify the business by phone or email.*

**Please note that in order to qualify for the Associate Division Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. The Bureau will draw the Associate Division Early Bird winner on Friday, November 1, 2019 and will notify the business by phone or email.*

For membership questions, please contact Alexandra Harjung at (608) 844-8096 or alexandra@wisdells.com.

## 2020 Vacation Guide Solicitation Details

Research has shown that visitors who receive the Bureau's official Vacation Guide spend more dollars in-area and they share the guide with an average of 2.8 additional people.

The WDVCB's Vacation Guide is one of the best ways to reach the over 4 million visitors who spend over $1 billion in our area. Here are just a few reasons why you should participate in the 2020 Vacation Guide:

- FREE Grid Listing (for 2020 members)
- Affordable Rates - up to 60% less expensive than other area comparable guides
- Quality Distribution of approx. 200,000 guides in-area, State Welcome Centers, out-of-state in the key Chicago market, and direct mail
- Online Version available to the millions of visitors to wisdells.com and our social media channels
- Year-round shelf life with advertorial covering all four seasons in Wisconsin Dells
- No payments due until February 2020

Take advantage of this great tool and promote your business to area visitors in The Official Wisconsin Dells Vacation Guide.

On Wednesday, September 4, 2019 current Bureau members will receive a link via email to complete the 2020 Vacation Guide Contract. The 2020 Vacation Guide Contract must be completed and returned by 1pm on Wednesday, October 2, 2019 to receive your FREE grid listing, and/or to be able to purchase an enhanced grid listing or display advertising. Please be aware that the Bureau enforces FIRM DEADLINES. If your information is not submitted by 1pm on Wednesday, October 2, 2019, you will, unfortunately, not be included in the 2020 Vacation Guide.

For 2020 Vacation Guide questions, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

FILED DATE: 5/11/2020 10:29 PM   2020L005182

### Membership Update

A warm welcome to our new 2019 WDVCB members:

- **Balanced Rock Winery** (Shopping) – Full-service boutique winery, specializing in the production of wines using cold climate grape varietals.  Wine tastings are available on-site.  Located in Baraboo.
- **Touch Fusion Massage** (Visitor Services) – Offers therapeutic massage along with acupressure, trigger point therapy and cupping.  The owner also specializes in myofascial release and craniosacral therapy.  Located in downtown Wisconsin Dells.

### Wegner CPAs and Filter CPA Office Merge

Wegner CPAs has announced that as of July 1, 2019 they have merged with the Filter CPA Office.  It will be business as usual and clients can be reassured, they will continue to work with the same people for the same services out of the Reedsburg office – now under the name of Wegner CPAs.

For more information, visit **wegnercpas.com** or call (888) 204-7665.

## SALES NEWS

### Upcoming Tradeshows & Events

- ASAE Annual Meeting & Exposition (Columbus, OH) - August 10-13, 2019
-  Connect Marketplace (Louisville, KY) - August 26-28, 2019
- IMEX America (Las Vegas, NV) - September 10-12, 2019
- Small Market Meetings (Green Bay, WI) - September 24-26, 2019

## FESTIVALS & EVENTS

### Fall Wine Walk - October 5, 2019

Wisconsin Dells Festivals, Inc. will be hosting the second annual Fall Wine Walk in downtown Wisconsin Dells.

The event features over twenty (20) participating locations which will offer both a red and white wine, alongside delicious food samplings.  Each attendee will receive a commemorative wine glass at check-in.  A limited number of tickets go on sale August 1st on wisdells.com.

For more information on the Fall Wine Walk, please **click here** or contact Jenifer Dobbs at (608) 254-9879.

---

Downtown Wisconsin Dells
September 13-15, 2019
(Fri-Sun)

Click here to view the Wisconsin Dells Area Calendar of Events.

Click here to view the WDVCB Festivals & Events.

Click here to view upcoming events at JustAgame Fieldhouse.

Click here to view upcoming events at Poppy Waterman Ice Arena.

Click here to view upcoming events at Woodside Sports Complex.

#### Mark Your Calendar

The following marketing opportunities and programs are ongoing and members can sign up for them at any time.  Click here to view these and all solicitations/programs.

* Calendar of Events Listing

* Classic Wisconsin Dells

* Member Co-op Photography Program

* Packages & Deals

* wisdells.com

---

Wisconsin Dells Visitor & Convention Bureau
701 Superior Street
Wisconsin Dells, Wisconsin 53965

FILED DATE: 5/11/2020 10:29 PM   2020L005182



## SEPTEMBER 2018

### WDVCB NEWS

**AT A GLANCE**

WDVCB NEWS
MARKETING NEWS
MEMBER NEWS
SALES NEWS
FESTIVALS & EVENTS

To change or add email
addresses, contact
alexandra@wisdells.com.

**Upcoming Meetings**

September 5, 2018
Associate/Visitor Services
Divisions
9-9:15am

September 5, 2018
Restaurant Division
9:30-10am

#### Board of Directors Nominations

Divisions with seats expiring in 2018 will be meeting in September to
nominate candidates for the Board of Directors.

The following seats will be expiring:

**Accommodation Division**
Dana Krueger, 70 units or less
Patti Fichter, 71-299 units
John Koscielniak, 71-299 units
John Chastan, 300+ units

**Associate/Visitor Services Divisions**
Jon Bernander

**Attraction Division**
Tom Diehl, Director-at-Large
Pete Tollaksen, Director-at-Large

**Restaurant Division**
Mark Schmitz

Election ballots will be mailed to all members in good standing (those
members current in their financial obligations and have signed a 2019

FILED DATE: 5/11/2020 10:29 PM    2020L005182

**September 6, 2018**
Shopping Division
9:30-10am

**September 6, 2018**
Campground Division
2-2:45pm

**September 12, 2018**
Accommodation Division
9-9:45am

**September 12, 2018**
M&C Committee
10:30-11:30am

**September 12, 2018**
Sports Committee
11:30am-12:15pm

**September 20, 2018**
Marketing Committee
8-10am

**September 25, 2018**
Festivals Board of Directors
2-2:45pm

**September 25, 2018**
Board of Directors
3-4pm

**October 10, 2018**
M&C Committee
10:30-11:30am

**October 23, 2018**
Marketing Committee
9-10:30am

All meetings are held in the WDVCB Board Room, 115 La Crosse Street, unless otherwise noted. The outside door will be locked 10 minutes after the start of each meeting. If you arrive more than 10 minutes after the meeting start time, please pick up the phone for admittance.

### Meeting Update

Click here to view the schedule of upcoming Bureau meetings under the Meetings & Events Calendar section on MembersNet.

### Current Bureau Literature & Vacation Guide Racks

At this time, the following Bureau marketing collateral

membership contract) on the first Monday of October (October 1, 2018) with the deadline being the third Monday of the month (October 15, 2018).

Please direct questions to Wendy Fischer, Executive Assistant, at (608) 254-9954 or wendy@wisdells.com.

## Visitor Information Center

Beginning Tuesday, September 4th, the downtown Visitor Information Center (701 Superior Street, Wisconsin Dells) will be open seven days a week from 9am-5pm, with extended hours for the Dells Craft Beer Walk and the Fall Wine Walk.

The Lake Delton Visitor Information Center (31 Meadowview Drive, Lake Delton) will be open through September 4th from 10am-5pm and then will close permanently on September 5th.

For questions, please call (608) 254-8088, ext. 321 or info@wisdells.com.

## MARKETING NEWS

### 2019 Vacation Guide

*Research has shown that visitors who receive the Bureau's official Vacation Guide spend more dollars in-area and they share the guide with an average of 2.8 additional people.*

The WDVCB's Vacation Guide is one of the best ways to reach the over 4 million visitors who spend over $1 billion in our area. Here are just a few reasons why you should participate in the 2019 Vacation Guide:

- **FREE** Grid Listing (for 2019 members)
- Affordable Rates - up to 60% less expensive than other area comparable guides
- Quality Distribution of approx. 250,000 guides in-area, State Welcome Centers, out-of-state in the key Chicago market, and direct mail
- Online Version available to the millions of visitors to wisdells.com and our social media channels
- Year-round shelf life with advertorial covering all four seasons in Wisconsin Dells
- No payments due until February 2019

Take advantage of this great tool and promote your business to area visitors in The Official Wisconsin Dells Vacation Guide.

On Wednesday, September 5, current Bureau members will receive a link via email to complete the 2019 Vacation Guide Contract. The 2019 Vacation Guide Contract must be completed and returned by 1pm on Wednesday, October 3, 2018 to receive your FREE grid listing, and/or to be able to purchase an enhanced grid listing or display advertising. Please be aware that the Bureau enforces FIRM DEADLINES. If your information is not submitted by 1pm on Wednesday, October 3, 2018, you will, unfortunately, not be included in the 2019 Vacation Guide.

For 2019 Vacation Guide questions, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

is available to member businesses:

**2018 Wisconsin Dells Vacation Guide®***

Splash on Safety Card (with and without lifeguards)

Water Safety Public Service Announcement (PSA's)

Sun Safety Public Service Announcement (PSA's)

If you would like a quantity to share with your guests, the above collateral may be picked up at our 701 Superior Street entrance, 9am-5pm, Monday - Friday.  Please call and order literature in advance by contacting Amanda Rinaldi at (608) 254-8088, ext. 304 or amanda@wisdells.com

*Need a display rack to hold the Bureau's Vacation Guides?  We offer 2 different sizes, which will accommodate either 150 or 250 guides each, respectively.  For more information, please contact Katelyn Czuprynko at (608) 254-8088, ext. 332 or katelyn@wisdells.com.

## Area Events

**Wo-Zha-Wa Days Fall Festival**
Downtown Wisconsin Dells
September 14-16, 2018
(Fri-Sun)

**Kilbourn City Live Music & Arts Festival**
Downtown Wisconsin Dells
September 28-29, 2018
(Fri-Sat)

**Dells On Tap Weekend**
Downtown Wisconsin Dells
October 12-13, 2018 (Fri-Sat)

*Dells Craft Beer Walk
October 12 (Friday)
5-9pm

*Dells On Tap 5K-Race to the Taps
October 13 (Saturday)
9am

## MEMBER NEWS

### 2019 Membership Agreement Reminder

In mid-August, current Bureau members received a link via email to complete the 2019 Membership Agreement/Contract. The 2019 Membership Agreement/Contract must be completed by 1pm on Wednesday, October 3, 2018 for your business to be included in the 2019 Vacation Guide.

Again, this year we are offering an Early Bird Special. Any 2019 (Accommodation, Attraction, Camping, Restaurant, Shopping and Visitor Services) Membership Agreement/Contract that is submitted by 1pm on Wednesday, September 19, 2018 will automatically be entered into a drawing to win a FREE HALF-PAGE AD in the 2019 Vacation Guide.*  Associate Division Membership Agreements/Contracts submitted by 1pm on Wednesday, September 19, 2018 are eligible for a chance to win one set of four complimentary tickets to the 2019 WDVCB Annual Dinner.**

In order for an Associate Division business to be included in the 2019 WDVCB Membership Directory, the final deadline is Thursday, November 1, 2018 at 1pm. If your information is not submitted by 1pm on Thursday, November 1, 2018, you will, unfortunately, not be included in the 2019 Membership Directory.

*Please note that in order to qualify for the Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. If you purchase a 2/3-page or larger ad, the Bureau will deduct the price of the half-page ad from your total ad cost. If you win the half-page ad, you may not purchase additional advertising beyond the page limits specified in the 2019 Vacation Guide Primer. The Bureau will draw the Early Bird winner at 1pm on Thursday, October 4, 2018 and will notify the business by phone or email.

**Please note that in order to qualify for the Associate Division Early Bird drawing, you must return all applicable membership contract(s) and be current in your financial obligations. Only one winner will be chosen. The Bureau will draw the Associate Division Early Bird winner on Friday, November 2, 2018 and will notify the business by phone or email.

For membership questions, please contact Alexandra Harjung at (608) 844-8096 or alexandra@wisdells.com.

### October Member Mixer

Mark your calendar for our next Member Mixer.

Date:        Wednesday, October 3, 2018
Location:    JustAgame Fieldhouse
Time:        5-7pm

Email invitations with more details will be sent to all members in a few weeks.  We look forward to seeing you there.

FILED DATE: 5/11/2020 10:29 PM    2020L005182

*Dells On Tap
October 13 (Saturday)
Noon-5pm (VIP)
1-5pm (Gen. Admission)

**Fall Wine Walk**
Downtown Wisconsin Dells
October 20, 2018 (Saturday)

Click here to view the
Wisconsin Dells Area
Calendar of Events.

Click here to view the
WDVCB Festivals & Events.

Click here to view
upcoming events at
JustAgame Fieldhouse.

Click here to view
upcoming events at Poppy
Waterman Ice Arena.

Click here to view
upcoming events at
Woodside Sports Complex.

---

### Mark Your Calendar

**Solicitation Deadlines**

**September 19, 2018
@ 1pm** (Wednesday)
- 2019 Membership
Investment/Contract
Early Bird Special
- 2019 Associate Division
Membership Agreement/
Contract Early Bird Special

**October 3, 2018 @ 1pm**
(Wednesday)
- 2019 Membership
Investment/Contract for
inclusion in 2019 Vacation
Guide
- 2019 Vacation Guide
Contract

**October 31, 2018**
(Wednesday)
- 2019 Employee
Entertainment Card

**November 1, 2018 @ 1pm**
(Thursday)
- 2019 Associate Division
Membership Agreement/
Contract for inclusion in
2019 Membership Directory

The following marketing

---

## Fall Member Education Day - Save the Date!

Date:        Thursday, November 8, 2018
Time:        9am – 1pm
Location     Great Wolf Lodge

Don't miss the opportunity to hear the "Social Media Expert" and the winner of the InBusiness Magazine Executive Choice Award - Spencer X Smith.

 

Learn how to become a Social Media Rockstar and identify at least nine different ways to use video to grow your business.

Watch for more information regarding the event and online registration in October.

## Members in the News

### Rick Wilcox Named Best Wisconsin Magic Show

The Rick Wilcox Magic Theater was recently named the best magic show in Wisconsin by Carnival of Illusion.

Please join us in congratulating Rick and Suzan Wilcox.

## Membership Update

A warm welcome to our newest 2018 member:

- Booby Trap Escape Rooms (Attraction) - Four escape rooms with more to come. Located next to Knuckleheads. Booby Trap Escape Rooms offers a fun, interactive and critical thinking adventure for you. your friends and the whole family.

## SALES NEWS

### August Tradeshows, Conferences & Events Recap

American Society of Association Executives (ASAE) held their annual meeting and Expo in Chicago, IL August 19-20, 2018. The WDVCB coordinated a booth with the Wisconsin Department of Tourism, offering a "Wisconsin Experience" – an opportunity to try out the sport of curling and meet US Gold Medal Olympian, Matt Hamilton. Over 350 association executives participated in our interactive booth. Attendees left with a Meet In Wisconsin branded and signed curling stone, a photo of them with Matt Hamilton and motivated to bring their next event to Wisconsin!

Connect Marketplace was held August 23-25, 2018 in Salt Lake City, UT. The WDVCB held 31 one-on-one appointments in the association market and 30 one-on-one appointments in the specialty market. In addition to the appointments, the WDVCB participated in education and networking events. The Wisconsin Department of Tourism served

FILED DATE: 5/11/2020 10:29 PM    2020L005182

opportunities and programs are ongoing and members can sign up for them at any time.  Click here to view these and all solicitations/ programs.

* Calendar of Events Listing

* Employment Opportunity Guide

* Member Co-op Photography Program

* Packages & Deals Web Site Incentive

as a Title Level sponsor of Connect Marketplace, sponsoring a general session.  The WDVCB staff joined representatives from across the state to welcome attendees to the session, this was followed by a presentation on behalf of the state promoting Wisconsin and introducing keynote speaker, Robin Roberts.

Wisconsin Dells hosted a familiarization trip for motorcoach tour operators August 27-29, 2018.  This provided an opportunity for qualified tour operators to experience Wisconsin Dells, inspiring them to schedule future tours in Wisconsin Dells.

For more information on tradeshows and events, please contact Kyra Popp at (608) 253-5604 or kyra@wisdells.com.

## Upcoming Tradeshows & Events

- HelmsBriscoe North Central Team Associate – Familiarization - September 12-14, 2018
- Meeting Professionals Int'l - WI Chapter Awards Gala (Milwaukee, WI) - September 20, 2018
- Small Market Meetings Conference (Ontario, CA) - September 23-25, 2018
- IMEX America (Las Vegas, NV) - October 16-18, 2018
- Meetings Professionals Int'l - WI Chapter (Lake Geneva, WI) - October 25, 2018
- WI Society of Association Executives Annual Summit (Madison, WI) - October 29-30, 2018

## FESTIVALS & EVENTS

### Kilbourn City Live Music & Arts Festival
### September 28 & 29, 2018

The third annual Kilbourn City Live Music & Arts Festival is set to take over downtown Wisconsin Dells on September 28 and 29, 2018. This outdoor "block party" styled music event will feature up-and-coming artists as well as chart toppers in an open-air setting. The event grounds are located at the corner of Broadway and La Crosse Street.

This event is brought to you in part by Wisconsin Dells Festivals, Inc., Ho-Chunk Gaming, Wisconsin Dells, and the Wisconsin Department of Tourism.

Tickets are on sale now for $40 and will increase to $50 at 12am on September 28, 2018. Tickets are available for purchase at wisdells.com. For more information please contact Jenifer Dobbs at (608) 254-9879 or email jenifer@wisdellsfestivals.com.

### Dells On Tap Weekend
### October 12 & 13, 2018

**Friday, October 12, 2018 - Dells Craft Beer Walk**
Event participants will get a taste of what craft brewing is all about with a vast selection of artisan brews at participating bars from 5-9pm throughout downtown Wisconsin Dells. Glass pick-up at WDVCB Information Center, 701 Superior Street, from 9am-7pm.

**Saturday, October 13, 2018 - Dells On Tap 5K Run/Walk**
Race to the taps! Beer themed 5k event starting at 9am, located downtown Wisconsin Dells on La Crosse Street.

**Saturday, October 13, 2018 - 20th Annual Dells On Tap**

FILED DATE: 5/11/2020 10:29 PM   2020L005182

Dells On Tap, also located on La Crosse Street downtown Wisconsin Dells, features a variety of craft brewers and over 180 unique beers to sample. Five hundred VIP admissions will receive exclusive access to the Dells On Tap brewers and tastings from noon until 1 pm. General admission hours are 1-5pm.

For more information on Dells On Tap weekend please click here or contact Jenifer Dobbs at (608) 254-9879 or jenifer@wisdellsfestivals.com.

### First Annual Festivals, Inc. Fall Wine Walk
### October 20, 2018

Wisconsin Dells Festivals, Inc. will be hosting their very first Fall Wine Walk in downtown Wisconsin Dells.

The event features nearly twenty (20) participating locations which will feature both a red and a white wine, alongside delicious food samplings. Each attendee will receive a commemorative wine glass at check-in. A limited number of tickets go on sale September 1st on wisdells.com.

For more information on the Fall Wine Walk please click here or contact Jenifer Dobbs at (608) 254-9879 or jenifer@wisdellsfestivals.com.



FILED DATE: 5/11/2020 10:29 PM    2020L005182

# WISCONSIN DELLS ECONOMIC IMPACT SUMMARY 2017

What's New

Media Guide

Facts & Figures

Waterpark Capital Credentials

Economic Impact

Fun Facts

Wisconsin Dells History

Dells 101 Video

Requests for Multimedia

Story Ideas

Contact PR Staff

The tourism destination of Wisconsin Dells is primarily comprised of the City of Wisconsin Dells and the Village of Lake Delton. Its roots as a tourism community date back more than 150 years when the first visitors came for scenic tours of the Wisconsin River with towering sandstone cliffs hugging its shores. Today, Wisconsin Dells is widely recognized as "The Waterpark Capital of the World!®"

Along with its stellar family vacation base, Wisconsin Dells successfully hosts meetings, conventions and

**EXHIBIT H**



Page 1



sports. The community is in early discussions on a major downtown redevelopment project designed to bring more entertainment, dining, arts, activities and cityscape improvements to the historic river district.

## VISITOR SPENDING



**Lodging**
$426,441,186

**Food & Beverage**
$315,303,705

**Retail**
$219,395,109

**Recreation**
$153,739,106

**Transportation**
$87,794,932

The exact tally of $1,202,674,037 represents an increase of 3.3% over a year ago. When you factor in indirect impacts, that overall total climbs to over $1.64 billion, a jump of just over 4.0% from last year.

<u>Expenditures by Category:</u>

- Lodging $426,441,186
- Transportation $87,794,932
- Retail $219,395,109
- Recreation $153,739,106
- Food & Beverage $315,303,705

## SEASONAL BREAKOUT

Page 2

FILED DATE: 5/11/2020 10:29 PM   2020L005182



Winter posted the largest gain, with an increase of 8.5%. Summer spending also increased, up nearly 5%. Summer accounts for 44% of all visitor spending in Wisconsin Dells, followed by spring, winter, and fall.

Expenditures by Season:

- Winter: $212,187,493
- Spring: $257,657,197
- Summer: $527,133,875
- Fall: $205,695,471

# JOBS

Total jobs supported, factoring in direct and indirect impacts, came in at 16,199.

# TAX REVENUE

The Wisconsin Dells area is comprised of a little less than 20 square miles with just over 5,500 permanent residents and hosts over 4 million visitors annually. The overall Wisconsin Dells tourism economy

contributed $46.7 million in state taxes and $56.5 million in local taxes.

2020L005182

FILED DATE: 5/11/2020 10:29 PM

# THE POWER OF TRAVEL

For every $1 spent on advertising campaigns in 2018, there was a return on investment of $81.

Wisconsin Dells > Media > Facts & Figures > Economic Impact

E-NEWSLETTER

Our monthly e-newsletter gives you the scoop on things to do in Wisconsin Dells, so sign up today!

* = Required Field

Privacy Policy

Wisconsin Dells respects your privacy. Your information will not be shared, sold, or used for any other purpose.

QUICK LINKS

WATERPARKS

PLACES TO STAY

VISITOR INFORMATION

ORDER GUIDES

MAPS & DIRECTIONS

ABOUT US

MEMBERSNET

BLOG

FAQS

SITE MAP

EMPLOYMENT